

FILED
CLERK, U.S. DISTRICT COURT
MAY 2 2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA15-275M |
| Elhuzayel, Nader  DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ____def____, IT IS ORDERED that a detention hearing is set for __Wednesday May 27, 2015__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__, in Courtroom __9 C__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __5/22/15__

_____  ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge