FILED

2015 OCT -7  PM 12: 10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2014 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>NADER SALEM ELHUZAYEL and<br>MUHANAD ELFATIH M. A. BADAWI,<br><br>                    Defendants. | SA CR No. 15-00060-DOC(A)<br><br>F I R S T<br>S U P E R S E D I N G<br>I N D I C T M E N T<br><br>[18 U.S.C. § 2339B: Conspiracy<br>to Provide Material Support and<br>Resources to a Designated<br>Foreign Terrorist Organization;<br>18 U.S.C. § 2339B:  Attempting<br>to Provide Material Support and<br>Resources to a Designated<br>Foreign Terrorist Organization;<br>18 U.S.C. § 2339B:  Aiding and<br>Abetting an Attempt to Provide<br>Material Support and Resources<br>to a Foreign Terrorist<br>Organization; 18 U.S.C. § 1344:<br>Bank Fraud; 20 U.S.C. § 1097(a):<br>Financial Aid Fraud; 18 U.S.C.<br>§ 2: Aiding and Abetting and<br>Causing an Act to be Done; 18<br>U.S.C. § 981(a)(1)(C) and 28<br>U.S.C. § 2461(c): Forfeiture] |

//

//

//

//

1    The Grand Jury charges:

2                              COUNT ONE

3                          [18 U.S.C. § 2339B]

4        From a time unknown to the Grand Jury to on or about May

5    21, 2015, in Orange County, within the Central District of

6    California, and elsewhere, defendants NADER SALEM ELHUZAYEL

7    ("ELHUZAYEL") and MUHANAD ELFATIH M. A. BADAWI ("BADAWI"), each

8    one a national of the United States, knowingly conspired to

9    provide material support and resources, as that term is defined

10   in Title 18, United States Code, Section 2339A(b)(1), that is,

11   personnel, namely ELHUZAYEL, to the Islamic State of Iraq and

12   the Levant ("ISIL"), also known as the Islamic State of Iraq and

13   Syria, al-Qa'ida in Iraq, and the Islamic State, which had been

14   continuously designated by the Secretary of State as a foreign

15   terrorist organization since on or about May 15, 2014, knowing

16   that ISIL had been designated as a foreign terrorist

17   organization, and knowing that ISIL had engaged in, and was

18   engaging in, terrorist activity and terrorism.

19

20

21

22

23

24

25

26

27

28

                                   2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT TWO

[18 U.S.C. § 2339B]

From a time unknown to the Grand Jury to on or about May 21, 2015, in Orange County, within the Central District of California, and elsewhere, defendant NADER SALEM ELHUZAYEL ("ELHUZAYEL"), a national of the United States, knowingly attempted to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), that is, personnel, namely himself, to the Islamic State of Iraq and the Levant ("ISIL"), also known as the Islamic State of Iraq and Syria, al-Qa'ida in Iraq, and the Islamic State, which had been continuously designated by the Secretary of State as a foreign terrorist organization since on or about May 15, 2014, knowing that ISIL had been designated as a foreign terrorist organization, and knowing that ISIL had engaged in, and was engaging in, terrorist activity and terrorism.

3

COUNT THREE

[18 U.S.C. §§ 2339B, 2]

From a time unknown to the Grand Jury to on or about May 21, 2015, in Orange County, within the Central District of California, and elsewhere, defendant MUHANAD ELFATHIH M. A. BADAWI ("BADAWI"), a national of the United States, knowingly aided, abetted, counseled, commanded, induced, and procured NADER SALEM ELHUZAYEL ("ELHUZAYEL") to attempt to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), that is, personnel, namely ELHUZAYEL, to the Islamic State of Iraq and the Levant ("ISIL"), also known as the Islamic State of Iraq and Syria, al-Qa'ida in Iraq, and the Islamic State, which had been continuously designated by the Secretary of State as a foreign terrorist organization since on or about May 15, 2014, knowing that ISIL had been designated as a foreign terrorist organization, and knowing that ISIL had engaged in, and was engaging in, terrorist activity and terrorism.

COUNTS FOUR THROUGH TWENTY-NINE

[18 U.S.C. §§ 1344, 2]

A.    INTRODUCTORY ALLEGATIONS

1.    At all times relevant to this First Superseding Indictment, Wells Fargo Bank, Chase Bank, and Bank of America were banks, the deposits of which were insured by the Federal Deposit Insurance Corporation (collectively, "the Banks").

2.    At all times relevant to this First Superseding Indictment, defendant NADER SALEM ELHUZAYEL ("ELHUZAYEL") maintained the following bank accounts:

a.    Wells Fargo Bank personal checking account XXXXXX9021 (the "Wells Fargo Account"), located at a Wells Fargo Bank branch office in Anaheim, California;

b.    Chase Bank personal checking account XXXXXX6763 (the "Chase Account"), located at a Chase Bank branch office in Anaheim, California; and

c.    Bank of America personal checking account XXXXXX8880 (the "Bank of America Account"), located at a Bank of America branch office in Anaheim, California, (collectively, the "Elhuzayel Accounts").  Defendant ELHUZAYEL had sole signature authority over the Elhuzayel Accounts.

B.    THE SCHEME TO DEFRAUD

3.    From on or about a date unknown to the Grand Jury, but no later than April 4, 2015, through on or about May 21, 2015, in Orange County, within the Central District of California, and elsewhere, defendant ELHUZAYEL, together with others known and unknown to the Grand Jury, knowingly and with intent to defraud, executed a scheme to defraud the Banks as to material matters,

5

and to obtain money, funds, credits, assets, securities, and other property owned by and in the custody and control of the Banks by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

4.    The fraudulent scheme operated, in substance, in the following manner:

a.    Defendant ELHUZAYEL and his co-schemers obtained stolen checks (the "Stolen Checks") that were drawn on bank accounts that did not belong to any of the schemers.

b.    Defendant ELHUZAYEL and his co-schemers deposited and caused to be deposited the Stolen Checks into the Elhuzayel Accounts.

c.    Defendant ELHUZAYEL and his co-schemers concealed from the Banks that the deposited Stolen Checks were stolen.

d.    Defendant ELHUZAYEL and his co-schemers withdrew and caused to be withdrawn funds from the Elhuzayel Accounts through cash withdrawals drawn against the deposited Stolen Checks.

e.    The deposited Stolen Checks were ultimately returned unpaid, and defendant ELHUZAYEL's and his co-schemers' cash withdrawals caused overdrafts in the Elhuzayel Accounts.

f.    Defendant ELHUZAYEL and his co-schemers failed to deposit funds into the Elhuzayel Accounts to pay the outstanding overdrafts, causing the Banks to suffer losses.

C.    THE EXECUTIONS OF THE SCHEME

5.    On or about the following dates, within the Central District of California and elsewhere, defendant ELHUZAYEL and

his co-schemers committed and caused others to commit the following acts, each of which constituted an execution of the fraudulent scheme:

| COUNT | DATE | ACT |
|---|---|---|
| FOUR | 4/4/2015 | Deposited check in amount of $687.79 into the Wells Fargo Account |
| FIVE | 4/4/2015 | Withdrew $200.00 cash from the Wells Fargo Account |
| SIX | 4/9/2015 | Deposited check in amount of $1674.91 into the Wells Fargo Account |
| SEVEN | 4/9/2015 | Withdrew $200.00 cash from the Wells Fargo Account |
| EIGHT | 4/10/2015 | Withdrew $200.00 cash from the Wells Fargo Account |
| NINE | 4/10/2015 | Withdrew $1,000.00 cash from the Wells Fargo Account |
| TEN | 4/16/2015 | Deposited check in amount of $200.00 into the Wells Fargo Account |
| ELEVEN | 4/16/2015 | Withdrew $200.00 cash from the Wells Fargo Account |
| TWELVE | 4/29/2015 | Deposited check in amount of $570.00 into the Wells Fargo Account |
| THIRTEEN | 4/29/2015 | Withdrew $200.00 cash from the Wells Fargo Account |
| FOURTEEN | 4/30/2015 | Withdrew $220.00 cash from the Wells Fargo Account |
| FIFTEEN | 5/1/2015 | Deposited check in amount of $750.00 into the Chase Bank Account |
| SIXTEEN | 5/1/2015 | Withdrew $300.00 cash from the Chase Account |
| SEVENTEEN | 5/2/2015 | Withdrew $300.00 cash from the Chase Account |
| EIGHTEEN | 5/2/2015 | Withdrew $200.00 cash from the Chase Account |
| NINETEEN | 5/4/2015 | Withdrew $20.00 cash from the Wells Fargo Account |
| TWENTY | 5/5/2015 | Deposited check in amount of $2,195.00 into the Wells Fargo Account |

| COUNT | DATE | ACT |
|---|---|---|
| TWENTY-ONE | 5/5/2015 | Withdrew $300.00 cash from the Wells Fargo Account |
| TWENTY-TWO | 5/6/2015 | Withdrew $200.00 cash from the Wells Fargo Account |
| TWENTY-THREE | 5/6/2015 | Withdrew $900.00 cash from the Wells Fargo Account |
| TWENTY-FOUR | 5/6/2015 | Withdrew $890.00 cash from the Wells Fargo Account |
| TWENTY-FIVE | 5/6/2015 | Deposited check in amount of $1,005.00 into the Chase Account |
| TWENTY-SIX | 5/7/2015 | Withdrew $500.00 cash from the Chase Account |
| TWENTY-SEVEN | 5/7/2015 | Withdrew $500.00 cash from the Chase Account |
| TWENTY-EIGHT | 5/14/2015 | Deposited check in amount of $5,000.00 into the Bank of America Account |
| TWENTY-NINE | 5/14/2015 | Withdrew $200.00 cash from the Bank of America Account |

1                           COUNT THIRTY

2                       [20 U.S.C. § 1097(a)]

3     On or about May 7, 2015, in Orange County, within the

4 Central District of California, and elsewhere, defendant MUHANAD

5 ELFATHIH M. A. BADAWI ("BADAWI"), a national of the United

6 States, did knowingly and willfully misapply, obtain by fraud,

7 false statement, and forgery, and fail to refund $671.60 in

8 funds, assets, and property provided and insured under

9 subchapter IV of Chapter 28 of United States Code Title 20 and

10 part C of subchapter I of chapter 34 of United States Code Title

11 42, in that BADAWI used $671.60 of federal financial aid to

12 purchase a plane ticket for another person, namely defendant

13 Nader Salem Ehuzayel, to travel to Turkey.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FORFEITURE ALLEGATION ONE

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1.    Notice is hereby given pursuant to Federal Rule of
Criminal Procedure 32.2(a), Title 18, United States Code,
Section 981(a)(1)(C) and Title 28, United States Code, Section
2461(c) that if defendant NADER SALEM ELHUZAYEL ("ELHUZAYEL") is
convicted of any offense set forth in Counts Four through
Twenty-Nine of this First Superseding Indictment, defendant
ELHUZAYEL shall forfeit to the United States the following
property:

a.    All right, title, and interest in any property
which constitutes or is derived from proceeds traceable to such
violation.

b.    To the extent the actual property described in
paragraph 1(a) is not available, a sum of money equal to the
total value of the property so described.

2.    Pursuant to Title 21, United States Code, Section
853(p), as incorporated by Title 28, United States Code, Section
2461(c), defendant ELHUZAYEL shall forfeit substitute property,
up to the value of the amount described in paragraph 1, if, by
any act or omission of said defendant, such property, or any
portion thereof, cannot be located upon the exercise of due
diligence; has been transferred, sold to or deposited with a
third party; has been placed beyond the jurisdiction of this

//
//
//
//

1  court; has been substantially diminished in value; or has been

2  commingled with other property which cannot be divided without

3  difficulty.

4

5                                        A TRUE BILL

6

7                                        _____
                                         Foreperson

8  EILEEN M. DECKER
   United States Attorney
9

10

11  PATRICIA A. DONAHUE
    Assistant United States Attorney
    Chief, National Security Division
12

13  CHRISTOPHER GRIGG
    Assistant United States Attorney
14  Chief, Terrorism and Export Crimes Section

15  JUDITH A. HEINZ
    Assistant United States Attorney
16  Senior Litigation Counsel, National Security Division

17  CELESTE CORLETT
    Assistant United States Attorney
18  Terrorism and Export Crimes Section

19

20

21

22

23

24

25

26

27

28

                                11