# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　Plaintiff,<br><br>vs.<br><br>NADER SALEM ELHUZAYEL, ET AL.,<br><br>　　Defendants. | Case No.: SA CR 15-0060-DOC<br><br>**ORDER DENYING MOTION FOR DISCLOSURE OF FISA-RELATED MATERIAL AND TO SUPPRESS THE FRUITS OR DERIVATIVES OF ELECTRONIC SURVEILLANCE AND ANY OTHER MEANS OF COLLECTION CONDUCTED PURSUANT TO FISA OR OTHER FOREIGN INTELLIGENCE GATHERING [69]; DENYING MOTION TO SUPPRESS EVIDENCE COLLECTED PURSUANT TO FISA WARRANT [70]** |

Before the Court are Defendant Nader Salem Elhuzayel's Motion for Disclosure of FISA-Related Material and to Suppress the Fruits or Derivatives of Electronic Surveillance and Any Other Means of Collection Conducted Pursuant to FISA or Other Foreign Intelligence Gathering ("Elhuzayel Motion") (Dkt. 69), and Defendant Muhanad Elfatih M. A. Badawi's Motion to Suppress Evidence Collected Pursuant to FISA Warrant ("Badawi Motion") (Dkt. 70).

The Defendants filed the instant Motions on January 29, 2016. The United States filed its unclassified Opposition on March 14, 2016 (Dkt. 88). The Court held a hearing on these Motions on April 5, 2016. Minutes of Motion Hearing (Dkt. 108).

The Court has conducted an *in camera*, *ex parte* review of the FISA materials and the United States' classified submission, and based on this independent review, the Court concludes as follows: (1) the electronic surveillance and physical searches at issue in this case were lawfully authorized and lawfully conducted, (2) the disclosure of the FISA materials and the United States' classified submissions to the Defendants is not authorized because the Court is able to make an accurate determination of the legality of the surveillance without this disclosure, (3) the fruits of the electronic surveillance and physical searches should not be suppressed, (4) no further hearings on this matter are warranted, and (5) the FISA materials and the United States' submissions shall be maintained under seal by the Classified Information Security Officer.

Accordingly, the Court DENIES the Elhuzayel Motion and DENIES the Badawi Motion.

DATED: May 12, 2016

*[signature: David O. Carter]*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE