1        **UNITED STATES DISTRICT COURT**

2        **CENTRAL DISTRICT OF CALIFORNIA**

3     **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4              - - - - - - -

5  UNITED STATES OF AMERICA,        )
                                    )        **CERTIFIED**
6              Plaintiff,           )
                                    )
7        vs.                        ) No. 8:15-CR-0060-DOC
                                    )     Day 2, Volume I
8  1) NADER SALEM ELHUZAYEL;        )
   2) MUHANAD ELFATIH M.A. BADAWI,  )
9                                   )
               Defendants.          )
10 _____ )

11

12

13

14

15        REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                  Jury Trial

17              Santa Ana, California

18            Wednesday, June 8, 2016

19

20

21

22  Debbie Gale, CSR 9472, RPR, CCRR
    Federal Official Court Reporter
23  United States District Court
    411 West 4th Street, Room 1-053
24  Santa Ana, California 92701
    (714) 558-8141

25

Case 8:15-cr-00060-DOC   Document 148   Filed 06/10/16   Page 2 of 49   Page ID #:1221
8:15-CR-0060-DOC – 6/8/2016 – Day 2, Volume I

2

1    **APPEARANCES OF COUNSEL:**

2

FOR THE UNITED STATES OF AMERICA:

3

        DEPARTMENT OF JUSTICE
4       OFFICE OF THE UNITED STATES ATTORNEY
        Criminal Division
5       BY:  Judith A. Heinz
             Assistant United States Attorney
6       312 North Spring Street
        15th Floor
7       Los Angeles, California 90012
        213-894-3713
8       USACAC.Criminal@usdoj.gov

9       DEPARTMENT OF JUSTICE
        OFFICE OF THE UNITED STATES ATTORNEY
10      Criminal Division
        BY:  Deirdre Z. Eliot
11           Assistant United States Attorney
        411 West 4th Street
12      Suite 8000
        Santa Ana, California 92701
13      714-338-3500
        USACAC.SACriminal@usdoj.gov

14

        DEPARTMENT OF JUSTICE
15      OFFICE OF THE UNITED STATES ATTORNEY
        General Crimes Section
16      BY:  Julius J. Nam
             Assistant United States Attorney
17      312 North Spring Street
        Suite 1200
18      Los Angeles, California 90012
        213-894-4491
19      julius.nam@usdoj.gov

20

FOR DEFENDANT NADER SALEM ELHLUZAYEL:

21

        Pal A. Lengyel-Leahu *(retained)*
22      LAW OFFICES OF PAL A. LENGYEL-LEAHU
        360 East First Street
23      Suite 609
        Tustin, California 92780
24      714-497-6813
        plitigate@aol.com

25

**DEBBIE GALE, U.S. COURT REPORTER**

1    **APPEARANCES OF COUNSEL (Continued):**

2

     FOR DEFENDANT MUHANAD ELFATIH M.A. BADAWI:

3

4         Katherine T. Corrigan *(CJA appointment)*
          CORRIGAN WELBOURN AND STOKKE APLC
5         4100 Newport Place
          Suite 550
6         Newport Beach, California 92660
          949-251-0330
7         kate@cwsdefense.com

8

9    ALSO PRESENT:

10        Cambria Lisonbee (assisting Ms. Corrigan)
          Joshua Hopps (assisting Mr. Lengyel-Leahu)
11        Lee Page *(phonetic)* (government technician)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                       **I N D E X**

2                       Day 2, Volume I

3     **PROCEEDINGS**                                **PAGE**

4     Government Opening Statement (by Ms. Eliot)         6

5     Defense Opening Statement (by Mr. Lengyel-Leahu)   24

6     Defense Opening Statement (by Ms. Corrigan)        34

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|   |    |                                                              |
|---|----|--------------------------------------------------------------|
|   | 1  | **SANTA ANA, CALIFORNIA, WEDNESDAY, JUNE 8, 2016**           |
|   | 2  | **Day 2, Volume I**                                          |
|   | 3  | (8:43 a.m.)                                                   |
| 08:43 | 4 | *(In the presence of the jury.)* |
| 08:43 | 5 | THE COURT:  Well, first, good morning.  How are |
|   | 6  | all of you this morning? |
| 08:43 | 7 | We're in session.  And counsel on behalf of the |
|   | 8  | government, would you be kind enough, once again, to |
|   | 9  | reintroduce yourself to the jury. |
| 08:43 | 10 | MS. HEINZ:  Good morning.  Judith Heinz on behalf |
|   | 11 | of the United States. |
| 08:43 | 12 | MS. ELIOT:  Good morning.  Deirdre Eliot for the |
|   | 13 | government. |
| 08:43 | 14 | THE COURT:  And the gentleman seated next to you? |
| 08:43 | 15 | GOVERNMENT TECHNICIAN:  Lee Page *(phonetic)*. |
| 08:43 | 16 | THE COURT:  And he will be assisting you today? |
| 08:43 | 17 | MS. ELIOT:  Yes. |
| 08:43 | 18 | MS. HEINZ:  Yes, Your Honor. |
| 08:43 | 19 | THE COURT:  Thank you very much. |
| 08:43 | 20 | *(To Mr. Page:)* You're welcome. |
| 08:43 | 21 | And, Mr. Lengyel-Leahu, if you'd make your |
|   | 22 | appearance, please, along with your client and also the |
|   | 23 | young man seated next to you. |
| 08:43 | 24 | MR. LENGYEL-LEAHU:  Thank you, Your Honor.  Pal |
|   | 25 | Lengyel-Leahu.  And I represent Nader Elhuzayel.  And this |

08:44  1    is my assistant, Joshua Hopps.

08:44  2          MS. CORRIGAN:  Kate Corrigan on behalf of

3    Mr. Badawi, who is to my left.  And I would like to

4    reintroduce you to Cambria Lisonbee, who's an attorney

5    assisting me with this matter.

08:44  6          THE COURT:  In a few moments you'll hear opening

7    statements.  We've provided a pad and the ability for you to

8    take notes.  You don't have to take notes.  Whatever you're

9    about to hear from the parties is not evidence.  It's an

10   overview of what they believe the evidence will be but it's

11   not evidence.  All the evidence we hear will come from the

12   witness stand, from witnesses under oath subject to direct,

13   cross, redirect and recross-examination.  Okay?

08:44  14         But for the next few moments, we're about to hear

15   from counsel concerning what they believe the evidence will

16   show in this matter.

08:44  17         So, without further delay, Counsel on behalf of

18   the government, please.

08:44  19              **GOVERNMENT OPENING STATEMENT**

08:45  20         MS. ELIOT:  Good morning, ladies and gentlemen.

08:45  21         The evidence at trial will show a call went out

22   from Baghdad:

08:45  23              "O, Muslims, soldiers of the Islamic

24              State, stand up and rise.  Join the

25              March of the *mujahideen*.  Harvest and

08:45

recruit soldiers for Allah.

The defendants Nader Elhuzayel, Muhanad Badawi answered that call.  They had a common goal, one desire:  To provide material support to the terrorist group ISIS. That's what they're charged with:  Providing material support to ISIS in the form of personnel:  Defendant Elhuzayel, who would leave the United States first, travel overseas, and join ISIS as a fighter.

08:45

The defendants conspired with each other and dreamed of the day with they would be counted among Allah's *mujahideen*, Allah's fighters.  They agreed that Elhuzayel would take a flight out of Los Angeles with a layover in Istanbul, Turkey.  When he landed in Turkey, Elhuzayel would get off the plane, cross over into Syria, and join the army of ISIS fighters.  Defendant Badawi would help Elhuzayel get there first, and promised to meet up with him later in the Islamic State.

08:46

They set their plan this motion.  The defendants sent out ISIS propaganda materials all over the Internet, traded photos of ISIS beheadings, celebrated ISIS attacks.

08:46

Defendant Badawi bought Elhuzayel's airline ticket to the Middle East, and Elhuzayel prepared to leave this life behind and begin the path to *jihad* as a soldier of the Islamic State.  Together they prayed, "May Allah make us soldiers and grant us martyrdom."

08:47  1    Law enforcement caught them in the act.  Elhuzayel
       2    was arrested at the airport in Los Angeles as he tried to
       3    board his flight to Turkey, the first step on their shared
       4    path to martyrdom.

08:47  5    In the Summer of 2014, the leaders of ISIS
       6    declared a caliphate, or like an empire, and announced the
       7    formation of an Islamic state.  Abu Bakr al-Baghdadi, the
       8    leader, claimed the ISIS-controlled territory was no longer
       9    really Iraq or Syria, but now belonged to a new Islamic
      10    State.

08:47 11    Al-Baghdadi called upon Muslims to leave their
      12    homeland, travel to the Islamic State, unleash volcanoes of
      13    *jihad* everywhere, light the earth with fire.  ISIS made this
      14    announcement on a global scale by drawing public attention
      15    to atrocities:  Gruesome and heartless beheadings of
      16    innocent aid workers and journalists.

08:48 17    While the world was horrified by these acts,
      18    stunned by the brutality, the evidence will show that the
      19    defendants praised the attacks, sent around pictures of the
      20    bodies on the Internet.

08:48 21    With these public and shocking beheadings, the
      22    ISIS leader warned:  Let the world know that we are living
      23    today in a new era.  Muslims have a statement that will
      24    cause the world to hear and understand the meaning of
      25    terrorism.

08:48   1          You will see that that speech is on

2    Defendant Badawi's iPhone.

08:49   3          "Boots that will trample and destroy the

4              idol of democracy.  Here, here, oh,

5              nation of Islam, listen and pay

6              attention.  Walk up and rise up."

08:49   7      The defendants, loyal followers of al-Baghdadi, took

8    these words to heart and spread it among their followers:

08:49   9          "Go forth *mujahideen* and terrify the

10             enemies of Allah.  Take up arms, O

11             soldiers of the Islamic State, and

12             fight.  Oh, Allah, defeat America.

13             Divide their gatherings, split their

14             body, and dismember them completely."

08:49   15         You'll hear defendants' own words, what they said

16   in recorded conversations on the phone, and in the car, what

17   they wrote in Twitter messages or tweets, in Facebook chats

18   and posts, along with photographs they shared online.

19   You'll see what the defendants believed.

08:50   20         Like the ISIS leader, they think the world today

21   is divided into two camps:  The camp of Islam and the camp

22   of disbelievers.  The Muslims and the *mujahideen* are

23   fighters on the one hand; the Jews and crusaders, America

24   and her allies, on the other.

08:50   25         They wait for the day when the crusaders will be

**DEBBIE GALE, U.S. COURT REPORTER**

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | defeated and the Muslims will be victorious.                 |
| 08:50 | 2  | "May Allah make it so."                                      |
| 08:50 | 3  | After al Baghdadi declared the caliphate that               |
|       | 4  | summer, Badawi and Elhuzayel's desire for martyrdom grew.    |
|       | 5  | By Fall the decision was made:  Elhuzayel would leave the    |
|       | 6  | United States forever to join ISIS and fight under their     |
|       | 7  | direction.  In the beginning of October, Badawi writes on    |
|       | 8  | Facebook:                                                    |
| 08:51 | 9  | "It's a war between Muslims and the                          |
|       | 10 | crusaders.  Allah will give victory to                       |
|       | 11 | the Muslims soon inshallah."                                 |
| 08:51 | 12 | On October 21st, 2014, Badawi videotapes as                 |
|       | 13 | Elhuzayel pledges an oath of allegiance or *bay'ah* to the   |
|       | 14 | Islamic State.  You'll see that video.  Badawi introduces    |
|       | 15 | brother Nader Elhuzayel, a supporter of Islamic State, as    |
|       | 16 | Elhuzayel addresses the *mujahideen* or fighters in the      |
|       | 17 | Islamic State in Syria and Iraq.                             |
| 08:51 | 18 | On video, Elhuzayel prays that Allah will protect           |
|       | 19 | Abu Bakr al-Baghdadi, the one who wants to dismember         |
|       | 20 | America, and pledges his total support to the Islamic State. |
| 08:52 | 21 | Badawi responds, "*Ameen, ameen*," indicating his           |
|       | 22 | agreement.  Declares they're going to be successful and      |
|       | 23 | they'll be there soon to fight with ISIS.                    |
| 08:52 | 24 | Elhuzayel pledges on video:  "I will fight for the          |
|       | 25 | sake of Allah to protect what we believe in."               |

**DEBBIE GALE, U.S. COURT REPORTER**

08:52  1              Badawi answers:  "*Ameen*.  My God!"

08:52  2              "Fight to protect what we believe in."

08:52  3              Now ISIS is a foreign terrorist organization

4    designated by the Secretary of State.  You'll hear it's a

5    terror group known by many names often depending on the

6    territory it controls.  You'll hear the defendants

7    themselves call the terror group by several different names:

8    The Islamic State, ISIS, the Islamic State of Iraq and

9    Syria, or Iraq and al-Sham, ISIL, the Islamic State of Iraq

10   and Levant, *Daesh*, and *al-Dawlah*.

08:53  11             By any name, the evidence will show that ISIS

12   engages in terrorism, in terrorist activity, such as

13   beheadings, kidnappings, suicide bombings, attacks on

14   civilian populations.

08:53  15             May I have a moment, Your Honor?

08:53  16             Thank you.

08:53  17             The evidence will show that Badawi and Elhuzayel

18   knew ISIS engaged in the terrorist attacks and suicide

19   bombings.  They knew that ISIS beheaded hostages and aid

20   workers, Christians, people of other faiths.  ISIS burned a

21   Jordanian pilot alive.

08:53  22         You'll see and hear that defendants celebrated ISIS

23   victories and shared photographs of beheading carried out by

24   ISIS in the name of Allah.  You'll also hear about prominent

25   terrorist leaders who defendants respect and admire.  They

**DEBBIE GALE, U.S. COURT REPORTER**

        1    discuss alber *(sic)* -- Abu Bakr al-Baghdadi, the leader of

        2    ISIS.  Others include al-Qa'ida's Usama bin Laden, Ayman

        3    al-Zawahiri and Anwar Awlaki, as well as ISIS operators

        4    Junaid Hussain and Jihadi John.  You'll hear that these

        5    people are responsible for hundreds of deaths.

08:54   6             In the months leading up to when Elhuzayel would

        7    leave America for good, he's eager to join ISIS on the

        8    battlefield.  His Twitter communications are focused on

        9    fighting in the Islamic State.  Elhuzayel writes:

08:54   10            "ISIS is getting ready to attack Israel.

        11            Looking forward to Jewish heads rolling

        12            or dead bodies carrying their own

        13            heads."

08:55   14   Then he warns:

08:55   15            "I will be the one who slaughters you,

        16            O *kuffar*" or unbelievers.

08:55   17   Elhuzayel tweets:

08:55   18            "May Allah bless and expand the Islamic

        19            State.  May Allah allow us to live and

        20            die for his cause only and grant us

        21            Shaheed," or martyrdom.

08:55   22   Elhuzayel says:

08:55   23            "I bring the men who desire death as

        24            much as you desire life."

08:55   25   April 10th, Elhuzayel sends out a photo of a man

**DEBBIE GALE, U.S. COURT REPORTER**

|      |    |                                                              |
|------|----|--------------------------------------------------------------|
|      | 1  | being beheaded:  Hashtag, "We will burn USA again."          |
| 08:55| 2  | In April of 2015, Elhuzayel threatens:                       |
| 08:55| 3  | "Soon the streets of New York will                           |
|      | 4  | become a fighting scene between us.                          |
|      | 5  | Every U.S. citizen is our target all                         |
|      | 6  | over the world, and we will kill them                        |
|      | 7  | one after the other."                                        |
| 08:56| 8  | Around this same time Elhuzayel looks for a quick            |
|      | 9  | way to get cash.  He starts depositing stolen checks at      |
|      | 10 | various banks and withdrawing the cash before the banks      |
|      | 11 | realize the checks were stolen.  You'll see photos of        |
|      | 12 | Elhuzayel and his co-schemers at the ATM machines, and       |
|      | 13 | you'll hear them calling the banks to check account          |
|      | 14 | balances, to figure out if the stolen checks have cleared.   |
| 08:56| 15 | While he's still on American soil, Elhuzayel               |
|      | 16 | begins his active support of ISIS.  He shouts out new        |
|      | 17 | Twitter accounts to help ISIS supporters when their accounts |
|      | 18 | have been shut down due to content.  Twitter shut down       |
|      | 19 | Elhuzayel's own account several times, often after he passed |
|      | 20 | around photos of beheadings.  When he was shut down, he      |
|      | 21 | quickly set up a new account with a slightly different       |
|      | 22 | screen name so his followers could find him.                 |
| 08:57| 23 | To show his support for ISIS, while living in              |
|      | 24 | Orange County, Elhuzayel tweets private personal information |
|      | 25 | of United States military service members and spreads it     |

 1    over the Internet.  You'll hear these threats Elhuzayel

 2    tweets to members of the United States military central

 3    command:

08:57    4            "American soldiers, we're coming.  Watch

 5                     your back.  ISIS is already here.  We're

 6                     in your computers, in each military

 7                     base.  In the name of Allah, the

 8                     cyber-caliphate continues to

 9                     cyber-*jihad*.  We won't stop.  We know

 10                    everything about you, your wives, your

 11                    children."

08:57    12           Listen to what Defendant Badawi writes on Facebook

 13    and Twitter:

08:58    14           "I'm going to Syria.  I want to help to

 15                    fight.  We can join *al-Dawla* in Iraq and

 16                    Syria."

08:58    17           Badawi posts:  "May Allah give victory to the

 18    Mujahideen or fighters in Iraq and Syria."

08:58    19           He warns:  "There's a law of *jihad*, bro."

 20    "Christians gonna pay," and "Live under Shariah."  "It's

 21    gonna happen, bro."

08:58    22           Then Badawi announces:

08:58    23           "I started my Islamic State campaign in

 24                    Orange County.  You're welcome to join

 25                    anytime."

| | | |
|---|---|---|
| 08:58 | 1 | Another tweet from Badawi: |
| 08:58 | 2 | "Either you're with Khalifa Ibrahim" -- |
| | 3 | al-Baghdadi, or you're with -- "Barack |
| | 4 | Obama." |
| 08:58 | 5 | "It's time for *jihad*." |
| 08:58 | 6 | At the end of March 2015 Badawi tweets: |
| 08:58 | 7 | "I can't wait make to make *hijra*" -- or |
| | 8 | travel with my brother. |
| 08:58 | 9 | "Allah, help us go to *al-Sham*," Syria. |
| 08:59 | 10 | "Inshallah, soon the Islamic State will |
| | 11 | take over Baghdad.  May Allah grant me |
| | 12 | martyrdom." |
| 08:59 | 13 | Badawi goes on: |
| 08:59 | 14 | "All Muslims under Allah and his law |
| | 15 | against the United Nations of *kuffar*," |
| | 16 | the unbelievers.  "The *kuffar* are |
| | 17 | boiling" -- unbelievers -- "die with |
| | 18 | your rage.  We are men that love death |
| | 19 | for the sake of Allah as much as *kuffar* |
| | 20 | love life." |
| 08:59 | 21 | Badawi tells Elhuzayel: |
| 08:59 | 22 | "Nader, when we go, we make a pact that |
| | 23 | we fight on the front line and don't |
| | 24 | look back." |
| 08:59 | 25 | Elhuzayel agrees: |

| | | |
|---|---|---|
| 08:59 | 1 | "*Allahu Akbar*, God is great.  May God |
| | 2 | grant us 72 virgins." |
| 08:59 | 3 | The leader of ISIS embraces terrorism as a means |
| | 4 | of victory.  He says: |
| 08:59 | 5 | "Terrorism is to worship Allah as he |
| | 6 | ordered you.  Terrorism is for the |
| | 7 | Muslims to live as a Muslim." |
| 09:00 | 8 | You'll see that death and destruction are their |
| | 9 | goal and the defendants are drawn to the fight. |
| 09:00 | 10 | On May 3rd, 2015, just four days before |
| | 11 | Defendant Badawi buys Elhuzayel's airline ticket, two |
| | 12 | ISIS-inspired attackers go to an art exhibit in Garland, |
| | 13 | Texas.  The exhibit features drawings of the Prophet.  The |
| | 14 | attackers, Elton Simpson and Nadir Soofi, have assault |
| | 15 | rifles and body armor.  Just before the attack, Simpson |
| | 16 | sends out a tweet that he and the bro with him have given |
| | 17 | *bay'ah*, or sworn an oath of allegiance to the ISIS leader. |
| 09:00 | 18 | "May Allah accept them as *mujahideen*." |
| 09:00 | 19 | Simpson closes with a hashtag: "Texasattack." |
| 09:01 | 20 | A guard is shot.  Officers return fire.  Simpson |
| | 21 | and Soofi are killed.  You'll see the burst of activity on |
| | 22 | Twitter immediately following that shooting. |
| 09:01 | 23 | Elhuzayel tweets: |
| 09:01 | 24 | "Allahuakbar, brother, was that you? |
| 09:01 | 25 | "God is great." |

09:01    1          "Brother, was it you?"

09:01    2          Then Elhuzayel praises Elton Simpson:

09:01    3          "I love you for the sake of Allah,

         4          brother.  May Allah grant you *jannah*

         5          *al-Firdaws*," or the gardens of paradise.

09:01    6          The highest level of paradise for reward for

         7   afterlife for martyrs.

09:01    8          You'll also see Elhuzayel sends out messages from

         9   Abu Hussain al-Britani.  That's the name taken by an ISIS

        10   operator overseas.  Junaid Hussain.

09:01   11          Elhuzayel retweets:

09:01   12          "*Allahuakbar*, two of our brothers just

        13          opened fire at the art exhibit in Texas.

        14          They thought they were safe in Texas

        15          from the soldiers of the Islamic State.

        16          And know that every time you insult the

        17          Prophet, we will respond harshly.  From

        18          Paris to Texas, you're not safe."

09:02   19          And finally:

09:02   20          "The knives have been sharpened.  Soon

        21          we will come to your streets with death

        22          and slaughter."

09:02   23          That's a tweet Elhuzayel sends out on May 3rd,

        24   2015, just a few weeks before his flight to Turkey.

09:02   25          Badawi tweets the same Abu Hussain messages after

8:15-CR-0060-DOC - 6/8/2016 - Day 2, Volume I

18

1    the Garland attack.

09:02   2         That same day Elhuzayel tells Badawi on the phone:

09:02   3         "May we be united in Islamic State.

4         *Jannah al-Firdaws*, man."

09:02   5         They discuss having patience because rushing will

6    get them in trouble.  In recorded conversations, you'll hear

7    Elhuzayel and Badawi discuss fighting for the cause of Allah

8    and the desire to die in the battlefield.  They both wanna

9    to go to Syria and become martyrs in paradise.

09:03   10         May 7th, 2015, Elhuzayel and Badawi search

11   airfares for international travel.  Badawi books a ticket

12   for Elhuzayel traveling on Turkish airlines leaving Los

13   Angeles International Airport on May 21st, 2015, bound for

14   Istanbul, Turkey and Tel Aviv, Israel.

09:03   15         Elhuzayel's ticket is one way, with no return trip

16   to America.  Badawi pays for Elhuzayel's airfare using his

17   federal Pell Grant debit card.  It's a Higher One debit card

18   linked to Badawi's federal student aid.  That's free money

19   the federal government gave Badawi for his education.  It's

20   supposed to pay for school expenses, not airfare to join

21   ISIS.

09:04   22         You'll also hear that Elhuzayel had an Internet

23   relationship with a woman in Palestine and he told her he

24   was going to marry her.  The woman, Enas, told Elhuzayel

25   that she had been arrested and in prison for supporting

1  ISIS, who she called "*Daesh*."  They talk about their shared

2  love for ISIS, discuss naming their children "Jihad" and

3  "Martyr."

09:04  4          And in the end, Elhuzayel never intended to settle

5  down with Enas in Palestine, a woman he's known for two

6  months, a woman whose last name he doesn't even know.

09:04  7          The evidence will show that he just wanted to die

8  a martyr on the battlefield and planned to get off the plane

9  in Istanbul, Turkey, crossing over into ISIS territory.  He

10  never really planned to go to Israel after all.  His destiny

11  *(verbatim)* was ISIS and Syria, not a fiancée in Palestine.

09:05  12          On May 8th, Badawi tweets:

09:05  13          "Where are my Islamic State brothers?"

09:05  14          The same day he shares good news with Elhuzayel:

09:05  15          "There are more Islamic State supporters

16          in the mosque in Orange County.  Good

17          news."

09:05  18          Badawi says:  "We are five now."  Five in number.

09:05  19          "I'm gonna convert more."

09:05  20          Elhuzayel responds:  "May Allah reward you."

09:05  21          On May 9th, Elhuzayel tells Badawi he can't wait

22  "to bounce out of this country."  He assures Badawi they

23  will meet up in the Islamic State.

09:05  24          "May Allah grant us *Shaheed*" -- or

25          martyrdom -- "man."

8:15-CR-0060-DOC - 6/8/2016 - Day 2, Volume I

20

09:05　　1　　　　The next day, May 10th, Badawi contacts Mosuly

2　Monasr and tells him a friend is traveling overseas for

3　*jihad* and is looking for a way to reach the Islamic State

4　from Palestine.  Mosuly tells Badawi that from Palestine his

5　friend can reach the Islamic State in Sinai or Egypt.

09:06　　6　　　　You'll hear that Badawi believed he will get

7　credit from Allah for helping Elhuzayel become an ISIS

8　fighter.  Badawi ends the conversation with this passage:

09:06　　9　　　　　　"Whoever equips a fighter in the way of

10　　　　　Allah is as if he has taken part in the

11　　　　　fighting himself."

09:06　12　　　　Badawi and Elhuzayel then discuss whether

13　Elhuzayel should go to Egypt to join the Islamic State.  And

14　Badawi recommends Egypt because the *Sham*, or Syria and Iraq,

15　already have a lot of people.

09:06　16　　　　The same day Badawi and ISIS operative Abu Hussain

17　al-Britani exchange photographs of themselves.  You'll see

18　these photo.  Abu Hussain al-Britani dressed in black, the

19　lower half of his face covered, a weapon pointed at the

20　camera.  Muhaned Badawi dressed in black, only his eyes

21　visible, pointing a knife at the camera.

09:07　22　　　　On May 16 Badawi urges Elhuzayel to tell people

23　he's going to the Islamic State so they can follow in his

24　footsteps.  Remember, harvest and recruit soldiers for

25　Allah.

09:07   1          Badawi tells a friend that Elhuzayel is going to

2   Islamic State for *jihad*.  Badawi says, "Islamic State is at

3   war with the United States," and Badawi's going to join

4   Elhuzayel soon.  Badawi says if he dies a martyr, that's the

5   best thing.

09:07   6          Elhuzayel makes some final purchases in

7   preparation for his trip.  He buys a VTech MagicJack

8   telephone, a phone charger, a thumb drive.  Right before

9   Elhuzayel leaves, Badawi asks him if he's ready for tomorrow

10   and reminds him about clearing all his history on his phone.

11   Elhuzayel says he did and that he needs to do the same thing

12   for his computer.  Badawi can't wait, he says, for the next

13   day.  And offers to take Elhuzayel to the airport.

09:08   14          On Elhuzayel's last day in the United States, he

15   tweets:

09:08   16                  "Pick a side.  Fence-sitting is for

17                  cowards.  Do you choose the camp of the

18                  faithful or the camp of unbelievers?" he

19                  asks.

09:08   20          May 21st, the day has arrived.  Elhuzayel's family

21   drives him to the airport.  He says good-bye for one last

22   time and enters LAX.  He checks in for his flight at the

23   Turkish airlines ticket counter, presents his ticket and

24   passport, and receives his boarding pass.

09:09   25          Elhuzayel checks two of his bags through to

Tel Aviv with a layover in Istanbul.  FBI agents are
watching Elhuzayel as he makes his way to security.

09:09       All of the sudden, Elhuzayel goes sprinting back
to the Turkish Airlines counter.  You'll hear that when he
gets there he asks for his black carry-on bag.  Turkish
Airlines gives him back his carry-on and he once again heads
for security.

09:09       At security, Elhuzayel is arrested and taken to an
interview room at the airport.  Among his carry-on items,
agents find a new iPhone 6, a tablet, a laptop, the VTech
MagicJack telephone, and over a thousand dollars in cash he
was taking with him.

09:09       In the black carry-on, the one Elhuzayel ran back
for, agents found a hidden thumb drive filled with
Elhuzayel's collection of beheading victims, graphic
photographs of victims -- their bodies broken and bloody.

09:10       At the same time, FBI agents arrest Badawi at a
gas station in Anaheim.  When he's arrested, Badawi has with
him his iPhone and the Higher One debit card he used to
purchase Elhuzayel's one-way ticket to join ISIS.

09:10       You'll see Badawi's iPhone is full of ISIS photos.
Pictures of Abu Bakr al-Baghdadi, the ISIS flag, even a
black flag flying over the White House, maps of ISIS
territory, photos of Usama bin Laden, and one of the 9/11
highjackers, photos of victims being beheaded.

09:10    1          And so, ladies and gentlemen, the evidence will

         2     show in this case here ends the march of the *mujahideen*.  At

         3     the end of this trial, we will return and ask you to render

         4     the only verdict based on the evidence, and that's a verdict

         5     of guilty on all counts.

09:11    6          Thank you.

09:11    7          THE COURT:  Thank you, Counsel.

09:11    8          And, Counsel, Mr. Lengyel-Leahu, on behalf of your

         9     client, would you like to make an opening statement?

09:11   10          MR. LENGYEL-LEAHU:  Yes, please, Your Honor.  But

        11     may I have a brief sidebar?  Very brief.

09:11   12          THE COURT:  You may.

09:11   13          Debbie, if you would join us for just a moment,

        14     and counsel.

09:11   15          Ladies and gentlemen, we'll return in just a

        16     moment.

09:11   17          *(Sidebar proceedings held at 9:11 a.m.)*

09:11   18          THE COURT:  We're on the record at sidebar.

09:11   19          MR. LENGYEL-LEAHU:  Thank you, Your Honor.

09:12   20          And I apologize for not noticing this sooner, but

        21     we've spent so much time on how the court looks, I can't

        22     even see the jurors on the far right side.  That doggone

        23     screen is covering up the last four jurors.

09:12   24          THE COURT:  Okay.  We'll move that for you.

09:12   25          We'll move that for you.

| | | |
|---|---|---|
| 09:12 | 1 | MR. LENGYEL-LEAHU:  I appreciate that.  I just |
| | 2 | wanna shove it over. |
| 09:12 | 3 | THE CLERK:  Josh can do it.  That was a note I |
| | 4 | gave you saying that those jurors couldn't see. |
| 09:12 | 5 | THE COURT:  Could you asked Josh to move that |
| | 6 | screen.  Thank you. |
| 09:12 | 7 | MR. LENGYEL-LEAHU:  That's all. |
| 09:12 | 8 | THE COURT:  We'll do that immediately. |
| 09:13 | 9 | *(End of sidebar proceedings at 9:13 a.m.)* |
| 09:14 | 10 | *(In open court.)* |
| 09:14 | 11 | THE COURT:  All right.  Thank you. |
| 09:14 | 12 | Then, Mr. Lengyel-Leahu, would you like to make |
| | 13 | your opening statement on behalf of Elhuzayel. |
| 09:14 | 14 | MR. LENGYEL-LEAHU:  Thank you, Your Honor. |
| 09:14 | 15 | **DEFENSE OPENING STATEMENT** |
| 09:14 | 16 | MR. LENGYEL-LEAHU:  Ladies and gentlemen, thank |
| | 17 | you very much for your service.  We appreciate the time and |
| | 18 | attention that you're about to give in this case. |
| 09:14 | 19 | These are our opening statements, what we expect |
| | 20 | the evidence to show.  And we have a saying in our family |
| | 21 | that things that we do are pre-forgiven.  And I hope you |
| | 22 | forgive me for any missteps that I have and don't hold those |
| | 23 | against my client. |
| 09:15 | 24 | This is not evidence.  And what the People have -- |
| | 25 | or what the government has mentioned to you is what they |

1    hope the evidence to show.  And you might wonder after all

2    of that why we're here.  What could we possibly say that

3    matters?

09:15    4        But you look at the statute and you look at the

5    Indictment, and specifically what my client is being charged

6    with is the material support of a foreign terrorist

7    organization.  And the "material support" in this case is

8    him.  They're saying that he went over *(verbatim)*, and

9    that's good enough for the statute.

09:15    10       But, most importantly, the evidence will show that

11   a foreign terrorist organization is a very specific, defined

12   group:  Something that's been identified by the

13   State Department, that's been approved by the Attorney

14   General and the Treasury Department, submitted to Congress,

15   and then added to a list.  They have to be on the list.

16   That is a requirement under the statute.  And if they're not

17   on the list, doesn't matter what they do in the world, it's

18   not a violation of this statute.

09:16    19       There is no evidence of either defendant

20   committing any act of terrorism.  All of the evidence that

21   you're going to see in this case is what other people did,

22   other people committed.  Nothing in this case deals with

23   what these two individuals either did or wanted to do.

09:16    24       The evidence will show that my client is a citizen

25   also of Israel.  He has a family and home over there.  And

1    the evidence will show that he was getting married.  He told

2    the FBI he was getting married.  And, as the government

3    suggested, her name was Enas.

09:17    4         The law says we can't dispute whether or not a

5    group is a terrorist group, if they're on the list.  And so

6    we're going to see a lot of evidence about acts that the

7    others have done so that the government can prove that

8    terrorism was going on.  But, again, the evidence will show

9    that no one in this courtroom committed any of those acts.

09:17   10         We expect there'll be somewhat of a history lesson

11   regarding the progression of what occurred in the Middle

12   East, once there was an al-Qa'ida.  That was 9/11.  In the

13   Iraq war, al-Qa'ida started a group:  The al-Qa'ida in Iraq.

14   And they fought an insurgency within there.  And we heard

15   about Falluja.  Once the surge occurred, al-Qa'ida and Iraq

16   was decimated.

09:18   17         After the change of administration, there was a

18   resurgence of what's called the Islamic State of Iraq.

19   That's the group referred to as the JV squad.

09:18   20         They also started to grow.  And as they grew, we

21   have the Islamic Spring or the Muslim Spring.  And during

22   that time there was a civil war in Syria.  And there was

23   terrible repression and fighting that was taking place, so

24   the Islamic State in Iraq sent a group called al-Nusra into

25   Syria to also foment civil war.

09:19    1            In February of 2014, there was a fight between

         2    three groups:  Al-Qa'ida, the Islamic State in Iraq, and

         3    al-Nusra.  They declared war on each other and fought each

         4    other.  Shortly thereafter, approximately May, Mas'oul fell.

         5    You may remember from the news that it was a historic event

         6    because the Iraq army surrendered.

09:19    7            All of the weapons, all of the material that

         8    America had supplied to Iraq were now given over to the this

         9    group that's now called ISIS and ISIL.  Those are actually

        10    the same name.  And it deals with the geography:  The

        11    Islamic State in Iraq and the Islamic State in the Levant or

        12    the Islamic State in Syria.  And those are American words.

        13    But the translation in Arabic would be *Daesh* -- would be the

        14    acronym -- which they don't like very much.

09:20   15            Once that occurs, once the fall of Mas'oul occurs,

        16    as the people mentioned, there was a historic statement made

        17    by the leader of then what was called ISIS or ISIL.  And

        18    this will be one of the exhibits that you'll see in this

        19    case.

09:20   20            It is the message to the Mujahideen.  Al-Baghdadi,

        21    who is the leader of that group, announces that he is the

        22    caliph.  He is the leader of their religion, their nation,

        23    their organization.  And he's going to call all Muslims to

        24    him, like the Pope calling all Catholics to follow a certain

        25    dictate.

09:21  1           And in that message he changes the entire

       2    nature -- the Islamic State in Iraq, the Islamic State of

       3    the Levant, the Islamic State of this little organization is

       4    now expanding to a global caliphate -- calling all Muslims

       5    to join him.  It fundamentally changes everything about who

       6    they were and what they were.

09:21  7           They're now gonna try and re-establish the

       8    caliphate that the Ottoman Turks had originally had; that

       9    the caliphate -- that the Prophet Muhammad originally

      10    established.  This is a religions calling.  And we believe

      11    it fundamentally changes the whole nature of who they are.

09:22 12           The evidence will show that from that time they

      13    only ever refer to themselves as the Islamic State.  They

      14    don't call themselves ISIS, ISIL or, in Arabic, the *Daesh*.

      15    They only ever refer to themselves as the Islamic State.

      16    And that's critical.

09:22 17        *(Document displayed.)*

09:22 18           MR. LENGYEL-LEAHU:  The State Department, the

      19    President, our administration, the government refuses to

      20    acknowledge that they even exist.  And that's why they're

      21    fighting a war that can't possibly end or finish.  Because

      22    they refuse to acknowledge they exist.

09:22 23           And here's the problem -- this case is so simple,

      24    and the government can't change the facts that are clear on

      25    their face -- the Islamic State has not been added to the

|          |    |                                                           |
|----------|----|-----------------------------------------------------------|
|          | 1  | list.                                                     |
| 09:23    | 2  | Now, if my client is accused of granting material         |
|          | 3  | support to anybody, if they're not on the list, then he   |
|          | 4  | can't be guilty.                                          |
| 09:23    | 5  | We have another exhibit.  It's coming into court.         |
| 09:23    | 6  | *(Document displayed.)*                                   |
| 09:23    | 7  | MR. LENGYEL-LEAHU:  After my client was charged,          |
|          | 8  | after all of the events that my client is being accused   |
|          | 9  | of -- the acts of these two defendants -- after those     |
|          | 10 | events -- remember they're arrested in May of 2015.  May of |
|          | 11 | 2015.  After that event, the government took another look |
|          | 12 | and decided they needed to change the law, and they did.  |
|          | 13 | The Islamic State was secretly added to the Federal Register |
|          | 14 | in September of 2015.                                     |
| 09:24    | 15 | If I had a mic, that's when we drop it.                   |
| 09:24    | 16 | There's a reason they're added in September 2015.         |
|          | 17 | 'Cause they needed to be.  There was a gap in the law and |
|          | 18 | they knew it.  There's no press releases indicating that  |
|          | 19 | they were added to it.  None.  The President still refuses |
|          | 20 | to say the words "Islamic State."  The Administration     |
|          | 21 | refuses to say it.  The Secretary of State refuses to say |
|          | 22 | it.                                                       |
| 09:24    | 23 | But there it is, ladies and gentlemen.  2015.            |
|          | 24 | September.  That's 16 months after the Islamic State was  |
|          | 25 | declared.  It's a gap, and they can't get around it.      |

09:25   1          We're gonna take a month of evidence -- and that

2      right there is the answer.  'Cause the Constitution

3      prohibits an *ex post facto* law.  No law can go back and make

4      illegal something that you did in the past.  And that's why

5      this case is important.

09:25   6          In their opening statement, the government

7      acknowledges this is a new Islamic State.  And they wanna

8      say ISIS and ISIL.  But as of June 30th, 2014, those

9      organizations no longer existed.  It was now the Islamic

10     State.

09:26   11         As the government indicated, there will be lots of

12     evidence about cheerleading.  Cheerleading for their side.

13     This is the Yankees and the Red Sox.  Two teams.  Both of

14     'em fighting for supremacy.  Cheerleading.

09:26   15         None of that's illegal.  It is not illegal to pick

16     a side, even if none of us agree with it.  And the

17     government will agree with that.  It's not illegal to join

18     the other team.  Supreme Court has told us that you can be a

19     member of anything.  That's part of the process.

09:26   20         The Constitution doesn't protect innocent speech.

21     In a free society, anybody can think or do or join any

22     organization -- whether it's the Nazis or Communist -- any

23     organization, and it's not illegal.

09:27   24         There will be lot of discussion of war, civil war,

25     insurrection.  Nothing prohibits an American from using

         1    political speech, regardless of which side they appear on.

         2    None of that's illegal, even if it makes you cringe.

09:27    3         The government will say these photos are shocking.

         4    They're extremist.  They're horrible.

09:27    5         What they fail to acknowledge is societies have

         6    different rules.  The evidence will show that beheading is a

         7    punishment in the Arab world.  They cut off heads for

         8    capital punishment.  They cut off hands, limbs.  There are

         9    "honor" killings.  There is capital punishment.  So we might

        10    think it's shocking.  They don't.  That's normal.

09:28   11         Is that extremism?

09:28   12         Not if you live there.  Not if that's the team

        13    that you're on.  That is normal.  There's propaganda in war.

09:28   14         The government will say all of this -- this

        15    propaganda, this antagonizing of people -- that's part of

        16    what war is.  You wanna scare the enemy into surrendering.

        17    Always.  And if they're afraid, they'll back down and

        18    they'll stop fighting.

09:28   19         Pay very close attention in this case, please, to

        20    the evidence of who wrote what.  Many of you are on the

        21    Internet.  Many of you tweet and Twitter and Facebook.  Many

        22    of you have pages that link to other pages, and they're

        23    information that you get.  I get it on my Facebook that I

        24    don't wanna see or I don't care about.  But, nonetheless,

        25    it's posted.  Or, maybe you retweet it so that your

09:29  followers can see it too, for whatever reason.

09:29  And we'll see all of that.  But pay close attention to who the author is, so that there's no confusion as to who said what.

09:29  The evidence will be talking about martyrdom. "Martyrdom," as if it's a horrible thing.  It was invented by Christians.  I go to church and I see the pictures of the martyrs all over my church.  The Catholic church is filled with martyrs, people that fought for their faith.

09:29  The Catholic Church started their crusades and told:  Everybody who would fight would get a free pass into Heaven, as well as their ancestors.  Christians invented martyrdom.  We existed 600 years before Islam came, before the Prophet.

09:30  There will be no evidence -- no evidence -- that Nader encouraged anyone to commit any of the acts that you're going to see in the evidence.

09:30  If someone was encouraging someone to commit a crime, that would be an issue.  But cheerleading after the event is not that.  That's picking a team.

09:30  The evidence in this case will show that the ticket purchased was to go to Israel, to Tel Aviv; that his luggage was checked through to Tel Aviv where his "intended," Enas, waited.  The evidence will show that they intended to get married.

09:31    1          The evidence will show that when the FBI

         2   questioned Nader, he said, "I'm going to get married."  And

         3   the FBI will admit that he said he was migrating, that he

         4   didn't have an intention of returning to the land where he

         5   is a citizen.

09:31    6          The evidence will show that Nader acted completely

         7   alone.  Yes, he talked about it with his friend.  Yes, he

         8   need a credit card to purchase the ticket because they did

         9   it online.  But there is no one and there will be no

        10   evidence of anyone from the Islamic State or ISIS or ISIL

        11   that was assisting him in any way.  And pay close attention

        12   to that.  Because he is a lone wolf.

09:32   13          He had no plan -- the evidence'll show he had no

        14   hope of a plan -- nor did he have any real intention of

        15   joining any organization, other than getting married.

09:32   16          And the evidence will show he doesn't read or

        17   speak Arabic.  He knows some catch phrases, some prayers,

        18   things he's heard before from church, from the mosque, but

        19   he has no working knowledge of either reading or writing in

        20   Arabic.

09:33   21          The government's plan, as the evidence will show,

        22   is similar to what they did in World War II with the

        23   Japanese:  Intern them all.  Put them all in jail.  And then

        24   apologize profusely for what they did.

09:33   25          This case is a simple case.  The government has no

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
|       | 1  | proof that any foreign terrorist organization that was on          |
|       | 2  | the list was involved.  And the proof of that is 'cause they        |
|       | 3  | add them later.  The statute does not say aliases, also            |
|       | 4  | known as, *nom de guerres*.  The statute says they have to be      |
|       | 5  | on the list.                                                       |
| 09:33 | 6  | And you'll see all of the names that they put on                   |
|       | 7  | the list, all the names that they publish, Islamic State is        |
|       | 8  | not one of 'em until September 21st, 2015.                         |
| 09:34 | 9  | We have a lot of disillusioned kids in America.                    |
|       | 10 | They turn to sex and drugs, alcohol.  Nader turned to             |
|       | 11 | religion.                                                          |
| 09:34 | 12 | Thank you for your attention.                                     |
| 09:34 | 13 | THE COURT:  Ms. Corrigan, on behalf of Mr. Badawi,                |
|       | 14 | would you like to make an opening statement?                      |
| 09:34 | 15 | MS. CORRIGAN:  Yes.  Thank you, Your Honor.                       |
| 09:34 | 16 | THE COURT:  You may do so.                                        |
| 09:34 | 17 | **DEFENSE OPENING STATEMENT**                                      |
| 09:34 | 18 | MS. CORRIGAN:  A call from Baghdad to harvest and                 |
|       | 19 | gather fighters.  This is not what was going on here.  If         |
|       | 20 | you look at my client, he's about six-four, weighs no             |
|       | 21 | less -- or no more than probably about 125 pounds.  I could       |
|       | 22 | take him.  This is a guy who's no one that's gonna be of any      |
|       | 23 | use to anyone in any fight, let alone any use to a group          |
|       | 24 | like ISIS or ISIL.                                                |
| 09:35 | 25 | My client did not answer that call.  He's not                    |

**DEBBIE GALE, U.S. COURT REPORTER**

charged with believing in what ISIS or ISIL stand for.

That's not why we're here today.  And, yes, you are gonna

hear a lot of information.

09:35   Ms. Eliot is accurate in what you're gonna see

here between the tweets, the social media, Facebook,

recordings -- you're gonna see -- you're gonna hear and see

a lot of repulsive images and information that on all

accounts is un-American and anti-American, contrary to what

any of us would think is appropriate.  But you're not here

to decide that as jurors in this case.

09:35   And this is where we part ways with co-defendant:

The opening statement that you just heard.  I am not

disputing whether ISIS or ISIL are designated foreign

terrorist organizations.  And so what I'm gonna ask you to

do is to accept that as one of the elements in this crime.

The government -- the Court, later on, will instruct you on

that element.

09:36   That element brings with it a lot of information

that you're gonna be seeing that, as I mentioned, is

repulsive.  And it's not something that I expect you to be

making a decision of whether it's okay or not okay, with the

evidence you'll be seeing.  That's not why you're here today

or for the coming weeks.

09:37   What this case is about is three things:  One, my

client trusting in a liar, and that liar being the

|       |    |                                                                   |
|-------|----|-------------------------------------------------------------------|
|       | 1  | co-defendant.  Even the government describes him as a man         |
|       | 2  | who was desperate for cash.  You'll hear no mention that my       |
|       | 3  | client was involved at all in the bank fraud scheme, a            |
|       | 4  | scheme that provided apparently cash to the co-defendant,         |
|       | 5  | which he never told my client about.                             |
| 09:37 | 6  | It's a misguided friendship.  You'll see that                     |
|       | 7  | throughout the tweets, the Facebook postings, the                 |
|       | 8  | conversations.  And it's full of unpopular thoughts,              |
|       | 9  | repulsive thoughts to some of us.                                 |
| 09:37 | 10 | The one thing I do agree with that came out of the                |
|       | 11 | co-defendant's lawyer up here is that his client acted            |
|       | 12 | alone.  He is a lone wolf.  He had no plan, no hope of a          |
|       | 13 | plan, no intention of joining.  In fact, if you even look at      |
|       | 14 | him today, he's got a trimmed beard and trimmed hair.  And        |
|       | 15 | as you listen to the evidence in this case, you're going to       |
|       | 16 | hear conversations and exchanges that show that having a          |
|       | 17 | trimmed beard is the sign of a nonbeliever.  Listen for it.       |
|       | 18 | There's discussion about that:  About them identifying            |
|       | 19 | somebody that had a trimmed beard.                                |
| 09:38 | 20 | My client was a lotta talk and absolutely no                      |
|       | 21 | action.                                                           |
| 09:38 | 22 | We're not here to dispute, as I mentioned earlier,                |
|       | 23 | whether ISIS or ISIL exists.                                      |
| 09:38 | 24 | My client, on the other hand, as you're gonna                     |
|       | 25 | learn, was a young man attending college and communicating       |

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
|       | 1  | on social media.  You'll obviously find out he was in                |
|       | 2  | college because of the Pell Grant money.  He was spending a          |
|       | 3  | lotta time on social media.  He was exchanging a lot of              |
|       | 4  | unpopular thoughts.                                                   |
| 09:39 | 5  | And while he was attending school, he met the                        |
|       | 6  | co-defendant, someone who was not attending school, but              |
|       | 7  | eventually they -- their friendship grew.  Whether you agree         |
|       | 8  | with that friendship or not is not the issue here.  My               |
|       | 9  | client trusted 'em, and he helped him.  And that's why he's          |
|       | 10 | here today.                                                           |
| 09:39 | 11 | Although different in many respects, they shared                     |
|       | 12 | some unfortunate common thoughts.  As most people do -- or           |
|       | 13 | young people seem to do, they communicated extensively on            |
|       | 14 | social media day-in and day-out, hours after hours, posting,         |
|       | 15 | tweeting, chatting, texting, talking, using cell phones,             |
|       | 16 | computers.  They talked about food.  Pretty women.                   |
|       | 17 | Partying.  They talked about food, pretty women, partying.           |
|       | 18 | They smoked -- they smoked weed together.                            |
| 09:40 | 19 | They also chatted a lot about current events,                        |
|       | 20 | politics and friends.  And what you'll find is that the              |
|       | 21 | co-defendant consistently offered -- asks my client for              |
|       | 22 | information:  Information that is contained in the daily             |
|       | 23 | headlines of the newspapers; information that is commonly             |
|       | 24 | known to all of us:  ISIS, ISIL, atrocious acts, the                 |
|       | 25 | beheadings, the atrocities day-in and day-out.                       |

09:40    1      I would imagine that many of us have had those

2   conversations -- not the nature of some of the conversations

3   they've had -- but conversations about those topic matters.

09:41    4      As young Muslim men, they chatted about their

5   religious beliefs and the pressures they felt by the

6   competing pulls of pretty women and fun, and their

7   traditional religious beliefs and their conservative family

8   upbringing.  At times the evidence will show you they

9   chatted about topics and, as I said, expressed views about

10   ISIS, ISIL, and other terrorist groups.  And although,

11   again, we may not all agree with them -- in fact, I would

12   suggest that none of us agrees with them about the views

13   that are being shared, 'cause they are beyond unpopular.

14   "Unpopular" doesn't even begin to describe the nature of

15   those communications.

09:41   16      But that's not why we're here.  He's not charged

17   with exchanging unpopular views over the phone, in a Toyota

18   Corolla, tweets, Facebook.  It's not there.

09:42   19      It's my hope that the level of repulse that you

20   may feel as a result of these "conversations" I'll call

21   them -- that you're going to be confronted with throughout

22   this trial -- that your emotions don't take over.  And the

23   negativity that it will spread or could spread amongst you

24   will spill over to my client's future in terms of what this

25   case holds.

09:42    1            As I mentioned, I think there are times that

         2    you're gonna view my client as being un-American.  But

         3    again, that's not what we're here to decide.

09:42    4            As the government has acknowledged, you're gonna

         5    learn that the co-defendant, Mr. Elhuzayel, told many

         6    people, including agents and my client, that he communicated

         7    over the Internet with a young woman that he had plans to

         8    marry.  This is information that he shared with many people,

         9    in fact, I believe that the evidence will end up showing

        10    that he even shared it with his own family.

09:43   11            At least from my client's perspective, the

        12    evidence is going to show that this online relationship that

        13    the co-defendant appeared to have was made to seem real.

        14    And what ended up happening is it goes right back to the

        15    liar.  You're gonna hear that the co-defendant lied to my

        16    client about him not having money available to pay for a

        17    ticket to go to Tel Aviv, the place where he has admitted he

        18    intended to go to.  And the ticket will show that.

09:44   19            And, in fact, I'm gonna urge you to look at the

        20    evidence in this case, and to look at, very carefully, as to

        21    whether the evidence will support that the co-defendant

        22    actually was going to get off his plane in Istanbul.

09:44   23            The co-defendant, I think the evidence is gonna

        24    show you, told my client that he just had some money, maybe

        25    coming from lawn-mowing jobs, and that his employer had

Case 8:15-cr-00060-DOC   Document 148   Filed 06/10/16   Page 40 of 49   Page ID #:1259
8:15-CR-0060-DOC - 6/8/2016 - Day 2, Volume I

40

| | | |
|---|---|---|
| | 1 | ripped 'em off or wasn't honest with him; and that he didn't |
| | 2 | have enough money to buy this ticket, this cheap ticket that |
| | 3 | they eventually found to go to Tel Aviv. |
| 09:45 | 4 | But what he did know is that my client was |
| | 5 | malleable, that he had a debit card, and that most likely he |
| | 6 | would give him some money.  Because what he most likely |
| | 7 | knew -- and I think the evidence will -- there'll be a |
| | 8 | logical leap to this -- the evidence will show you that he |
| | 9 | couldn't take the cash that he took from the banks and jam |
| | 10 | it through that computer feed or the phone to buy the ticket |
| | 11 | online.  That debit card was all that was between him and |
| | 12 | going to Tel Aviv to find his bride. |
| 09:45 | 13 | Whether he was, in fact, going to do that or not |
| | 14 | isn't all that important, because that's what he told people |
| | 15 | he was doing.  That's what he led people to believe.  And, |
| | 16 | unfortunately, my client made the awful discussion to help |
| | 17 | him that day. |
| 09:46 | 18 | On May 7th, 2015, you're gonna learn that the two |
| | 19 | of them went to a local library and tried to also a computer |
| | 20 | to look for online cheap tickets, the cheapest ticket they |
| | 21 | could find.  Not for my client.  They didn't do any research |
| | 22 | for a ticket for my client in the future, but what was the |
| | 23 | cheapest ticket for the co-defendant to travel. |
| 09:46 | 24 | They weren't able to access the Internet. |
| | 25 | Instead, they resorted to using a cell phone in my client's |

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
|       | 1  | car.  And they did, in fact, find that cheap ticket.               |
| 09:46 | 2  | It gives the co-defendant his ability to travel                   |
|       | 3  | now.  He could go to Tel Aviv.  He didn't get a ticket to         |
|       | 4  | anywhere else.  It had a layover in Istanbul, but it was a         |
|       | 5  | ticket all the way to Tel Aviv.  And you'll see that there's       |
|       | 6  | luggage that was checked all the way through Tel Aviv.  I          |
|       | 7  | expect that you're gonna see a big black suitcase filled           |
|       | 8  | with the co-defendant's clothing.  Clothing, by the way,           |
|       | 9  | that, when you look at its size, is clearly not anything           |
|       | 10 | that's ever gonna fit my client, so there's obviously no           |
|       | 11 | suggestion he -- my client was gonna go join him.  There are       |
|       | 12 | no small-waisted clothes in there.  In fact, you're gonna          |
|       | 13 | see some items that appear to have very large waists.              |
| 09:47 | 14 | When we look at other issues in terms of the                      |
|       | 15 | assistance or anyone trying to aid in the support of ISIS, I      |
|       | 16 | also want to look -- take -- have you step back a little bit       |
|       | 17 | and look to see whether there's any evidence that'll be           |
|       | 18 | shown to you that will show that my client made any plans or       |
|       | 19 | took actions beyond words to travel anywhere outside of the        |
|       | 20 | United States for any improper purpose.                            |
| 09:48 | 21 | There's no evidence of a plane, train, or bus                     |
|       | 22 | ticket, or any rental or purchase of a vehicle by my client       |
|       | 23 | to help the co-defendant once he got to his destination.  In      |
|       | 24 | fact, I don't think there'll be a dispute by the government        |
|       | 25 | that Tel Aviv is approximately 1888 miles by road to               |

Damascus, Syria -- one of the places that I think the
government will argue the co-defendant may have intended to
go.

09:49           You will also not see any efforts by my client to
assist the co-defendant in bulking up, taking any
weapons-training classes, going to the gym, getting in
shape, getting ready for whatever weather might be there.
There were no steps taken whatsoever.

09:49           On May 21st, 2015, the co-defendant did travel
from Anaheim to Los Angeles -- both lawyers that have spoken
ahead of me acknowledged that -- ticket in hand, and he
attempted to board the plane bound for Tel Aviv.  In his
bag, the one that he retrieved, the items in there -- the
evidence will not support that my client provided any of
those items to the co-defendant or provided him with any
funds to buy those items.

09:50           As you've heard already today, the FBI agents I'll
call it "greeted" him at the airport.  But they detained him
and questioned him about the purpose of his trip, along with
his ideas.  That day, you'll learn that the co-defendant
apparently did tell the agents that he was planning to marry
and that's why he was going to Israel.

09:50           For my client, however, he did not go to the
airport.  There will be no evidence of that.  In fact, you
heard from the government that he was arrested at -- or

1    detained at a gas station.  That day was like any other day

2    for him.  He had planned to go to school that day -- I think

3    that the evidence will show that agents were well-aware of

4    that -- and to go to work, and that he had -- was planning

5    to sit for exams.

09:51    6         But as we know, that day he did not go to class.

7    Instead, he spent the day with agents -- or most of the day

8    with agents.

09:51    9         My client is charged in three different charges in

10   this case.  One of the things I want -- I urge you --

11   because the evidence is going to be rather substantial in

12   this case -- is, when it come to the bank fraud charges,

13   tune out in terms of my client because he's not involved.

14   He's not charged in those charges.

09:51    15        But what he is charged in is conspiring to provide

16   material support; that being the co-defendant, as personnel,

17   to ISIS and ISIL, and aiding him in that attempt.

09:52    18        He's also charged in the financial aid fraud.

09:52    19        I want you also to bear in mind -- and I know

20   during jury selection there was some comment by

21   co-defendant's counsel that it was -- you'd be determining

22   whether someone was guilty or innocent.  And that's not, in

23   fact, the standard.  The standard is guilty or not guilty.

24   It's a far different standard.  And the Judge will instruct

25   you on that.

09:52   1           Again, I urge you to remember that offensive

2   statements, offensive thoughts, repulsive thoughts,

3   un-American thoughts are not why we're here.  We are

4   certainly gonna hear a lot of it.  We're gonna see a lot of

5   it.  And we're going to see images that no one should have

6   to bear.

09:53   7           But at the end of the day, that's not what my

8   client's charged with.  And I urge you to sift through the

9   evidence and to recognize that, and not to be left with an

10  emotional drive or urge to do anything beyond what your jobs

11  are:  And that is to find the appropriate verdict in this

12  case as it pertains to my client on the charges that he is

13  charged with.

09:53   14          One of the things that the government brought up

15  was a deleted video.  That is one of the items of evidence

16  that I expect will be rather disconcerting to you.  But one

17  of the things I urge you to remember or to think about is

18  that I don't -- I believe that the government would agree

19  with me -- I think everybody that's involved in this case

20  would agree with me -- that that video was never

21  disseminated to anyone.  It was made, but it was deleted.

09:54   22          In that video you're going to see some disturbing

23  images of the co-defendant pledging his commitment to a

24  foreign terrorist organization, being ISIL, and his pledge

25  to travel to Syria to be an ISIL fighter.

09:55    1          But again, this is a video that was made and

        2    deleted.  It was not shared with anyone.  And I would

        3    suggest to you that it is not appropriate to weigh in

        4    heavily when you're deciding the charges against my client.

09:55    5          Over the coming weeks -- and I know all of you

        6    have been conditioned that you're gonna be spending a lot of

        7    weeks with us here -- I'm gonna ask you to day-in and

        8    day-out, morning session, afternoon session to be willing to

        9    sift out the emotion from the evidence.  This is going to be

       10    a very tough case to do that in, but I'm urging you to do

       11    that.  Because the jury instructions are gonna ask you to

       12    decide whether the elements are met in this case through

       13    competent evidence.

09:56   14          That ultimately is your decision.  But the

       15    questions in this case will not be "Have you had an

       16    emotional response that rises to the level that you should

       17    find my client guilty?"  That's not the standard here.

09:56   18          And after that sifting goes on for the next

       19    several weeks and after you've considered everything in this

       20    case, I'm asking you to come back with the appropriate

       21    verdict as to my client, which is not guilty as to all

       22    counts.

09:56   23          Thank you.

09:56   24          THE COURT:  All right.

09:57   25          Now, ladies and gentlemen, we're going to start

|       |    |                                                                           |
|-------|----|---------------------------------------------------------------------------|
|       | 1  | with witnesses right after the recess.  And we're going to                |
|       | 2  | move a little slowly today, just so we fall into a rhythm.                 |
| 09:57 | 3  | Normally, we'd take 20 minutes.  But I want to                             |
|       | 4  | reconvene at 10:30.  In other words, I want to give you half               |
|       | 5  | an hour.  There's a cafeteria downstairs if you'd like to go               |
|       | 6  | downstairs.  We've been trying to fix the coffee pot back in               |
|       | 7  | the jury room this morning, so it may be working.  It may                  |
|       | 8  | not.                                                                       |
| 09:57 | 9  | I'm going to always admonish you at every recess                           |
|       | 10 | that you're not to form or express any opinion concerning                  |
|       | 11 | the case.  Understood?  Let me say it again.  You're not to                |
|       | 12 | form or express any opinion concerning the case.  You're                   |
|       | 13 | judges now.  You're just neutral.                                          |
| 09:57 | 14 | And please don't reach out to anybody.  If anybody                         |
|       | 15 | tries to make any contact or give you any input, I want to                 |
|       | 16 | know that immediately.  And we'll resolve that very quickly.               |
| 09:57 | 17 | Now we'll see you at 10:30.                                                |
| 09:57 | 18 | *(To the clerk:)* And, Debbie, if you'd be kind                           |
|       | 19 | enough to take the jurors and the alternates back into the                 |
|       | 20 | jury room, please.                                                         |
| 09:58 | 21 | *(To the jury:)* You can leave the notes that you've                      |
|       | 22 | taken right on the seat you occupy.  Nobody will occupy                    |
|       | 23 | those seats for the next six weeks.                                        |
| 09:58 | 24 | *(Jury recesses at 9:58 a.m.)*                                             |
| 09:58 | 25 | *(Outside the presence of the jury.)*                                      |

**DEBBIE GALE, U.S. COURT REPORTER**

| | | |
|---|---|---|
| 09:58 | 1 | THE COURT:  *(To the audience:)* Well, then, ladies |
| | 2 | and gentlemen, I'm going to ask you to clear the courtroom |
| | 3 | and remain outside.  We'll open the doors promptly at 10:30. |
| | 4 | Thank you. |
| 09:58 | 5 | And, Counsel, if you would remain seated for just |
| | 6 | a moment. |
| 09:58 | 7 | *(Courtroom cleared.)* |
| 09:59 | 8 | THE COURT:  Josh, turn off the sound.  I want to |
| | 9 | make sure there's no image of the court. |
| 10:00 | 10 | COURT TECHNICIAN:  *(Complies.)* |
| 10:00 | 11 | THE COURT:  Okay.  Now I want to look around. |
| 10:00 | 12 | Are these all of your support teams that are left |
| | 13 | in court at the present time? |
| 10:00 | 14 | MR. LENGYEL-LEAHU:  Yes, Your Honor. |
| 10:00 | 15 | THE COURT:  Are those doors locked, Marcelino? |
| | 16 | Marcelino, I want the doors locked. |
| 10:00 | 17 | U.S. MARSHAL:  They're locked now. |
| 10:00 | 18 | THE COURT:  All right. |
| 10:00 | 19 | *(To the marshals:)* Now, gentlemen, you may move |
| | 20 | the two gentlemen if they'd like a restroom break at this |
| | 21 | time. |
| 10:00 | 22 | MS. CORRIGAN:  Thank you, Your Honor. |
| 10:00 | 23 | MR. LENGYEL-LEAHU:  Thank you, Your Honor. |
| 10:00 | 24 | MS. HEINZ:  Thank you, Your Honor. |
| 10:00 | 25 | THE COURT:  And I want them back in their seats, |

|        |    |                                                     |
|--------|----|-----------------------------------------------------|
|        | 1  | counsel -- for the marshals -- at 25 after.         |
| 10:00  | 2  | *(Recess held at 10:00 o'clock a.m.)*               |
| 10:01  | 3  | *(Further proceedings contained in Volume II.)*     |
| 10:01  | 4  | -oOo-                                               |
| 10:01  | 5  |                                                     |
|        | 6  |                                                     |
|        | 7  |                                                     |
|        | 8  |                                                     |
|        | 9  |                                                     |
|        | 10 |                                                     |
|        | 11 |                                                     |
|        | 12 |                                                     |
|        | 13 |                                                     |
|        | 14 |                                                     |
|        | 15 |                                                     |
|        | 16 |                                                     |
|        | 17 |                                                     |
|        | 18 |                                                     |
|        | 19 |                                                     |
|        | 20 |                                                     |
|        | 21 |                                                     |
|        | 22 |                                                     |
|        | 23 |                                                     |
|        | 24 |                                                     |
|        | 25 |                                                     |

10:01  1                                    -oOo-

10:01  2

10:01  3                              CERTIFICATE

10:01  4

10:01  5          I hereby certify that pursuant to Section 753,

       6   Title 28, United States Code, the foregoing is a true and

       7   correct transcript of the stenographically reported

       8   proceedings held in the above-entitled matter and that the

       9   transcript page format is in conformance with the

       10  regulations of the Judicial Conference of the United States.

10:01  11

10:01  12  Date:   June 10, 2016

10:01  13

10:01  14
10:01                             /s/ Debbie Gale
10:01  15                _____
10:01                       DEBBIE GALE, U.S. COURT REPORTER
10:01  16                    CSR NO. 9472, RPR, CCRR

10:01  17

       18

       19

       20

       21

       22

       23

       24

       25

**DEBBIE GALE, U.S. COURT REPORTER**