# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SA CR 15-0060-DOC |
| Present: The Honorable | DAVID O. CARTER, U.S. District Judge |
| Interpreter | N/A |

| Deborah Goltz | Debbie Gale/Deborah Parker | Judith Heinz, Deirdre Eliot, Julius Nam |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Nader Salem Elhuzayel | X | X | | Pal A. Lengyel-Leahu | X | | X |
| Muhanad Elfatih M. A. Badawi | X | X | | Kate Corrigan, CJA | X | | X |

___ Day COURT TRIAL    4th Day JURY TRIAL    ___ Death Penalty Phase

___ One day trial;    ___ Begun (1st day);    X Held & continued;    ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made

X Witnesses called, sworn and testified.

X Exhibits identified    ___ Exhibits admitted

___ Government rests.    ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:    ___ Jury Verdict as follows:

Dft # ___ ___ Guilty on count(s) ___    ___ Not Guilty on count(s) ___

___ Jury polled    ___ Polling waived

___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict

Dft # ___ ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ ___ remanded to custody.    ___ Remand/Release# _____ issd.    Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X Case continued to  June 13, 2016 @ 8:00 a.m.  for further trial/further jury deliberation.

___ Other:

    6 : 33

Initials of Deputy Clerk  djg