FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 1 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CR 15-0060-DOC |
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | |
| 1) NADER SALEM ELHUZAYEL, 2) MUHANAD ELFATIH M. A. BADAWI, | |
| Defendants. | |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| **Badawi iPhone: 1-100** | | | |
| 1 | 10/21/14 Quick Time video | 6/14/16 | 6/14/16 |
| 1A | Transcript of Exhibit 1 | 6/14/16 | 6/14/16 |
| 2 | 10/21/14 Quick Time video | 6/14/16 | 6/14/16 |
| 2A | Transcript of Exhibit 2 | 6/14/16 | 6/14/16 |
| 3 | Photographs of al-Timimi | 6/9/16 | 6/9/16 |
| 3A | Translation of Exhibit 3 | 6/9/16 | 6/9/16 |
| 4 | Screen shot of Twitter Communication to Kill a Kaffir #IS | 6/9/16 | 6/9/16 |
| 4A | Translation of Exhibit 4 | 6/9/16 | 6/9/16 |
| 5 | Photograph of al-Baghdadi | 6/9/16 | 6/9/16 |
| 5A | Translation of Exhibit 5 | 6/9/16 | 6/9/16 |
| 6 | Print of al-Baghdadi, designed by Zarqawi | 6/9/16 | 6/9/16 |
| 6A | Translation of Exhibit 6 | 6/9/16 | 6/9/16 |
| 7 | Photograph of al-Baghdadi Delivering Speech | 6/9/16 | 6/9/16 |
| 7A | Translation of Exhibit 7 | 6/9/16 | 6/9/16 |
| 8 | Twitter Communication promoting al-Baghdadi | 6/9/16 | 6/9/16 |
| 8A | Translation of Exhibit 8 | 6/9/16 | 6/9/16 |
| 9 | Twitter Communication and Photograph of al-Timimi | 6/9/16 | 6/9/16 |
| 9A | Translation of Exhibit 9 | 6/9/16 | 6/9/16 |

1

## UNITED STATES v. ELHUZAYEL & BADAWI
## SA CR 15-60(A)-DOC
## GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 10 | News Report: Daesh Controls area | 6/9/16 | 6/9/16 |
| 10A | Translation of Exhibit 10 | 6/9/16 | 6/9/16 |
| 11 | Badawi Twitter Communication about Enemies of Allah and Implementing Sharia Anjem Choudary | 6/9/16 | 6/9/16 |
| 11A | Translation of Exhibit 11 | 6/9/16 | 6/9/16 |
| 12 | Badawi Twitter Communication about Accept Islam or Sword Anjem Choudary | 6/9/16 | 6/9/16 |
| 12A | Translation of Exhibit 12 | 6/9/16 | 6/9/16 |
| 13 | News Update on Islamic State Battles in Syria | | |
| 13A | Translation of Exhibit 13 | | |
| 14 | Tweets about Islamic State gains in Al Anbar Province and Libya | | |
| 14A | Translation of Exhibit 14 | | |
| 15 | Abu Hussain al-Britani Twitter Communications about Garland Shooting | 6/9/16 | 6/9/16 |
| 15A | Translation of Exhibit 15 | 6/9/16 | 6/9/16 |
| 16 | Abu Hussain al-Britani Twitter Communication about Garland Shooting | 6/9/16 | 6/9/16 |
| 16A | Translation of Exhibit 16 | 6/9/16 | 6/9/16 |
| 17 | Abu Hussain al-Britani Twitter Communications about Garland Shooting | 6/9/16 | 6/9/16 |
| 17A | Translation of Exhibit 17 | 6/9/16 | 6/9/16 |
| 18 | Abu Hussain al-Britani Twitter Communications about Garland Shooting (Abu Hussain follows You) | 6/9/16 | 6/9/16 |
| 18A | Translation of Exhibit 18 | | |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 19 | Abu Hussain al-Britani Twitter Communications about Garland Shooting (retweets atawaakul) | 6/9/16 | 6/9/16 |
| 19A | Translation of Exhibit 19 | 6/9/16 | 6/9/16 |
| 20 | ISIS Flag | 6/9/16 | 6/9/16 |
| 20A | Translation of Exhibit 20 | 6/9/16 | 6/9/16 |
| 21 | Twitter Communication about life in This State and Khalifah | 6/9/16 | 6/9/16 |
| 21A | Translation of Exhibit 21 | 6/9/16 | 6/9/16 |
| 22 | Twitter Communication @darrulislam | 6/9/16 | 6/9/16 |
| 22A | Translation of Exhibit 22 | 6/9/16 | 6/9/16 |
| 23 | Tweet by @Victory4ALLah_: @atawaakul allahuakbar brother was it you? | 6/9/16 | 6/9/16 |
| 23A | Translation of Exhibit 23 | 6/9/16 | 6/9/16 |
| 24 | Tweet by Shariah is Light @ atawaakul: Give bay'ah to Amirul Mu'mineen | 6/9/16 | 6/9/16 |
| 24A | Translation of Exhibit 24 | 6/9/16 | 6/9/16 |
| 25 | images.search.yahoo.com: Image of ISIS flag | 6/9/16 | 6/9/16 |
| 25A | Translation of Exhibit 25 | 6/9/16 | 6/9/16 |
| 26 | Photo of Muhammed Abdullahi Hassan aka Mujahid Miski | | |
| 27 | Photo of Badawi: Muhunnid "No big deal" | 6/9/16 | 6/9/16 |
| 28 | Screen shot of CNN: ISIS on Offensive in Iraq's Ramadi | 6/9/16 | 6/9/16 |
| 29 | Photo of Component Peoples of the Islamic State | 6/9/16 | |

3

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 30 | Tweet by nasrshahada: Leader of Jihad in Shaam; The Religion of Allah cannot be established through democracy | 6/9/16 | 6/9/16 |
| 31 | Tweet by Abu Bakr Al-Janabi: And some entertainment for the next generation of Mujaheddin | 6/9/16 | 6/9/16 |
| 32 | Tweet by SubhanAllah: Crusader jets bombed #IS positions in Aleppo, and the Nusra-occupied positions yelled Takbir (Arabic translated) | 6/9/16 | 6/9/16 |
| 33 | Islamic Caliphate State: Logo with | 6/9/16 | 6/9/16 |
| 34 | Photo of al-Baghdadi | 6/9/16 | 6/9/16 |
| 35 | Screen Shot of CNN: al-Baghdadi is fine | 6/9/16 | 6/9/16 |
| 36 | Photo of four persons killed by four masked fighters | 6/9/16 | 6/9/16 |
| 37 | Photo of a person being beheaded | 6/9/16 | 6/9/16 |
| 38 | Tweet by @Independent: A British man has reportedly blown himself him while fighting for Isis | 6/9/16 | 6/9/16 |
| 39 | Resources for the Mujahid: 14 vols. | 6/9/16 | 6/9/16 |
| 40 | Tweet by @Faris_dially: Screw you and al Zawahiri, et al. We are coming to behead you all indiscriminately. | 6/9/16 | 6/9/16 |
| 40A | Translation of Exhibit 40 | 6/9/16 | 6/9/16 |
| 41 | Syria and Iraq Land Control Map, May 14th 2015 | 6/9/16 | 6/9/16 |
| 42 | Photo of a masked man carrying an ISIS flag | 6/9/16 | 6/9/16 |
| 43 | Photo of a masked man holding a knife | 6/9/16 | 6/9/16 |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 44 | Photo of a masked man holding a knife | 6/9/16 | 6/9/16 |
| 45 | Photo of an execution | 6/9/16 | 6/9/16 |
| 46 | Photo of a masked man (close up) | 6/9/16 | 6/9/16 |
| 47 | Photo of a masked man holding a knife (yellow mask) | 6/9/16 | 6/9/16 |
| 48 | Photo of a man being beheaded | 6/9/16 | 6/9/16 |
| 49 | Photo of a beheading (close-up) | 6/9/16 | 6/9/16 |
| 50 | Photo of ISIS flag over the White House | 6/9/16 | 6/9/16 |
| 51 | Thumbnail Photo of Abu Musab al-Zarqawi with Osama Bin Laden in the Background | 6/9/16 | 6/9/16 |
| 51A | Enlarged photo of Exhibit 51 | 6/9/16 | 6/9/16 |
| 52 | Photo of Osama Bin Laden | 6/9/16 | 6/9/16 |
| 53 | Photo of Osama Bin Laden | 6/9/16 | 6/9/16 |
| 54 | Photo of Mohammed Atta | 6/9/16 | 6/9/16 |
| 55 | Photo of Anwa al-Awlaki with a quote | 6/9/16 | 6/9/16 |
| 56 | Fox News article re ISIS | 6/9/16 | 6/9/16 |
| 57 | Photo of three rockets in a crate | 6/9/16 | 6/9/16 |
| 58 | Photo of a dead man | 6/9/16 | 6/9/16 |
| 59 | Photo of four dead bodies | 6/9/16 | 6/9/16 |
| 60 | iMessages with Isaac Sean & Nader, 1/20/2015: Badawi's brother is against Badawi joining ISIS | 6/9/16 | 6/9/16 |

5

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 61 | SMS messages with Isaac Sean, 3/27/2015: Reference to fighting in the front line | 6/9/16 | 6/9/16 |
| 62 | iMessages with Isaac Sean & Nader, 5/4/2015: Reference to Garland Shooting; May Allah grant him shaheed | 6/9/16 | 6/9/16 |
| 63 | iMessages with Nader, 5/8/2015: "We are 5 now" | 6/9/16 | 6/9/16 |
| 64 | iMessage with Nader, 5/7/2015: Cheaptickets.com link to LAX to Tel Aviv flight | 6/9/16 | 6/9/16 |
| 65 | Kik message with Abu Husain Brittani, 5/10/2015: Sends picture | 6/9/16 | 6/9/16 |
| 66 | iMessage with Nader, 5/14/2015: New speech by al-Bagdadi | 6/9/16 | 6/9/16 |
| 67 | iMessage with Nader: 5/21/2015: Ready for one-way trip | 6/9/16 | 6/9/16 |
| 68 | Twitter posting record for @darrulislam: 5/10/2015 | 6/9/16 | 6/9/16 |
| 68A | Translation of Exhibit 68 | 6/9/16 | 6/9/16 |
| 69 | Report of FE Terry Hom - 05122016 - iPhone 5 results | 6/8/16 | |
| 70-99 | OMITTED | | |
| **Elhuzayel Lexar USB Drive & Other Digital Devices: 101-200** | | | |
| 101 | Dabiq Magazine Covers | 6/9/16 | 6/9/16 |
| 102 | Dabiq Magazine Issue 1 | 6/9/16 | 6/9/16 |
| 103 | Dabiq Magazine Issue 6, Man Haron Monis quote | | |
| 104 | Photo of a beheading "Fresh Meat" | 6/9/16 | 6/9/16 |
| 105 | Photo of a captured Jordanian pilot | | |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 106 | Photo of capture and beheading | | |
| 107 | Photo of Peter Kassig | 6/9/16 | 6/9/16 |
| 108 | Photo of Peter Kassig "IM Kassic / Peter Kassig" | 6/9/16 | 6/9/16 |
| 109 | Photo of Peter Kassig captured | 6/9/16 | 6/9/16 |
| 110 | Photo of Peter Kassig capture "No No Wait! I'm Abdel Rahman Kassig!" | 6/9/16 | 6/9/16 |
| 111 | Photo of Peter Kassig beheaded | 6/9/16 | 6/9/16 |
| 112 | Photo of Peter Kassig beheaded "Game Over" | 6/9/16 | 6/9/16 |
| 113 | Three Photos of Kassig | 6/9/16 | 6/9/16 |
| 114 | Photo of Kassig tweeted by @shariahislam, 11/16/14 "Have you seen Jihadi John?" | 6/9/16 | 6/9/16 |
| 115 | Photo of Kassig family "Before" "After" | 6/9/16 | 6/9/16 |
| 116 | Photo of Nader Elhuzayel | 6/9/16 | 6/9/16 |
| 117 | Photo of Nader Elhuzayel (Close-up) | 6/9/16 | 6/9/16 |
| 118 | Photo of Nader Elhuzayel (Close-up & eyes redacted) | 6/9/16 | 6/9/16 |
| 119 | Photo of Nader Elhuzayel | 6/9/16 | 6/9/16 |
| 120 | Photo of Nader Elhuzayel (fuzzy and eyes redacted) | 6/9/16 | 6/9/16 |
| 121 | MetroPCS Phone screen shot of Nader Elhuzayel's three twitter handles | 6/9/16 | 6/9/16 |
| 122 | Tweet: Today Sheikh Abu Bakr will speak | 6/9/16 | 6/9/16 |
| 123 | Tweet by U.S. Central Command, 1/12/2015 | 6/9/16 | 6/9/16 |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 124 | Tweet by U.S. Central Command: American soldiers, we are coming, watch your back. ISIS | 6/9/16 | 6/9/16 |
| 125 | Tweet by U.S. Central Command: ISIS is already here. We are in your PCs. | 6/9/16 | 6/9/16 |
| 126 | Tweet by U.S. Central Command: CyberCaliphate continues its Cyberjihad | 6/9/16 | 6/9/16 |
| 127 | Tweet by U.S. Central Command, 1/12/2015 | | |
| 128 | Tennessee Fusion Center Weekly Intelligence Summary, 08 Dec 2014, pp. 2, 4 | 6/9/16 | 6/9/16 |
| 129 | FBI Flash | 6/9/16 | 6/9/16 |
| 130 | OMITTED | | |
| 131 | Tweet by Nader Elhuzayel @ShariaIsComing: Spread this picture to the Japanese kufar | 6/9/16 | 6/9/16 |
| 132 | Photo of Japanese prisoner "How can I watch Naruto" | 6/9/16 | 6/9/16 |
| 133 | Photo of an executioner with two Japanese prisoners | 6/9/16 | 6/9/16 |
| 134 | Tweet by @darrulislam: I can't wait to make Hijra with my brother | 6/9/16 | 6/9/16 |
| 135 | Chat between Ausama and Abu Yusuf: My own brother just left salafiyya for that trash | | |
| 136 | Chat between Ausama and Abu Yusuf: Isis; We are going to have abu fajr advise him | | |
| 137 | Ausama's chats with Nader: Re Quran and burning someone alive is haram | | |

8

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 138 | Ausama's chats with Nader: Nader tells Ausama he's blinded and should make dua to Allah | | |
| 139 | Tweet by @AwlakiiMuhammud: Khilaafah was announced on Sunday 1 Ramadan, 6/29/2014 | 6/9/16 | 6/9/16 |
| 140 | Tweet by @ayibeebee: ISIS members unite and destroy all of America | 6/9/16 | 6/9/16 |
| 141 | Email to Careers@Truevisionen… by Nader Elhuzayel: I'm interested in working | | |
| 142 | Map of Military situation as of 27 February 2015 in Iraq and Syria | 6/9/16 | 6/9/16 |
| 143 | Photo of a masked man with a knife: I am back, Kuffar! | 6/9/16 | 6/9/16 |
| 144 | Tweet by @_UmmHeartLess: Amir Al Mumineen … struck fear in the hearts of kuffar | | |
| 145 | Tweet by @UmmFalasteen: People always have a problem with my tweets. No one told you to read them | 6/9/16 | 6/9/16 |
| 146 | Twitter profile screen for @Victory4ALLah | | |
| 147 | Photo of a masked man with a gun at a desk | | |
| 148 | CD containing files copied from USB drive | 6/8/16 | |
| OCIAC - Open Sources: 201-300 | | | |
| 201 | atawaakul Twitter Communication to Victory4ALLah May Allah give you food in jannah | 6/8/16 | 6/8/16 |
| 202 | atawaakul Twitter Communication The bro with me and myself have given bay'ah #texasattack | 6/8/16 | 6/8/16 |

9

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 203 | Victory4ALLah_ Screen Shot with atawaakul and _AbuHu55ain Twitter Communications #texasattack I love you for the sake of Allah brother, print out of portion of Exhibit 203 | 6/8/16 | 6/8/16 |
| 204 | Victory4ALLah_ Screen Shot with Twitter Communication to atawaakul allahuakbar brother was it you? | 6/8/16 | 6/8/16 |
| 205 | Victory4ALLah_ Twitter Communications and Photographs regarding Elton Simpson and Nadir Soofi May allah accept our brotherMutawakil and Nadir Soofi as martyrs | 6/8/16 | 6/8/16 |
| 206 | Victory4ALLah_ follows Abu Hussain al Britani on Twitter | 6/8/16 | 6/8/16 |
| 207 | Victory4ALLah_ Twitter Communications with Shout Outs to follow and support brothers | 6/8/16 | 6/8/16 |
| 208 | Repent2ALLah_ Twitter Communications Come out O munafiqueen and May Allah destroy [US coalition] air support | 6/8/16 | 6/8/16 |
| 209 | Victory4ALLah_ Twitter Communications #IS fighter makes bomb threat on Twitter and flights diverted | | |
| 210 | Darrulislam Twitter Screen Shots | 6/8/16 | 6/9/16 |
| 210A | Translation of Exhibit 210 | 6/9/16 | 6/9/16 |
| 211 | Darrulislam Twitter Screen Shot Either You Are with Khalifa Ibrahim or Barack Obama | 6/8/16 | 6/9/16 |
| 212 | Darrulislam Twitter Screen Shot I Can't Wait to Make Hijra Allah Help Us to Go to Alsham | 6/8/16 | 6/9/16 |
| 213 | Darrulislam Twitter Communications | 6/8/16 | 6/9/16 |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 214-300 | OMITTED | | |
| **Twitter: 301-400** | | | |
| 301 | Custodian of Records Declaration Lauren Hall | | |
| 302 | Custodian of Records Declaration Jane Lee | | |
| 303 | ShariaIsJustice Subscriber Record | 6/8/16 | 6/8/16 |
| 304 | ShariaIsJustice Twitter Communication and Photograph: Jihadi John | 6/8/16 | 6/8/16 |
| 305 | ShariaIsJustice Twitter Communication and Khalifa Ibrahim Speech | 6/8/16 | 6/8/16 |
| 306 | ShariaIsJustice Twitter Communication and US Central Command Personal Information/Threat | 6/8/16 | 6/8/16 |
| 307 | ShariaIsJustice Twitter Account Images | 6/8/16 | 6/8/16 |
| 308 | ShariaIsJustice Twitter Account Images | 6/8/16 | 6/8/16 |
| 309 | ShariaIsJustice Profile Photo | 6/8/16 | 6/8/16 |
| 310 | ShariaIsJustice Twitter Communication and Photographs of Bodies Falling from Buildings | 6/8/16 | 6/8/16 |
| 311 | ShariaIsJustice Twitter Communication and Photographs of Beheadings | 6/8/16 | 6/8/16 |
| 312 | ShariaIsJustice Twitter Communication and Photographs of Child Executing | 6/8/16 | 6/8/16 |
| 313 | ShariaWillRule Subscriber Record | | |
| 314 | ShariaWillRule Profile Photo | | |

11

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 315 | Screen Shot Previous Account (ShariaIsJustice) suspended | 6/8/16 | 6/8/16 |
| 316 | ShariaWillRule Twitter Communication | 6/8/16 | 6/8/16 |
| 317 | ShariaWillRule Twitter Communication | 6/8/16 | 6/8/16 |
| 318 | Glory4Allah Subscriber Record | | |
| 319 | Glory4Allah Profile Photo | | |
| 320 | Glory4Allah Account Images | 6/8/16 | 6/8/16 |
| 321 | Glory4Allah Account Images | 6/8/16 | 6/8/16 |
| 322 | Glory4Allah Twitter Communication Follow New Account | 6/8/16 | 6/8/16 |
| 323 | MayAllahAccept  Subscriber Record | | |
| 324 | MayAllahAccept Profile Photo | | |
| 325 | MayAllahAccept Screen Shot Previous Account (Glory4Allah) suspended | 6/8/16 | 6/8/16 |
| 326 | MayAllahAccept Screen Shot with Elhuzayel Photo | 6/8/16 | 6/8/16 |
| 327 | MayAllahAccept Twitter Communication with Photograph Men with Weapon | 6/8/16 | 6/8/16 |
| 328 | MayAllahAccept Twitter Communication about Shaheed | 6/8/16 | 6/8/16 |
| 329 | MayAllahAccept Twitter Communication about American Helicopter Shot Down | 6/8/16 | 6/8/16 |
| 330 | MayAllahAccept Twitter Communication about Shoutouts Down Your Throats | 6/8/16 | 6/8/16 |
| 331 | MayAllahAccept Twitter Communication about Dying for Allah's Sake in Battlefield | 6/8/16 | 6/8/16 |
| 332 | MayAllahAccept Twitter Communication about Next Account VictoryForAllah | 6/8/16 | 6/8/16 |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 333 | VictoryForALLah Subscriber Record Account ID 3105218926 | | |
| 334 | VictoryForALLah Profile Photo | | |
| 335 | VictoryForALLah Twitter Communication We Will Burn US Again | 6/8/16 | 6/8/16 |
| 335A | Translation of 335 | | |
| 336 | VictoryForALLah Twitter Communication Soon New York; Hostage Photo | 6/8/16 | 6/8/16 |
| 336A | Translation of 336 | | |
| 337 | VictoryForALLah Twitter Communication Islamic State Hacking Division | 6/8/16 | 6/8/16 |
| 338 | VictoryForALLah Screen Shot Previous Account (MayAllahAccept) Suspended | 6/8/16 | 6/8/16 |
| 339 | VictoryForALLah Twitter Communication Follow My Backup GloryForAllah | 6/8/16 | 6/8/16 |
| 340 | GLoryforALLah Subscriber Record | 6/8/16 | 6/8/16 |
| 341 | GLoryforALLah Screen Shot Previous Account (VictoryForALLah) Suspended | 6/8/16 | 6/8/16 |
| 342 | GLoryforALLah Profile Photo | 6/8/16 | 6/8/16 |
| 343 | GLoryforALLah Follow My Backup victory4ALLah | 6/8/16 | 6/8/16 |
| 344 | Victory4ALLah Subscriber Record Account ID: 3113237183 | | |
| 345 | Victory4ALLah Screen Shot Previous Account (GLoryforALLah) Suspended | | |
| 346 | Victory4ALLah Profile Photo | | |

13

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 347 | Victory4ALLah Twitter Communication News Bulletin for Soldiers of the Islamic State | 6/8/16 | 6/8/16 |
| 348 | Victory4ALLah Twitter Communication Al-Furqan Media "Until There Came to Them Clear Evidence" | 6/8/16 | 6/8/16 |
| 349 | Victory4ALLah Twitter Communication and Photo Throwing People off Buildings | 6/8/16 | 6/8/16 |
| 350 | Victory4ALLah Twitter Communication May Allah Make Us Soldiers | 6/8/16 | 6/8/16 |
| 351 | Victory4ALLah Twitter Communication Are You a Muslim, Do You Want to Live Under Khalifa | 6/8/16 | 6/8/16 |
| 352 | Victory4ALLah Twitter Communication Follow My Backup GloryForALLah | 6/8/16 | 6/8/16 |
| 353 | GLoryForALLah_ Subscriber Record Account ID 3163086127 | | |
| 354 | GLoryForALLah_ Profile Photo | | |
| 355 | GLoryForALLah_ Screen Shot Previous Account (Victory4ALLah) suspended | | |
| 356 | GLoryForALLah_ Twitter Communication with Photographs Beheading at Beach and Destroying Statues | 6/8/16 | 6/8/16 |
| 356A | Translation of 356 | | |
| 357 | GLoryForALLah_ Twitter Communication with Photographs The Quran will not Reach beyond their Throats | 6/8/16 | 6/8/16 |
| 358 | GLoryForALLah_ Twitter Communication with Photographs Abu Bakr al-Baghdadi, Abu Omar al-Shishani | 6/8/16 | 6/8/16 |
| 359 | GLoryForALLah_ Twitter Communication with Photographs ISIS Martyrs after Death | 6/8/16 | 6/8/16 |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 359A | Translation of 359 | 6/8/16 | 6/8/16 |
| 360 | GLoryForALLah_ Twitter Communication with Photograph of Improvised Explosive Device | 6/8/16 | 6/8/16 |
| 361 | GLoryForALLah_ Twitter Communication with Photograph of ISIS Forcing Boy to Kill Civilian | 6/8/16 | 6/8/16 |
| 362 | Victory4ALLah_ Subscriber Record Account ID 3184211204 | | |
| 363 | Victory4ALLah_ Profile Photo | | |
| 364 | Victory4ALLah_ Twitter Communication May Allah Accept our brothers as Martyrs with Photographs of Elton Simpson and Nadir Soofi | 6/8/16 | 6/8/16 |
| 365 | Victory4ALLah_ Twitter Communication Honor Elton Simpson as Ibrahim | 6/8/16 | 6/8/16 |
| 366 | Victory4ALLah_ Twitter Communication Die with the Honor of Shahadah | 6/8/16 | 6/8/16 |
| 367 | Victory4ALLah_ Twitter Communications in Response to Garland, Texas Shooting | 6/8/16 | 6/8/16 |
| 368 | Victory4ALLah_ Twitter Communications AbuHussain Shoutouts | 6/8/16 | 6/8/16 |
| 369 | Victory4ALLah_ Twitter Communication Iraqi People have little food and water | 6/8/16 | 6/8/16 |
| 370 | Victory4ALLah_ Twitter Communication Photograph of Nadir Soofi | 6/8/16 | 6/8/16 |
| 371 | Victory4ALLah_ Twitter Communication Quote from Anwar al Awlaki | 6/8/16 | 6/8/16 |

**UNITED STATES v. ELHUZAYEL & BADAWI**
**SA CR 15-60(A)-DOC**
**GOVERNMENT'S EXHIBIT LIST**

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 372 | Victory4ALLah_ Twitter Communication Shariah and Wage Jihad against Disbelievers | 6/8/16 | 6/8/16 |
| 373 | Victory4ALLah_ Twitter Communications Share Pro-IS Videos | 6/8/16 | 6/8/16 |
| 374 | Victory4ALLah_ Screen Shot Previous Account (GLoryForALLah_) Suspended | | |
| 375 | MayAllahAccept Twitter Communication with Dabiq 8 pdf | 6/8/16 | 6/8/16 |
| 376 | MayAllahAccept Twitter Communication with Link to Dabiq Issue 8 | 6/8/16 | 6/8/16 |
| 377 | Dabiq Issue 8 | 6/8/16 | 6/8/16 |
| 378 | OMITTED | | |
| 379 | Repent2ALLah Subscriber Record Account ID 3187050163 | | |
| 380 | Repent2ALLah Profile Photo | | |
| 381 | Repent2ALLah Screen Shot Previous Account (Victory4ALLah_) Suspended | | |
| 382 | Repent2ALLah Twitter Communication with Photograph of Abu Hussain Britani and Abu Hussain Twitter Handle | 6/8/16 | 6/8/16 |
| 383 | Repent2ALLah Twitter Communication with Islamic State Bomb Threat to Airline and Follow Abu Hussain | 6/8/16 | 6/8/16 |
| 384 | Repent2ALLah Twitter Communication with Photograph of Fighter Carrying ISIL Flag and Severed Heads on Ground and Shoutout | 6/8/16 | 6/8/16 |
| 385 | Repent2ALLah Twitter Communication Libya Victory is Soon Inshallah | 6/8/16 | 6/8/16 |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 386 | Repent2ALLah Twitter Communication Darrulislam Say You're Going to Allah | 6/8/16 | 6/8/16 |
| 387 | Repent2ALLah Twitter Communication with Photograph of Martyrdom of Shaykh | 6/8/16 | 6/8/16 |
| 388 | Repent2ALLah_ Subscriber Record Account ID 3245792375 | | |
| 389 | Repent2ALLah_ Profile Photo | | |
| 390 | Repent2ALLah_ Screen Shot Previous Account (Repent2ALLah) Suspended | | |
| 391 | Repent2ALLah_ Twitter Communication Khalifa Ibrahim Speech | 6/8/16 | 6/8/16 |
| 392 | Repent2ALLah_ Twitter Communication More Groups Giving Bayah to Islamic State | 6/8/16 | 6/8/16 |
| 393 | _Repent2ALLah Subscriber Record Account ID 3214304318 | | |
| 394 | _Repent2ALLah Profile Photo | | |
| 395 | Repent2ALLah_ Screen Shot Previous Account (Repent2ALLah_) Suspended | | |
| 396 | Repent2ALLah_ Twitter Communication Pick a Side Brothers and Sisters Attacked by Kufar | 6/8/16 | 6/8/16 |
| 397 | Repent2ALLah_ Twitter Communication From Now Onwards We Will Go to Attack Them | 6/8/16 | 6/8/16 |
| 398 | Repent2ALLah_ Twitter Communication Iraqi Forces Fell to ISIS Allah Akbar | 6/8/16 | 6/8/16 |
| 399 | Repent2ALLah_ Twitter Communication Kuffar Are Getting Scared as IS Closer to Rome | 6/8/16 | 6/8/16 |
| 400 | Repent2ALLah_ Twitter Communication O Muslim Arise and Fight | 6/8/16 | 6/8/16 |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| | **Facebook: 401-500** | | |
| 401 | Elhuzayel Facebook Account 100004824194840 Basic Information | 6/9/16 | 6/9/16 |
| 401A | Translation of Exhibit 401 | 6/9/16 | 6/9/16 |
| 402 | Elhuzayel Facebook Account 100004824194840 Cover Photo | 6/9/16 | 6/9/16 |
| 402A | Translation of Exhibit 402 | 6/9/16 | 6/9/16 |
| 403 | Elhuzayel Facebook Account 100004824194840 Profile Picture | 6/9/16 | 6/9/16 |
| 403A | Translation of Exhibit 403 | 6/9/16 | 6/9/16 |
| 404 | Elhuzayel Facebook Account 100004824194840 Mini Feed Stories | 6/9/16 | 6/9/16 |
| 404A | Translation of Exhibit 404 | 6/9/16 | 6/9/16 |
| 405 | Badawi Facebook Account 100007726845154 Basic Information | 6/9/16 | 6/9/16 |
| 406 | Badawi Facebook Account 100007726845154 Mini Feed Stories | 6/9/16 | 6/9/16 |
| 407 | Badawi Facebook Account 100007726845154 Profile Picture | 6/9/16 | 6/9/16 |
| 408 | Badawi Facebook Account 100002175470593 Basic Information | 6/9/16 | 6/9/16 |
| 409 | Badawi Facebook Account 100002175470593 Mini Feed Stories Khilafah Established; It's Time for Jihad; with Photographs of Deceased Children and Men Being Beheaded | 6/9/16 | 6/9/16 |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 410 | Badawi Facebook Account 100002175470593 Mini Feed Stories We Should Going ISIS in Iraq and Syria; They're Jihadist | 6/9/16 | 6/9/16 |
| 411 | Badawi Facebook Account 100002175470593 Web Chats Jordan is getting ready cause ISIS may enter territory; I might join ISIS in the future | 6/9/16 | 6/9/16 |
| 412 | Badawi Facebook Account 100002175470593 Web Chats  I'm going to Syria; I want to help to fight; we have to establish the state first in Iraq and Syria; We can join Al Dawlah al Islamiyah in Iraq and Syria | 6/9/16 | 6/9/16 |
| 413 | Badawi Facebook Account 100002175470593 Mobile Uploads  May Allah give victory to the mujahideen in Iraq and Syria | 6/9/16 | 6/9/16 |
| 414 | Badawi Facebook Account 100002175470593 Mini Feed Stories Search for ISIS, Islamic State | 6/9/16 | 6/9/16 |
| 415 | Badawi Facebook Account 100002175470593 Web Chats What u think of ISIL, Islamic State of Iraq and Sham, ISIS, Levant | 6/9/16 | 6/9/16 |
| 416 | OMITTED | | |
| 417 | Badawi Facebook Account 100002175470593 Mini Feed Stories Islamic State Caliphate Greetings | | |
| 418 | Badawi Facebook Account 100002175470593 Web Chats Christians gonna pay jizyah and live under Shariah; I started my Islamic State campaign in Orange County, you are welcome to join anytime; no military can stop Islam | 6/9/16 | 6/9/16 |

19

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 419 | Badawi Facebook Account 100002175470593 Tagged Photo, World Trade Center on 9/11 | 6/9/16 | 6/9/16 |
| 420 | Badawi Facebook Account 100002175470593 Web Chats Are you senstiive about seeing bad shit; Iraqi army getting killed | 6/9/16 | 6/9/16 |
| 421 | Badawi Facebook Account 100002175470593 Web Chats What you thnk of Abu Bakr al-Baghdadi in al dawla, yes daesh; Have you seen al-Baghdadi's first appearance | 6/9/16 | 6/9/16 |
| 422 | Elhuzayel Facebook Account 100004824194840 Subscriber Record | 6/9/16 | 6/9/16 |
| 423 | Badawi Facebook Account 100007726845154 Subscriber Record | 6/9/16 | 6/9/16 |
| 424 | Badawi Facebook Account 100002175470593 Subscriber Record | 6/9/16 | 6/9/16 |
| 425 | Custodian of Record Declaration for Facebook Subscriber Records marked as Exhibits 422-24 | 6/9/16 | 6/9/16 |
| 426 | Subscriber record for darrulislam | 6/8/16 | 6/8/16 |
| 427 | OMITTED | | |
| 428 | OMITTED | | |
| 429 | OMITTED | | |
| 430 | Chart - Badawi Facebook account - 100002175470593 | 6/8/16 | 6/9/16 |
| 431 | Chart - Badawi Facebook account - 100007726845154 | 6/8/16 | 6/9/16 |
| 432 | Chart - Elhuzayel Facebook Account - 100004824194840 | 6/8/16 | 6/9/16 |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 433-449 | OMITTED | | |
| 450 | Elhuzayel Twitter Communications Summary Chart | 6/9/16 | 6/9/16 |
| 451 | Elhuzayel Twitter Communications Summary Chart | 6/9/16 | 6/9/16 |
| 452 | Elhuzayel Twitter Accounts Summary Chart | 6/8/16 | 6/8/16 |
| 453 | List of Twitter Accounts shown to Defendant Elhuzayel during Post-Arrest Interview | 6/8/16 | 6/8/16 |
| 454-500 | OMITTED | | |
| **E-Mails: 501-600** | | | |
| 501 | Custodian of Records Declaration Apple, Inc. | | |
| 502 | Subscriber Records nader828@icloud.com and Apple ID nader828@gmail.com | 6/8/16 | 6/8/16 |
| 503 | Custodian of Records Declaration Google Inc. | | |
| 504 | Subscriber Records Google shariahofislam@gmail.com | | |
| 505 | Subscriber Records Google nader828@gmail.com | | |
| 506-600 | OMITTED | | |
| **Physical Evidence: 601-700** | | | |
| 601 | iPhone 5 Seized from Muhanad Badawi at Time of Arrest | 6/8/16 | 6/8/16 |
| 602 | Black Wallet Seized from Muhanad Badawi at Time of Arrest | | |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 603 | Higher One Debit Card Seized from Muhanad Badawi at Time of Arrest | 6/13/16 | 6/13/16 |
| 604 | Elhuzayel's Turkish Airlines boarding pass | 6/15/16 | 6/15/16 |
| 605 | Elhuzayel's US passport | 6/15/16 | 6/15/16 |
| 606 | Elhuzayel's black carry-on luggage bag | 6/8/16 | 6/8/16 |
| 607 | Elhuzayel's large gray suitcase | 6/8/16 | 6/8/16 |
| 608 | Elhuzayel's black laptop computer carrying case | 6/8/16 | 6/8/16 |
| 609 | Yoo Yun Kim's Checkbook | 6/10/16 | 6/10/16 |
| 610 | Nader Elhuzayel's New iPhone | 6/15/16 | 6/15/16 |
| 611 | Nader Elhuzayel's HP Laptop | | |
| 612 | LG G Pad 7.0 Computer Tablet | | |
| 613 | V-Tech Home Telephone with Magic Jack | | |
| 614 | Radio Shack Receipt | 6/13/16 | 6/13/16 |
| 615 | AT&T Receipt | 6/10/16 | 6/10/16 |
| 616 | AT&T Mobile Business Agreement Contract Confirmation (3 pages) | 6/13/16 | 6/13/16 |
| 617 | USB drive | 6/8/16 | 6/8/16 |
| 618 | Portable phone charger | 6/8/16 | 6/8/16 |
| 619 | Receipt for USB drive and portable phone charger | 6/8/16 | 6/8/16 |
| 620 | Wells Fargo ATM Card - 5283 | 6/9/16 | 6/9/16 |
| 621 | Wells Fargo ATM Card - 9419 | 6/9/16 | 6/9/16 |

**UNITED STATES v. ELHUZAYEL & BADAWI**
**SA CR 15-60(A)-DOC**
**GOVERNMENT'S EXHIBIT LIST**

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 622 | Wells Fargo ATM Card - 5283 | 6/9/16 | 6/9/16 |
| 623 | Photo - U.S. Currency | 6/15/16 | 6/15/16 |
| 624 | Photo - U.S. Currency | 6/15/16 | 6/15/16 |
| 625-700 | OMITTED | | |
| 701 | 4/24/15 NE & MB call | 6/14/16 | 6/14/16 |
| 701A | Transcript of Exhibit 701 | 6/14/16 | 6/14/16 |
| 702 | 4/28/15 NE & FE | 6/14/16 | 6/14/16 |
| 702A | Transcript of Exhibit 702 | 6/14/16 | 6/14/16 |
| 703 | 4/30/15 FE call to Wells Fargo | 6/10/16 | |
| 703A | Transcript of Exhibit 703 | | |
| 704 | 4/30/15 FE call to Wells Fargo | | |
| 704A | Transcript of Exhibit 704 | | |
| 705 | 4/30/15 FE call to Wells Fargo | 6/10/16 | 6/10/16 |
| 705A | Transcript of Exhibit 705 | 6/13/16 | 6/13/16 |
| 706 | 4/30/15 NE call with Husam | 6/10/16 | 6/10/16 |
| 706A | Transcript of Exhibit 706 | 6/13/16 | 6/13/16 |
| 707 | 4/30/15 NE calls to Chase | 6/13/16 | 6/13/16 |
| 707A | Transcript of Exhibit 707 | 6/13/16 | 6/13/16 |
| 708 | 5/1/15 NE calls to Chase | 6/13/16 | 6/13/16 |
| 708A | Transcript of Exhibit 708 | 6/13/16 | 6/13/16 |

23

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 709 | 5/1/15 NE call to Wells Fargo | | |
| 709A | Transcript of Exhibit 709 | | |
| 710 | 5/2/15 NE call to Chase Bank | 6/10/16 | 6/10/16 |
| 710A | Transcript of Exhibit 710 | 6/13/16 | 6/13/16 |
| 711 | 5/3/15 NE call to Chase Bank | | |
| 711A | Transcript of Exhibit 711 | | |
| 712 | 5/3/15 NE call to Chase Bank | | |
| 712A | Transcript of Exhibit 712 | | |
| 713 | 5/3/15 FE call to Chase Bank | | |
| 713A | Transcript of Exhibit 713 | | |
| 714 | 5/3/15 NE & MB call | 6/14/16 | 6/14/16 |
| 714A | Transcript of Exhibit 714 | 6/14/16 | 6/14/16 |
| 715 | 5/4/15 NE & MB call about traffic ticket | 6/14/16 | 6/14/16 |
| 715A | Transcript of Exhibit 715 | 6/14/16 | 6/14/16 |
| 716 | 5/4/15 NE call to FE about going to masjid | 6/13/16 | 6/14/16 |
| 716A | Transcript of Exhibit 716 | 6/13/16 | 6/14/16 |
| 717 | 5/4/15 NE call to Wells Fargo | | |
| 717A | Transcript of Exhibit 717 | | |
| 718 | 5/4/15 NE call to Wells Fargo | 6/10/16 | 6/10/16 |

24

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 718A | Transcript of Exhibit 718 | 6/13/16 | 6/13/16 |
| 719 | 5/4/15 NE call to Chase | | |
| 719A | Transcript of Exhibit 719 | | |
| 720 | 5/5/15 NE call with Husam | | |
| 720A | Transcript of Exhibit 720 | | |
| 721 | 5/5/15 NE call with Husam | | |
| 721A | Transcript of Exhibit 721 | | |
| 722 | 5/6/2015 NE call with Husam | | |
| 722A | Transcript of Exhibit 722 | | |
| 723 | 5/6/15 NE calls Wells Fargo | 6/10/16 | 6/10/16 |
| 723A | Transcript of Exhibit 723 | 6/13/16 | 6/13/16 |
| 724 | 5/6/15 NE call to Wells Fargo | | |
| 724A | Transcript of Exhibit 724 | | |
| 725 | 5/6/15 NE call to Wells Fargo | | |
| 725A | Transcript of Exhibit 725 | | |
| 726 | 5/6/15 NE's voice on phone | 6/10/16 | 6/10/16 |
| 726A | Transcript of Exhibit 726 | 6/13/16 | 6/13/16 |
| 727 | 5/6/15 NE on call with FE | 6/13/16 | |
| 727A | Transcript of Exhibit 727 | | |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 728 | 5/6/15 NE call with Wells Fargo | 6/13/16 | 6/13/16 |
| 728A | Transcript of Exhibit 728 | 6/13/16 | 6/13/16 |
| 729 | 5/6/15 NE call with Wells Fargo | 6/13/16 | 6/13/16 |
| 729A | Transcript of Exhibit 729 | 6/13/16 | 6/13/16 |
| 730 | 5/6/15 NE call with Wells Fargo | | |
| 730A | Transcript of Exhibit 730 | | |
| 731 | 5/5/15 NE call to checklookup | 6/10/16 | 6/10/16 |
| 731A | Transcript of Exhibit 731 | 6/13/16 | 6/13/16 |
| 732 | 5/7/15 NE & MB call | 6/14/16 | 6/14/16 |
| 732A | Transcript of Exhibit 732 | 6/14/16 | 6/14/16 |
| 733 | 5/7/15 NE call with Chase Bank | 6/10/16 | |
| 733A | Transcript of Exhibit 733 | | |
| 734 | 5/7/15 NE & MB call | 6/14/16 | 6/14/16 |
| 734A | Transcript of Exhibit 734 | 6/14/16 | 6/14/16 |
| 735 | 5/8/15 NE call to Chase | | |
| 735A | Transcript of Exhibit 735 | | |
| 736 | 5/8/15 NE to UM | | |
| 736A | Transcript of Exhibit 736 | | |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 737 | 5/8/15 NE & MB call | 6/14/16 | 6/14/16 |
| 737A | Transcript of Exhibit 737 | 6/14/16 | 6/14/16 |
| 738 | 5/9/15 NE & UM | | |
| 738A | Transcript of Exhibit 738 | | |
| 739 | 5/9/15 Chase debit card fraud dept leave voicemail for NE | 6/10/16 | 6/10/16 |
| 739A | Transcript of Exhibit 739 | 6/13/16 | 6/13/16 |
| 740 | 5/9/15 NE calls Chase | 6/10/16 | 6/10/16 |
| 740A | Transcript of Exhibit 740 | 6/13/16 | 6/13/16 |
| 741 | 5/9/15 call NE & MB | 6/14/16 | 6/14/16 |
| 741A | Transcript of Exhibit 741 | 6/14/16 | 6/14/16 |
| 742 | 5/10/15 call #1 NE & MB | 6/14/16 | 6/14/16 |
| 742A | Transcript of Exhibit 742 | 6/14/16 | 6/14/16 |
| 743 | 5/10/15 call #2 NE & MB | 6/14/16 | 6/14/16 |
| 743A | Transcript of Exhibit 743 | 6/14/16 | 6/14/16 |
| 744 | 5/10/15 call #3 NE & MB | 6/14/16 | 6/14/16 |
| 744A | Transcript of Exhibit 744 | 6/14/16 | 6/14/16 |
| 745 | 5/10/15 call #4 NE & MB | 6/14/16 | 6/14/16 |
| 745A | Transcript of Exhibit 745 | 6/14/16 | 6/14/16 |
| 746 | 5/10/15 NE & MB call | 6/14/16 | 6/14/16 |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 746A | Transcript of Exhibit 746 | 6/14/16 | 6/14/16 |
| 747 | 5/11/15 NE & MB call | 6/14/16 | 6/14/16 |
| 747A | Transcript of Exhibit 747 | 6/14/16 | 6/14/16 |
| 748 | 5/11/2015 FE speaks with Chase Bank; NE in background | | |
| 748A | Transcript of Exhibit 748 | | |
| 749 | 5/20/15 NE & MB call | 6/14/16 | 6/14/16 |
| 749A | Transcript of Exhibit 749 | 6/14/16 | 6/14/16 |
| 750 | 5/15/15 call NE & MB | 6/14/16 | 6/14/16 |
| 750A | Transcript of Exhibit 750 | 6/14/16 | 6/14/16 |
| 751 | 5/15/15 call #2 NE & MB | 6/14/16 | 6/14/16 |
| 751A | Transcript of Exhibit 751 | 6/14/16 | 6/14/16 |
| 752 | 5/15/15 call MB & Badr | 6/14/16 | 6/14/16 |
| 752A | Transcript of Exhibit 752 | 6/14/16 | 6/14/16 |
| 753 | 5/15/15 call MB & Itani | 6/14/16 | |
| 753A | Transcript of Exhibit 753 | | |
| 754 | 5/16/2015 call NE & MB | 6/14/16 | 6/14/16 |
| 754A | Transcript of Exhibit 754 | 6/14/16 | 6/14/16 |
| 755 | 5/17/15 voicemail left by Naderi | 6/14/16 | 6/14/16 |
| 755A | Transcript of Exhibit 755 | 6/14/16 | 6/14/16 |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 756 | 5/17/15 call MB & Naderi | 6/14/16 | 6/14/16 |
| 756A | Transcript of Exhibit 756 | 6/14/16 | 6/14/16 |
| 757 | 5/20/15 call NE & MB | 6/14/16 | 6/14/16 |
| 757A | Transcript of Exhibit 757 | 6/14/16 | 6/14/16 |
| 758 | 5/20/15 call MB & Naderi | 6/14/16 | 6/14/16 |
| 758A | Transcript of Exhibit 758 | 6/14/16 | 6/14/16 |
| 759 | 5/21/15 call MB & Badr | 6/14/16 | 6/14/16 |
| 759A | Transcript of Exhibit 759 | 6/14/16 | 6/14/16 |
| 760 | Chart - Elhuzauel cell phone calls | 6/10/16 | 6/10/16 |
| 761 | Chart - Badawi cell phone calls | 6/10/16 | 6/10/16 |
| 762 | Diagram - Wireless CALEA Intercepts | 6/10/16 | 6/10/16 |
| 763-800 | OMITTED | | |
| **Vehicles (2005 Toyota Camry & 2006 Toyota Corolla) Audio: 801-900** | | | |
| 801 | D-1; NE & MB discuss Islamic State | | |
| 801A | Transcript of Exhibit 801 | | |
| 802 | D-2; NE & MB discuss Islamic State | | |
| 802.1 | Transcripts and Audio Clips | 6/14/16 | 6/14/16 |
| 802.1A | Transcript of Exhibit 802.1 | 6/14/16 | 6/14/16 |
| 803 | D-2; NE, MB, & Naderi discuss Islamic State | | |

29

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 803.1<br>803.1A<br>803.2<br>803.2A<br>803.3<br>803.3A | Transcripts and Audio Clips | 6/14/16 | 6/14/16 |
| 803A | Transcript of Exhibit 803 | 6/14/16 | 6/14/16 |
| 804 | D-2; NE & MB discuss Islamic State | 6/14/16 | 6/14/16 |
| 804A | Transcript of Exhibit 804 | 6/14/16 | 6/14/16 |
| 805 | D-3; NE & MB | | |
| 805A | Transcript of Exhibit 805 | | |
| 806 | D-3; MB & NE | | |
| 806A | Transcript of Exhibit 806 | | |
| 807 | D-3; MB & NE | | |
| 807A | Transcript of Exhibit 807 | | |
| 808 | D-3; MB & NE | | |
| 808A | Transcript of Exhibit 808 | | |
| 809 | D-3; NE & MB | | |
| 809A | Transcript of Exhibit 809 | | |
| 810 | D-3; NE, MB & Naderi | | |
| 810A | Transcript of Exhibit 810 | | |
| 811 | D-3; NE, MB, & Naderi | | |
| 811A | Transcript of Exhibit 811 | | |
| 812 | D-3; NE, MB & Naderi | | |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 812A | Transcript of Exhibit 812 | | |
| 813 | D-3; NE, MB & Naderi | | |
| 813A | Transcript of Exhibit 813 | | |
| 814 | D-3; NE, MB & Naderi | | |
| 814A | Transcript of Exhibit 814 | | |
| 815 | D-3; NE, MB & Naderi | | |
| 815A | Transcript of Exhibit 815 | | |
| 816 | D-3; NE, MB & Naderi | | |
| 816A | Transcript of Exhibit 816 | | |
| 817 | D-3; NE, MB & Naderi | | |
| 817A | Transcript of Exhibit 817 | | |
| 818 | D-3; NE, MB & Naderi | | |
| 818A | Transcript of Exhibit 818 | | |
| 819 | D-3; NE, MB & Naderi | | |
| 819A | Transcript of Exhibit 819 | | |
| 820 | D-3; NE, MB & Naderi | | |
| 820A | Transcript of Exhibit 820 | | |
| 821 | D-3; NE, MB & Naderi | | |
| 821A | Transcript of Exhibit 821 | | |
| 822 | D-3; NE, MB & Naderi | | |
| 822A | Transcript of Exhibit 822 | | |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| | | | |
| 823 | D-3; NE & MB | | |
| 823A | Transcript of Exhibit 823 | | |
| 824 | D-3; NE & MB | | |
| 824A | Transcript of Exhibit 824 | | |
| 825 | D-3; NE & MB | | |
| 825A | Transcript of Exhibit 825 | | |
| 826 | D-3; NE & MB | | |
| 826A | Transcript of Exhibit 826 | | |
| 827 | D-3; NE & MB | | |
| 827A | Transcript of Exhibit 827 | | |
| 828 | D-2; NE, MB & Bahta | | |
| 828.1 828.1A 828.2 828.2A | Transcripts and Audio Clips | 6/14/16 | 6/14/16 |
| 828A | Transcript of Exhibit 828 | 6/14/16 | 6/14/16 |
| 829 | D-2; MB & Bahta | | |
| 829.1 829.1A 829.2 829.2A | Transcripts and Audio Clips | 6/14/16 | 6/14/16 |
| 829A | Transcript of Exhibit 829 | 6/14/16 | 6/14/16 |
| 830 | D-2; MB & Bahta | | |
| 830.1 | Transcripts and Audio Clips | 6/14/16 | 6/14/16 |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 830.1A | Transcript of Exhibit 830.1 | 6/14/16 | 6/14/16 |
| 831 | D-3; MB & Bahta | | |
| 831A | Transcript of Exhibit 831 | | |
| 832 | D-3; MB & Bahta | | |
| 832A | Transcript of Exhibit 832 | | |
| 833 | D-3; MB & Bahta | | |
| 833A | Transcript of Exhibit 833 | | |
| 834 | D-3; MB, NE & Bahta | | |
| 834A | Transcript of Exhibit 834 | | |
| 835 | D-3; MB, NE & Bahta | | |
| 835A | Transcript of Exhibit 835 | | |
| 836 | D-3; MB & Bahta | | |
| 836A | Transcript of Exhibit 836 | | |
| 837 | D-3; MB & Bahta | | |
| 837A | Transcript of Exhibit 837 | | |
| 838 | D-3; MB & Bahta | | |
| 838A | Transcript of Exhibit 838 | | |
| 839 | D-3; MB & Bahta | | |
| 839A | Transcript of Exhibit 839 | | |
| 840 | D-3; Corolla; MB | 6/14/16 | 6/14/16 |
| 840A | Transcript of Exhibit 840 | 6/14/16 | 6/14/16 |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 841 | Chart - audio recording from D-1 2005 Toyota Camry | | |
| 842 | Chart - audio recording from D-2 2005 Toyota Camry | 6/14/16 | 6/14/16 |
| 843 | Chart - audio recording from D-3 2005 Toyota Camry | 6/8/16 | 6/14/16 |
| 844 | Chart - audio recording from D-3 2006 Toyota Corolla | 6/8/16 | 6/14/16 |
| 845-900 | OMITTED | | |
| | **Fraud-Related Documents: 901-1000** | | |
| 901 | Wells Fargo Bank Statement, 3/10/2015-4/8/2015 | 6/10/16 | 6/10/16 |
| 902 | Wells Fargo Bank Statement, 4/9/2015-5/8/2015 | 6/10/16 | 6/10/16 |
| 903 | Chase Bank Statement, 4/22/2015-5/21/2015 | 6/10/16 | 6/10/16 |
| 904 | Bank of America Statement, 5/14/2015-5/22/2015 | 6/10/16 | 6/10/16 |
| 905 | Wells Fargo Bank Business Record Declaration | | |
| 906 | Wells Fargo Bank Business Record Declaration | | |
| 907 | Chase Bank Business Record Declaration | | |
| 908 | Chase Bank Business Record Declaration | 6/10/16 | 6/10/16 |
| 909 | Bank of America Business Record Declaration | | |
| 910 | Bank of America Business Record Declaration | | |
| 911 | FDIC Certificate - Wells Fargo Bank | 6/10/16 | 6/10/16 |
| 912 | FDIC Certificate - Chase Bank | 6/10/16 | 6/10/16 |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 913 | FDIC Certificate - Bank of America | 6/10/16 | 6/10/16 |
| 914 | Check: Pathway Staffing (Redacted) | | |
| 914A | Check: Pathway Staffing (Unredacted) | 6/10/16 | 6/10/16 |
| 915 | Check: Stein Industries (Redacted) | | |
| 915A | Check: Stein Industries (Unredacted) | 6/10/16 | 6/10/16 |
| 916 | Wells Fargo Bank ATM Photographs - 3 - 4/16/2015 | 6/10/16 | 6/10/16 |
| 917 | Check: Alyssa Powell (Redacted) | | |
| 917A | Check: Alyssa Powell (Unredacted) | 6/10/16 | 6/10/16 |
| 918 | Check: Alyssa Powell (Redacted) | | |
| 918A | Check: Alyssa Powell (Unredacted) | | |
| 919 | Chase Bank Statement, 4/11/2015-4/22/2015 | | |
| 920 | Wells Fargo Bank ATM Check Deposit Webpage Dialog - 4/16/2015 | 6/10/16 | 6/10/16 |
| 921 | Wells Fargo Bank ATM Withdrawal Webpage Dialog - 4/16/2015 | 6/10/16 | 6/10/16 |
| 922 | Wells Fargo Bank ATM Withdrawal Webpage Dialog - 4/29/2015 | 6/10/16 | 6/10/16 |
| 923 | Wells Fargo Bank ATM Photographs - 2 - 4/29/2015 | 6/10/16 | 6/10/16 |
| 924 | Check: Tran Truong Brothers, Inc. (Redacted) | | |
| 924A | Check: Tran Truong Brothers, Inc. (Unredacted) | 6/10/16 | 6/10/16 |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 925 | Wells Fargo Bank ATM Check Deposit Webpage Dialog - 4/29/2015 | 6/10/16 | 6/10/16 |
| 926 | Wells Fargo Bank ATM Withdrawal Webpage Dialog - 4/30/2015 | 6/10/16 | 6/10/16 |
| 927 | Check: Noodle 21 (Redacted) | | |
| 927A | Check: Noodle 21 (Unredacted) | 6/10/16 | 6/10/16 |
| 928 | Chase Bank ATM Photograph - 1 - 5/1/2015 | 6/13/16 | 6/13/16 |
| 929 | Check: Saul Salinas-Garcia (Redacted) | | |
| 929A | Check: Saul Salinas-Garcia (Unredacted) | 6/10/16 | 6/10/16 |
| 930 | Wells Fargo Bank ATM Photographs - 6 - 5/1/2015 | 6/13/16 | 6/13/16 |
| 931 | Wells Fargo Bank ATM Withdrawal Webpage Dialog - 5/4/2015 | 6/13/16 | 6/13/16 |
| 932 | Wells Fargo Bank ATM Photographs - 4 - 5/5/2015 | 6/13/16 | 6/13/16 |
| 933 | Check: Shannon Sherin (Redacted) | | |
| 933A | Check: Shannon Sherin (Unredacted) | 6/10/16 | 6/10/16 |
| 934 | Wells Fargo Bank ATM Check Deposit Webpage Dialog - 5/5/2015 | 6/13/16 | 6/13/16 |
| 935 | Wells Fargo Bank ATM Withdrawal Webpage Dialog - 5/5/2015 | | |
| 936 | Wells Fargo Bank ATM Photographs - 12 - 5/6/2015 AM | 6/13/16 | 6/13/16 |
| 937 | Wells Fargo Bank ATM Withdrawal Webpage Dialog - 5/6/2015 | 6/13/16 | 6/13/16 |

36

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 938 | Wells Fargo Bank ATM Withdrawal Record Printout - 5/6/2015 | 6/13/16 | 6/13/16 |
| 939 | Wells Fargo Bank Interior Photographs - 8 - 5/6/2015 | 6/13/16 | 6/13/16 |
| 940 | Wells Fargo Bank ATM Withdrawal Record Printout - 5/6/2015 | 6/13/16 | 6/13/16 |
| 941 | Chase Bank ATM Photograph - 1 - 5/6/2015 | 6/13/16 | 6/13/16 |
| 942 | Check: Yoo Yun Kim (Redacted) | | |
| 942A | Check: Yoo Yun Kim (Unredacted) | 6/10/16 | 6/10/16 |
| 943 | Wells Fargo Bank Signature Card | 6/13/16 | |
| 944 | Check: Yoo Yun Kim (3354) (Redacted) | | |
| 944A | Check: Yoo Yun Kim (3354) (Unredacted) | | |
| 945 | Check: Yoo Yun Kim (3363) (Redacted) | | |
| 945A | Check: Yoo Yun Kim (3363) (Unredacted) | | |
| 946 | Bank of America ATM Photographs - 3 - 5/14/2015 | 6/13/16 | 6/13/16 |
| 947 | Check: Michael Khouri (Redacted) | | |
| 947A | Check: Michael Khouri (Unredacted) | 6/13/16 | 6/13/16 |
| 948 | Check: Michael Khouri (Original) (Redacted) | | |
| 948A | Check: Michael Khouri (Original) (Unredacted) | 6/13/16 | 6/13/16 |
| 949 | Documents from Tran Truong Bros. | | |
| 950 | Garden Grove Police Department Victim Information Card | | |

37

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 951 | Photo of Wells Fargo Bank | 6/10/16 | 6/10/16 |
| 952 | Photo of Chase Bank | 6/10/16 | 6/10/16 |
| 953 | Photo of Wells Fargo Bank | 6/13/16 | 6/13/16 |
| 954 | Map of Anaheim and Garden Grove | 6/10/16 | 6/10/16 |
| 955 | Photo of Yoo Yun Kim Checkbook | 6/10/16 | 6/10/16 |
| 956 | Photo of Yoo Yun Kim Checkbook | 6/10/16 | 6/10/16 |
| 957 | Photo of Wells Fargo ATM Card -9419 | 6/10/16 | 6/10/16 |
| 958 | Photo of Wells Fargo ATM Card -5283 | 6/10/16 | 6/10/16 |
| 959 | Photo of Wells Fargo ATM Card - 5283 | 6/10/16 | 6/10/16 |
| 960 | 2014-2015 FAFSA form | 6/13/16 | 6/13/16 |
| 961 | 2015-2016 FAFSA form | 6/13/16 | 6/13/16 |
| 962 | Badawi's Student Aid Report for 2014-2015 | 6/13/16 | 6/13/16 |
| 963 | Badawi's Student Aid Report for 2015-2016 | 6/13/16 | 6/13/16 |
| 964 | Badawi's Pell Grant History - NSLDS | 6/13/16 | 6/13/16 |
| 965 | Badawi's Student Loan History - NSLDS | | |
| 966 | spreadhseet - Badawi's FAFSA transaction history | | |
| 967 | spreadsheet - Badawi's FAFSA transaction history | | |
| 968 | HigherOne records | 6/13/16 | 6/13/16 |
| 969 | HigherOne custodian of records declaration | | |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 970 | Fiserv records | 6/13/16 | 6/13/16 |
| 971 | Fiserv business records affidavit | | |
| 972 | Orbitz records | 6/13/16 | 6/13/16 |
| 973 | Orbitz custodian of record declaration | | |
| 974 | OMITTED | | |
| 975 | OMITTED | | |
| 976 | Wells Fargo Bank ATM Photograph - 1 - 4/30/2015 | 6/10/16 | 6/10/16 |
| 977 | Department of Education Business Records Declaration | | |
| 978 | Department of Education Business Records Declaration | | |
| 979 | Department of Education Business Records Declaration | | |
| 980 | Department of Education Business Records Declaration | | |
| 981 | Badawi Bank Statement | 6/13/16 | 6/13/16 |
| 982 | OMMITTED | | |
| 983 | Certificate of Proof of Insured Status (Bank of America) | 6/13/16 | 6/13/16 |
| 984 | Certificate of Proof of Insured Status (Chase Bank) | 6/13/16 | 6/13/16 |
| 985 | Certificate of Proof of Insured Status (Wells Fargo Bank) | 6/13/16 | 6/13/16 |
| 986-1000 | OMMITTED | | |
| | **Other (Open Sources Videos, LAX videos, Post-Arrest Statements): 1001-1100** | | |
| 1001 | Photo of Turkish Airlines ticket counter at LAX_DSC_0001 | 6/8/16 | 6/8/16 |
| 1002 | Photo of Turkish Airlines ticket counter at LAX_DSC_0003 | 6/8/16 | 6/8/16 |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 1003 | LAX video (Elhuzayel entering Bradley terminal at LAX with luggage) N-1 Entry | 6/8/16 | 6/8/16 |
| 1004 | LAX video (Elhuzayel in TSA line at Bradley terminal at LAX) P-ELL | 6/8/16 | 6/8/16 |
| 1005 | LAX video (Elhuzayel at security, picking up carry-on luggage, being greeted by SA Gates) | 6/8/16 | 6/8/16 |
| 1006 | A Message to the Mujahidin and the Muslim Ummah in the Month of Ramadan by Abu Bakr al-Baghdadi | 6/15/16 | 6/15/16 |
| 1007 | LAX video  S-2 Entry | 6/8/16 | 6/8/16 |
| 1008 | Federal Register, Public Notice: 9290, Sept. 30, 2015, publication of additional aliases of "the Islamic State, ISIL, and ISIS" | | |
| 1009 | OMITTED | | |
| 1010 | OMITTED | | |
| 1011 | Excerpt 1 of Badawi post-arrest interview | 6/14/16 | 6/14/16 |
| 1011A | Transcript of 1011 | 6/14/16 | 6/14/16 |
| 1012 | Excerpt 2 of Badawi post-arrest interview | 6/14/16 | 6/14/16 |
| 1012A | Transcript of 1012 | 6/14/16 | 6/14/16 |
| 1013 | Badawi Miranda waiver | 6/14/16 | 6/14/16 |
| 1014 | Screenshot of darrulislam banner (al-Tamimi) | 6/14/16 | 6/14/16 |
| 1015 | Screenshot of darrulislam page with banner (al-Tamimi)+B311 | 6/14/16 | 6/14/16 |
| 1016 | Excerpt 1 of Elhuzayel post-arrest interview | 6/9/16 | 6/9/16 |

UNITED STATES v. ELHUZAYEL & BADAWI
SA CR 15-60(A)-DOC
GOVERNMENT'S EXHIBIT LIST

| Exh. No. | Description | Marked | Admitted |
|---|---|---|---|
| 1016A | Transcript of 1016 | 6/9/16 | 6/9/16 |
| 1017 | Excerpt 2 of Elhuzayel post-arrest interview | 6/9/16 | 6/9/16 |
| 1017A | Transcript of 1017 | 6/9/16 | 6/9/16 |
| 1018 | Excerpt 3 of Elhuzayel post-arrest interview | 6/9/16 | 6/9/16 |
| 1018A | Transcript of 1018 | 6/9/16 | |
| 1019 | OMITTED | | |
| 1020 | Excerpt 5 of Elhuzayel post-arrest interview | 6/9/16 | 6/9/16 |
| 1020A | Transcript of 1020 | 6/9/16 | 6/15/16 |
| 1021 | Exhibit List - Translations only | 6/8/16 | 6/8/16 |

ATTORNEY FOR PLAINTIFF:

JUDITH A. HEINZ, AUSA

ATTORNEY FOR DEFENDANT ELHUZAYEL:

PAL A. LENGYEL-LEAHU, RETAINED

ATTORNEY FOR DEFENDANT BADAWI:

KATHERINE CORRIGAN, CJA

41