1          **UNITED STATES DISTRICT COURT**

2          **CENTRAL DISTRICT OF CALIFORNIA**

3     **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4               - - - - - - -

5    UNITED STATES OF AMERICA,          )
                                        )     **CERTIFIED**
6              Plaintiff,               )
                                        )
7         vs.                           ) No. 8:15-CR-0060-DOC
                                        )     Day 7, Volume III
8    1) NADER SALEM ELHUZAYEL;          )
     2) MUHANAD ELFATIH M.A. BADAWI,    )
9                                       )
               Defendants.              )
10   _____)

11

12

13

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                    Jury Trial

17               Santa Ana, California

18            Wednesday, June 15, 2016

19

20

21

22   Debbie Gale, CSR 9472, RPR, CCRR
     Federal Official Court Reporter
23   United States District Court
     411 West 4th Street, Room 1-053
24   Santa Ana, California 92701
     (714) 558-8141

25

1    **APPEARANCES OF COUNSEL:**

2

FOR THE UNITED STATES OF AMERICA:

3

    DEPARTMENT OF JUSTICE
4    OFFICE OF THE UNITED STATES ATTORNEY
    Criminal Division
5    BY:  Judith A. Heinz
        Assistant United States Attorney
6    312 North Spring Street
    15th Floor
7    Los Angeles, California 90012
    213-894-3713
8    USACAC.Criminal@usdoj.gov

9    DEPARTMENT OF JUSTICE
    OFFICE OF THE UNITED STATES ATTORNEY
10   Criminal Division
    BY:  Deirdre Z. Eliot
11       Assistant United States Attorney
    411 West 4th Street
12   Suite 8000
    Santa Ana, California 92701
13   714-338-3500
    USACAC.SACriminal@usdoj.gov

14

15

    DEPARTMENT OF JUSTICE
16   OFFICE OF THE UNITED STATES ATTORNEY
    General Crimes Section
17   BY:  Julius J. Nam
        Assistant United States Attorney
18   312 North Spring Street
    Suite 1200
19   Los Angeles, California 90012
    213-894-4491
20   julius.nam@usdoj.gov

21

FOR DEFENDANT NADER SALEM ELHUZAYEL:

22

    Pal A. Lengyel-Leahu *(retained)*
23   LAW OFFICES OF PAL A LENGYEL-LEAHU
    360 East First Street
24   Suite 609
    Tustin, California 92780
25   714-497-6813
    plitigate@aol.com

1    **APPEARANCES OF COUNSEL (Continued):**

2

3    FOR DEFENDANT MUHANAD ELFATIH M.A. BADAWI:

4

5        Katherine T. Corrigan *(CJA appointment)*
         CORRIGAN WELBOURN AND STOKKE APLC
         4100 Newport Place
6        Suite 550
         Newport Beach, California 92660
7        949-251-0330
         kate@cwsdefense.com

8

9    ALSO PRESENT:

10       Cambria Lisonbee (assisting Ms. Corrigan)
         Joshua Hopps (assisting Mr. Lengyel-Leahu)
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>I N D E X</u>

<u>Jury Trial - Day 7, Volume III</u>

**PROCEEDINGS**                                                    **PAGE**

Stipulation No. 2 (read)                                      57

Government rests                                             62

Voir Dire of Witness Braniff by the Court            64

Voir Dire by Witness Braniff Mr. Lengyel-Leahu      67

**WITNESSES**

| **WITNESSES** | **DIRECT** | **CROSS** | **REDIRECT** | **RECROSS** |
|---|---|---|---|---|
| BRANIFF, William | | | | |
| By Ms. Eliot (continued) | 6 | | | |
| By Mr. Lengyel-Leahu | | 14 | | |
| By Ms. Corrigan | | 51 | | |
| By Ms. Eliot | | | 51 | |

**EXHIBITS**

| **EXHIBIT NO./DESCRIPTION** | | **IDENTIFICATION** | **IN EVIDENCE** |
|---|---|---|---|
| A | Photograph showing 2 envelopes in drawer | 58 | 61 |
| B | Photograph showing 2 envelopes taken out of drawer | 59 | 61 |
| C | Photograph showing $900 cash | 59 | 61 |
| D | Photograph of $1,000 cash | 60 | 61 |

| | | | |
|---|---|---|---|
1

**EXHIBITS (Continued)**

2   **EXHIBIT NO./DESCRIPTION**          **IDENTIFICATION**      **IN EVIDENCE**

3

4    E        Country Reports on          50                    50
            Terrorism 2014 – page
5            354

6    Stip. 2 Stipulation No. 2                                  62

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**SANTA ANA, CALIFORNIA, WEDNESDAY, JUNE 15, 2016**

**Day 7, Volume III**

(1:21 p.m.)

*(Previous proceedings reported by Deborah Parker*
*in Volume II.)*

*(In the presence of the jury.)*

THE COURT:  All right.  The jury's present.  The
alternates are present.  All counsel, the parties are
present, the defendants, the witness.

**WILLIAM BRANIFF, CALLED BY THE GOVERNMENT, PREVIOUSLY SWORN**

**RESUMED THE STAND**

THE COURT:  Counsel, if you would like to continue
with direct examination.

MS. ELIOT:  Thank you, Your Honor.

**DIRECT EXAMINATION (Continued)**

BY MS. ELIOT:

Q.   Mr. Braniff, in reviewing the evidence in this case,
did you come across multiple pictures of a man known as
Jihadi John?

A.   Yes.

MS. ELIOT:  If we could place before the witness
Government's Exhibit 109, 304 and 336, already admitted.

For the record, Exhibits 304 and 336 have been
previously identified as items from Defendant Elhuzayel's
Twitter account, and Exhibit 109 has been identified as from

|       |    |                                                                        |
|-------|----|------------------------------------------------------------------------|
|       | 1  | Defendant Elhuzayel's thumb drive in the carry-on bag.                 |
| 01:23 | 2  | THE COURT:  Thank you.                                                 |
| 01:23 | 3  | BY MS. ELIOT:                                                          |
| 01:23 | 4  | Q.  If you could begin with Exhibit 304.  Could you take a             |
|       | 5  | look at the photograph on page 2.                                      |
| 01:23 | 6  | A.  Yes.                                                               |
| 01:23 | 7  | Q.  Do you recognize the person kneeling on top of a man              |
|       | 8  | with a knife in his hand?                                              |
| 01:23 | 9  | A.  Yes.                                                               |
| 01:23 | 10 | Q.  Who is it?                                                         |
| 01:23 | 11 | A.  That's Mohammed Emwazi or AKA Jihadi John.                         |
| 01:23 | 12 | Q.  What organization is Jihadi John associated with?                  |
| 01:23 | 13 | A.  He was a member of the Islamic State or ISIS.                      |
| 01:23 | 14 | Q.  What is Jihadi John's connection, if any, to a series              |
|       | 15 | of public beheadings?                                                  |
| 01:23 | 16 | A.  Beginning in August 2014, he was responsible for                   |
|       | 17 | decapitating an American citizen named James Foley --                  |
| 01:23 | 18 | THE COURT:  You dropped your voice.  James who?                        |
| 01:23 | 19 | THE WITNESS:  James Foley.                                             |
| 01:23 | 20 | THE COURT:  All right.  Thank you.                                     |
| 01:23 | 21 | THE WITNESS:  -- an American photo journalist.                         |
| 01:24 | 22 | This murder was featured in a propaganda video                         |
|       | 23 | that was followed a month later by a second filmed                     |
|       | 24 | decapitation of another American journalist, Steven Sotloff.           |
|       | 25 |                                                                        |

| | | |
|---|---|---|
| 01:24 | 1 | BY MS. ELIOT: |
| 01:24 | 2 | Q.   If I could interrupt you for just a moment.  Could you |
| | 3 | turn your attention to Exhibit 336, please. |
| 01:24 | 4 | A.   Yes. |
| 01:24 | 5 | *(Exhibit displayed.)* |
| 01:24 | 6 | BY MS. ELIOT: |
| 01:24 | 7 | Q.   Do you recognize the victim here? |
| 01:24 | 8 | A.   Yes.  That's the American photo journalist, Steven |
| | 9 | Sotloff. |
| 01:24 | 10 | THE COURT:  Would you spell his last name, please. |
| 01:24 | 11 | THE WITNESS:  S-A-T-L-O-F-F *(sic)*. |
| 01:24 | 12 | THE COURT:  Thank you. |
| 01:24 | 13 | BY MS. ELIOT: |
| 01:24 | 14 | Q.   And do you know what James Foley's profession was? |
| 01:24 | 15 | A.   Both James Foley and Steven Sotloff were journalists. |
| 01:24 | 16 | MS. ELIOT:  If we could place Exhibit 109 before |
| | 17 | the witness and on the screen, please. |
| 01:24 | 18 | *(Exhibit displayed.)* |
| 01:24 | 19 | BY MS. ELIOT: |
| 01:24 | 20 | Q.   Do you recognize the man kneeling in Orange here? |
| 01:25 | 21 | A.   Yes. |
| 01:25 | 22 | Q.   Who is it? |
| 01:25 | 23 | A.   This the Peter Kassig. |
| 01:25 | 24 | Q.   Was Peter Kassig beheaded? |
| 01:25 | 25 | A.   Yes. |

01:25   1    Q.    And do you know who did that?

01:25   2    A.    Again, it was the same figure:  Mohammed Emwazi or

        3    Jihadi John.

01:25   4    Q.    Was Peter Kassig taken hostage beforehand?

01:25   5    A.    Yes.  He was taken hostage in October of 2013 and

        6    murdered in November 2014.

01:25   7          THE COURT:  I want you to spell the name for

        8    Jihadi John.

01:25   9          THE WITNESS:  Mohammed, M-U-H-A-M-M-A-D *(sic)*,

        10   E-M-W-A-Z-I, Emwazi.

01:25   11         THE COURT:  Okay.  Thank you.

01:25   12         Counsel.

01:25   13   BY MS. ELIOT:

01:25   14   Q.    Do you know where Peter Kassig -- what country he was

        15   in when he was taken hostage?

01:26   16   A.    Peter Kassig was in Syria when he was taken hostage.

        17   He ran his own NGO delivering food and medical supplies to

        18   Syrian refugees.

01:26   19   Q.    What does "NGO" stand for?

01:26   20   A.    A Non-Governmental Organization.  So he was an aid

        21   worker.

01:26   22         MS. ELIOT:  If we could place before the witness

        23   Government's Exhibit 9-A, already admitted.  For the record,

        24   this has been previously identified as found on

        25   Defendant Elhuzayel's iPhone.

**DEBBIE GALE, U.S. COURT REPORTER**

8:15-CR-0060-DOC - 6/15/2016 - Day 7, Volume III

10

01:26   1    BY MS. ELIOT:

01:26   2    Q.   Do you recognize the person depicted?

01:26   3    A.   Yes.

01:26   4    Q.   Who is it?

01:26   5    A.   Abu Malik al-Timimi.

01:26   6    Q.   And who is Abu Malik al-Timimi?

01:26   7    A.   He's a -- he was a cleric and a leader in the ISIS or

        8    the Islamic State organization.  He fled Saudi Arabia in

        9    2009 to join the al-Qa'ida movement in Afghanistan/Pakistan.

        10   And then left there to join ISIS in Syria.

01:27   11   Q.   Is he alive?

01:27   12   A.   No, he's not.

01:27   13   Q.   Does the translation of the Arabic writing into English

        14   on the exhibit before you indicate that he was sent to *sham*

        15   and swore allegiance to the state?

01:27   16   A.   Yes.

01:27   17   Q.   Is "*sham*" Syria?

01:27   18   A.   Yes.  It's Syria or the greater Levant area.

01:27   19   Q.   Are you familiar with a video titled *Until There Came*

        20   *To Them Clear Evidence*?

01:27   21   A.   Yes.

01:27   22   Q.   We're placing before you, please, Government's Exhibit

        23   348 in evidence.

01:27   24        MS. ELIOT:  For the record, this exhibit has been

        25   previously identified as a message from

**DEBBIE GALE, U.S. COURT REPORTER**

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
|       | 1  | Defendant Elhuzayel's Twitter account.                             |
| 01:27 | 2  | *(Exhibit displayed.)*                                             |
| 01:27 | 3  | BY MS. ELIOT:                                                       |
| 01:27 | 4  | Q.   Mr. Braniff, what is the image depicted here?                 |
| 01:27 | 5  | A.   This is what's known as a banner or advertisement for a       |
|       | 6  | propaganda video released through Al-Furqan Establishment          |
|       | 7  | for Media Production, which, again, is one of the aliases          |
|       | 8  | for the Islamic State designated in May 2014.                      |
| 01:28 | 9  | BY MS. ELIOT:                                                       |
| 01:28 | 10 | Q.   Have you watched the video advertised here?                   |
| 01:28 | 11 | A.   Yes.                                                          |
| 01:28 | 12 | Q.   Is Abu Malik al-Timimi featured in the video?                 |
| 01:28 | 13 | A.   Yes.  He's featured for about 24 minutes of the              |
|       | 14 | 30-minute video.                                                   |
| 01:28 | 15 | Q.   Briefly, what is the video about in terms of the             |
|       | 16 | relationship with Christians?                                      |
| 01:28 | 17 | A.   So, in the video, Abu Malik al-Timimi explains the           |
|       | 18 | reason for rationale for why Christians can be subjugated by       |
|       | 19 | Muslims.  The specific argument is that because Christians         |
|       | 20 | believe in the Trinity, this is a violation of the idea of         |
|       | 21 | strict monotheism -- that there's only one God -- and,            |
|       | 22 | therefore, Christians are not monotheists and can be or           |
|       | 23 | should be, must be subjugated.                                     |
| 01:29 | 24 | Q.   How does the video end?                                       |
| 01:29 | 25 | A.   It ends with the murder of approximately 30 Ethiopian        |

8:15-CR-0060-DOC - 6/15/2016 - Day 7, Volume III

12

| | | |
|---|---|---|
| | 1 | Christians, two different groups.  One of the groups are |
| | 2 | murdered by beheading.  The other group is murdered at |
| | 3 | gunpoint. |
| 01:29 | 4 | MS. ELIOT:  If we could place before the witness |
| | 5 | Government's Exhibits 335 and 356, already admitted.  For |
| | 6 | the record, these images have been previously identified as |
| | 7 | images transmitted from Defendant Elhuzayel's Twitter |
| | 8 | account. |
| 01:29 | 9 | *(Exhibit displayed.)* |
| 01:29 | 10 | BY MS. ELIOT: |
| 01:29 | 11 | Q.   Mr. Braniff, do you recognize these images? |
| 01:29 | 12 | A.   Yes. |
| 01:29 | 13 | Q.   Are these still images of the beheadings filmed live on |
| | 14 | the video you just discussed? |
| 01:30 | 15 | A.   Yes.  The one is a still image of the beheadings.  The |
| | 16 | other is, I believe, assassination by gunshot. |
| 01:30 | 17 | MS. ELIOT:  No further questions, Your Honor. |
| 01:30 | 18 | THE WITNESS:  Oh, excuse me.  Actually, these are |
| | 19 | both -- my mistake.  These are both decapitations. |
| 01:30 | 20 | MS. ELIOT:  Nothing further, Your Honor.  Thank |
| | 21 | you. |
| 01:30 | 22 | THE COURT:  Now, ladies and gentlemen, you're |
| | 23 | going to be up and down in your seats for a few times today. |
| 01:30 | 24 | We need about a 25-minute recess, someplace in |
| | 25 | that period of time, for just a moment.  So if you would go |

| | | |
|---|---|---|
| | 1 | back to the jury room with our thanks and appreciation. |
| 01:30 | 2 | Please, don't discuss this matter nor form or |
| | 3 | express any opinion concerning the case. |
| 01:30 | 4 | *(Jury recessed at 1:30 p.m.)* |
| 01:30 | 5 | (Outside the presence of the jury.) |
| 01:30 | 6 | THE COURT:  All right.  Counsel, then, about 25 |
| | 7 | minutes, please.  Thank you very much. |
| 01:30 | 8 | MS. CORRIGAN:  25? |
| 01:30 | 9 | THE COURT:  And will you be starting with the |
| | 10 | cross-examination? |
| 01:31 | 11 | MR. LENGYEL-LEAHU:  Yes. |
| 01:31 | 12 | As we mentioned yesterday, Your Honor, I'm going |
| | 13 | to distribute the documents that we'll be cross-examining |
| | 14 | the witness on at this time. |
| 01:31 | 15 | THE COURT:  Okay.  "Distributing" meaning? |
| 01:31 | 16 | MR. LENGYEL-LEAHU:  To the counsel, so that they |
| | 17 | can make sure that they are adequate. |
| 01:31 | 18 | THE COURT:  Okay.  Thank you very much.  Thank |
| | 19 | you. |
| 01:31 | 20 | *(Recess held at 1:31 p.m.)* |
| 01:51 | 21 | *(Proceedings resumed at 1:51 p.m.)* |
| 01:51 | 22 | THE COURT:  All right.  Now, we're on record.  The |
| | 23 | jury's not present.  All counsel, the defendants are |
| | 24 | present.  The parties are present. |
| 01:51 | 25 | And my question was, are you ready for |

8:15-CR-0060-DOC - 6/15/2016 - Day 7, Volume III

14

|  |  |  |
|--|--|--|
| | 1 | cross-examination?  Have you distributed the materials? |
| 01:51 | 2 | MR. LENGYEL-LEAHU:  Yes.  We're paring it down to |
| | 3 | a single page that I'm going to introduce as an exhibit. |
| | 4 | D'you want it premarked? |
| 01:51 | 5 | THE COURT:  I'd like to see it. |
| 01:51 | 6 | MR. LENGYEL-LEAHU:  Okay. |
| 01:51 | 7 | THE COURT:  I don't want to thumb through a whole |
| | 8 | volume if we're down to a single page. |
| 01:51 | 9 | *(Document provided to the Court.)* |
| 01:52 | 10 | *(In the presence of the jury.)* |
| 01:53 | 11 | THE COURT:  Then the jury's present and all |
| | 12 | alternates are present. |
| 01:53 | 13 | *(To the jury:)* And you may be up and down out of |
| | 14 | your seats a few times this afternoon -- just to forewarn |
| | 15 | you. |
| 01:53 | 16 | And counsel the -- of course, we're in session. |
| | 17 | The parties are still present.  Defendants are present. |
| | 18 | Counsel are present.  The witness is present. |
| 01:53 | 19 | This would be cross-examination by |
| | 20 | Mr. Lengyel-Leahu. |
| 01:53 | 21 | MR. LENGYEL-LEAHU:  Thank you, Your Honor. |
| 01:53 | 22 | **CROSS-EXAMINATION** |
| 01:53 | 23 | BY MR. LENGYEL-LEAHU: |
| 01:53 | 24 | Q.   Captain Braniff, what years were you in the army? |
| 01:53 | 25 | A.   I graduated from West Point in 1999 and got out of the |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | military in 2004.                                            |
| 01:53 | 2  | Q.   You were a tanker?                                      |
| 01:53 | 3  | A.   Yes.                                                    |
| 01:53 | 4  | Q.   Did you know Colonel Eric Wesley?                       |
| 01:53 | 5  | A.   I don't believe I did, no.                             |
| 01:53 | 6  | Q.   XO 3rd Infantry Division?                               |
| 01:54 | 7  | A.   No, sir.                                                |
| 01:54 | 8  | Q.   Thank you for your service.                            |
| 01:54 | 9  | A.   Thank you.                                              |
| 01:54 | 10 | Q.   You indicated on direct regarding *hijra* and raging   |
|       | 11 | jihad, correct?                                             |
| 01:54 | 12 | A.   "Waging" jihad.                                         |
| 01:54 | 13 | Q.   Waging.  I put "raging".                                |
|       | 14 | Waging jihad?                                               |
| 01:54 | 15 | A.   Yes.                                                    |
| 01:54 | 16 | Q.   "Jihad" is also a term used to describe an individual's |
|       | 17 | personal or moral spiritual struggle as well, isn't it?    |
| 01:54 | 18 | A.   Yes, sir.                                               |
| 01:54 | 19 | Q.   And in Islam they speak of it that way too:  That the  |
|       | 20 | soul is also a battlefield where they fight *Shaitan* or    |
|       | 21 | Satan; is that right?                                       |
| 01:54 | 22 | A.   Yes.                                                    |
| 01:54 | 23 | *(Court reporter requests clarification for the*            |
|       | 24 | *record.)*                                                   |
| 01:54 | 25 | MR. LENGYEL-LEAHU:  S-A-I-T-A-N *(verbatim)* is the         |

**DEBBIE GALE, U.S. COURT REPORTER**

| | | |
|---|---|---|
| | 1 | way I've most often seen it spelled. |
| 01:54 | 2 | BY MR. LENGYEL-LEAHU: |
| 01:55 | 3 | Q.   Without revealing any -- you have a top secret |
| | 4 | clearance? |
| 01:55 | 5 | A.   No, sir. |
| 01:55 | 6 | Q.   What's your clearance? |
| 01:55 | 7 | A.   I currently have a "secret" clearance. |
| 01:55 | 8 | Q.   Secret.  Okay.  Same as an officer? |
| 01:55 | 9 | A.   Yes. |
| 01:55 | 10 | Q.   Okay.  But you have acc- -- I only wanna talk about the |
| | 11 | information that's not classified, if you can separate -- |
| 01:55 | 12 | A.   Of course. |
| 01:55 | 13 | Q.   -- that out.  I'm not sure. |
| 01:55 | 14 | Is there an accurate figure of how many people have |
| | 15 | migrated to the area currently under control of the Islamic |
| | 16 | State? |
| 01:55 | 17 | A.   Estimates range.  But a good figure is approximately |
| | 18 | 30,000. |
| 01:55 | 19 | Q.   Okay.  And the reports of the actual armed combatants |
| | 20 | lists their army somewhere between 15- and 20,000 currently? |
| | 21 | I mean as of last week. |
| 01:56 | 22 | A.   I'm not familiar with those figures, but I -- |
| 01:56 | 23 | Q.   What's your figure? |
| 01:56 | 24 | A.   I don't have a different figure that -- I can agree |
| | 25 | with that figure. |

| | | |
|---|---|---|
| 01:56 | 1 | Q.   Is that approximate, correct? |
| 01:56 | 2 | A.   Sir, I don't know. |
| 01:56 | 3 | Q.   You have no idea what their current armed strength is |
| | 4 | in the field? |
| 01:56 | 5 | A.   No, sir. |
| 01:56 | 6 | Q.   Okay.  How many people live in the area that's |
| | 7 | currently controlled by the Islamic State? |
| 01:56 | 8 | MS. ELIOT:  Objection.  Vague as to "people." |
| 01:56 | 9 | THE COURT:  Overruled. |
| 01:56 | 10 | THE WITNESS:  Sir, I don't -- I don't know those |
| | 11 | numbers.  That's a lot of individuals that have fled the |
| | 12 | Islamic State and there are those that have remained behind |
| | 13 | under the control of the Islamic State.  I don't know what |
| | 14 | the figures are. |
| 01:56 | 15 | BY MR. LENGYEL-LEAHU: |
| 01:56 | 16 | Q.   And there's those that have remained in those |
| | 17 | controlled areas that have joined the Islamic State.  I |
| | 18 | mean, they actually recruit in the areas they control, as |
| | 19 | well? |
| 01:57 | 20 | A.   Yes. |
| 01:57 | 21 | Q.   Correct? |
| 01:57 | 22 | A.   Yes. |
| 01:57 | 23 | Q.   And my point is, there's a lot of people migrating that |
| | 24 | aren't in the armed conflict.  Because the best numbers that |
| | 25 | we have of their army is significantly less than the people |

|       |    |                                                                  |
|-------|----|------------------------------------------------------------------|
|       | 1  | that are migrating there and the people that already live        |
|       | 2  | there.  Is that accurate?                                        |
| 01:57 | 3  | A.   Yes, sir.                                                    |
| 01:57 | 4  | Q.   Okay.  In addition, we've seen a number of cases where       |
|       | 5  | individuals have traveled to the Islamic State and then          |
|       | 6  | left.  They didn't like it.                                      |
| 01:57 | 7  | Are you familiar with those cases?                               |
| 01:57 | 8  | A.   Yes, sir.                                                    |
| 01:57 | 9  | Q.   They said they were bored, there was nothing to do,          |
|       | 10 | didn't have a good time; they wanted to go home, right?          |
| 01:58 | 11 | A.   Among other explanations, yes.                              |
| 01:58 | 12 | Q.   Right.  You said you were aware of data that's been          |
|       | 13 | kept on recruiters; is that right?                               |
| 01:58 | 14 | A.   Yes, sir.                                                    |
| 01:58 | 15 | Q.   And you've identified recruiters that have been             |
|       | 16 | assisting the travelers from -- coming over, correct?           |
| 01:58 | 17 | A.   Yes.                                                         |
| 01:58 | 18 | Q.   Okay.  Were you given an opportunity to review all of        |
|       | 19 | the evidence in this case, specifically the Twitters and the     |
|       | 20 | tweets and the Facebooks and the Friend's accounts, and all      |
|       | 21 | those things -- to determine if there were any recruiters on     |
|       | 22 | there?                                                           |
| 01:58 | 23 | A.   I reviewed the information that was provided to me to        |
|       | 24 | review.  I can't speak to how comprehensive a set of             |
|       | 25 | evidence that was.  And, among that information, there was       |

8:15-CR-0060-DOC - 6/15/2016 - Day 7, Volume III

19

|          |    |                                                                      |
|----------|----|----------------------------------------------------------------------|
|          | 1  | evidence regarding Junaid Hussain, who is one of these               |
|          | 2  | figures who, uh, helped connect individuals to help mobilize         |
|          | 3  | them into the fight.                                                 |
| 01:59    | 4  | Q.   But no actual communications between that individual            |
|          | 5  | and either of the defendants in this case, just general             |
|          | 6  | communications, correct?                                             |
| 01:59    | 7  | A.   I don't recall, sir.                                            |
| 01:59    | 8  | Q.   Okay.  You talked about capital punishment.  You               |
|          | 9  | mentioned that the Islamic State has a particular                    |
|          | 10 | fundamentalist "bent" to their practices; is that right?            |
| 01:59    | 11 | A.   Yes.                                                            |
| 01:59    | 12 | Q.   Of course, their version is they're just being literal,        |
|          | 13 | correct?  The literal interpretation of their brand of              |
|          | 14 | Islam?                                                               |
| 01:59    | 15 | A.   A literal interpretation is also an interpretation.            |
|          | 16 | Uh, you can choose what portions of scripture you're going          |
|          | 17 | to take literally, but that still requires interpretation.          |
| 02:00    | 18 | Q.   And you talked about -- is it *hudud*?                          |
| 02:00    | 19 | A.   *Hadud*.                                                        |
| 02:00    | 20 | Q.   *Hadud*.                                                        |
| 02:00    | 21 |      And you said that was the punishment involving                 |
|          | 22 | decapitation, crucifixion, and dismemberment?                       |
| 02:00    | 23 | A.   These are some of the punishments for certain crimes,          |
|          | 24 | yes.                                                                 |
| 02:00    | 25 | Q.   There are others?                                               |

**DEBBIE GALE, U.S. COURT REPORTER**

02:00   1    A.    Yes.

02:00   2    Q.    Okay.  Decapitation, crucifixion and dismemberment is

        3    relatively common in the Middle East, isn't it?

02:00   4    A.    There are -- the kingdom of Saudi Arabia still uses

        5    some of those punishments.  It is -- I would not argue that

        6    it is common in the Muslim world.

02:00   7    Q.    You said "some."  The kingdom of Saudi Arabia still

        8    engages in decapitation as a capital punish- --

02:00   9    A.    Yes, it does.

02:00  10    Q.    Two years ago, they had a crucifixion; do you recall?

02:01  11    A.    I'm aware that they occur.

02:01  12    Q.    And dismemberment, they'll cut off people's hands and

       13    legs, won't they? -- for punishments for crimes that --

       14    against the State, correct?

02:01  15    A.    Yes, sir.

02:01  16    Q.    Same with Iran -- from what we know, correct?

02:01  17    A.    *(No response.)*

02:01  18    Q.    That's a lot of human rights groups there that monitor

       19    this sort of behavior; is that right?

02:01  20    A.    Yes, sir.

02:01  21    Q.    They reported on Jordan as having capital punishment

       22    and dismemberment, correct?

02:01  23    A.    Not -- not to my knowledge, sir, but that's not to say

       24    it's not true.

02:01  25    Q.    How many countries are you aware of that still engage

|  |  |  |
|---|---|---|
| | 1 | in these other than the ones we've talked about:  Iran |
| | 2 | Saudi Arabia and Jordan? |
| 02:01 | 3 | A.   I'm not aware of the numbers, sir. |
| 02:01 | 4 | Q.   Is Syria included in that list?  They engage in |
| | 5 | beheadings and dismemberments as punishment? |
| 02:01 | 6 | A.   I'm not aware of that answer, sir. |
| 02:02 | 7 | Q.   Okay.  There's also been cases reported of travelers |
| | 8 | who've been unable to get across the border in Syria.  Are |
| | 9 | you familiar with those? |
| 02:02 | 10 | A.   Yes, sir. |
| 02:02 | 11 | Q.   They arrive in Istanbul, and some of them get picked up |
| | 12 | by the local authorities, right? |
| 02:02 | 13 | A.   Yes, sir.  That happens more frequently, more recently, |
| | 14 | but for a good number of years the borders were quite |
| | 15 | porous. |
| 02:02 | 16 | Q.   But even while they were quite porous, there were many |
| | 17 | reports of individuals not being able to get across and they |
| | 18 | had to turn back; isn't that accurate? |
| 02:02 | 19 | A.   That happened on occasion.  We've conducted field |
| | 20 | research on that border, and it was not hard to find |
| | 21 | facilitators who could walk you across the border for a |
| | 22 | price.  We interviewed militants from multiple |
| | 23 | organizations, and it wasn't hard to find those individuals |
| | 24 | and conduct the interviews. |
| 02:03 | 25 | Q.   But my question was there were those who were rejected? |

8:15-CR-0060-DOC - 6/15/2016 - Day 7, Volume III

22

| | | |
|--|--|--|
| 02:03 | 1 | A.   Yes, sir. |
| 02:03 | 2 | Q.   Okay.  Tracing a little history. |
| 02:03 | 3 | The al-Qa'ida and Iraq movement began as an insurgency |
| | 4 | inside the country of Iraq; is that correct? |
| 02:03 | 5 | A.   Sir, the movement began with the establishment of the |
| | 6 | Zarqawi network in 2003.  And the key attacks, in the early |
| | 7 | days of the movement were against the UN Headquarters' |
| | 8 | building, the Jordanian Embassy, and a Shia religious |
| | 9 | shrine.  These were classic terrorist attacks. |
| 02:04 | 10 | Q.   The movement is primary Sunni of the Salifist |
| | 11 | persuasion; is that right? |
| 02:04 | 12 | A.   Yes, sir. |
| 02:04 | 13 | Q.   And it was the mission of al-Qa'ida and Iraq to |
| | 14 | establish a Sunni state within Iraq, was it not? |
| 02:04 | 15 | A.   Different individuals in the leadership had different |
| | 16 | ideas about the primary purpose of al-Qa'ida in Iraq.  The |
| | 17 | al-Qa'ida's primary mission was to conduct attacks against |
| | 18 | occupying armies from outside of Iraq. |
| 02:04 | 19 | The leader of al-Qa'ida in Iraq, Abu Musab al-Zarqawi, |
| | 20 | wanted to begin the campaign to create an Islamic State and |
| | 21 | then a caliphate. |
| 02:04 | 22 | Q.   That was the ultimate goal that they were looking for, |
| | 23 | right? |
| 02:05 | 24 | A.   It was the penultimate goal -- the second goal -- |
| | 25 | the -- to establish the caliphate.  The final goal would be |

| | | |
|---|---|---|
| | 1 | to expand the borders of that caliphate until it covered the |
| | 2 | world. |
| 02:05 | 3 | Q.   Exactly.  And al-Qa'ida in Iraq ran into, of course, |
| | 4 | the American forces occupying Iraq at the time. |
| 02:05 | 5 | MS. ELIOT:  Objection to the word "occupying." |
| 02:05 | 6 | THE COURT:  Say that again. |
| 02:05 | 7 | MS. ELIOT:  Objection to the characterization of |
| | 8 | American forces "occupying" the country. |
| 02:05 | 9 | THE COURT:  What would be the appropriate word? |
| | 10 | Visiting? |
| 02:05 | 11 | MS. ELIOT:  We're there as defense after an |
| | 12 | attack. |
| 02:05 | 13 | THE COURT:  Overruled. |
| 02:05 | 14 | Your questions. |
| 02:05 | 15 | BY MR. LENGYEL-LEAHU: |
| 02:05 | 16 | Q.   The al-Qa'ida in Iraq were in direct conflict with the |
| | 17 | American forces occupying Iraq at that time, correct? |
| 02:05 | 18 | A.   Yes.  In addition to Sunni tribes, Shia communities, |
| | 19 | and, uh -- they declared war on just about everybody -- |
| 02:06 | 20 | Q.   Right. |
| 02:06 | 21 | A.   -- to be honest. |
| 02:06 | 22 | Q.   And that's when President Bush declared the surge and |
| | 23 | virtually wiped them out; is that -- is that an accurate |
| | 24 | historical occasion? |
| 02:06 | 25 | A.   Yeah.  Al-Qa'ida in Iraq suffered great setbacks in |

|  |  |  |
|--|--|--|
| | 1 | 2007 -- the 2007/2008 time frame. |
| 02:06 | 2 | Q.   From a famous surge? |
| 02:06 | 3 | A.   A combination of the surge and what was called the |
| | 4 | "Sunni Awakening" where Sunni tribes turned on al-Qa'ida in |
| | 5 | Iraq for violence against other Muslims. |
| 02:06 | 6 | Q.   It virtually wiped 'em out.  They had no effective |
| | 7 | presence and could not interdict in events in Iraq at that |
| | 8 | time? |
| 02:06 | 9 | A.   They remained an active terrorist group throughout the |
| | 10 | duration, but the scale of violence decreased drastically in |
| | 11 | 2007 and 2008. |
| 02:06 | 12 | (Court reporter requests clarification for the |
| | 13 | record.) |
| 02:07 | 14 | THE COURT:  We didn't get that answer -- well, I |
| | 15 | don't have it all on realtime. |
| 02:07 | 16 | (To the witness:) I want you to look at the |
| | 17 | screen.  And I want you to see how hard you are to keep up |
| | 18 | with.  Okay? |
| 02:07 | 19 | THE WITNESS:  Yes, Your Honor. |
| 02:07 | 20 | THE COURT:  All right.  Slow down now. |
| 02:07 | 21 | Counsel. |
| 02:07 | 22 | BY MR. LENGYEL-LEAHU: |
| 02:07 | 23 | Q.   And in its place, some of the leadership that was left |
| | 24 | over began what we end up calling the Islamic State in Iraq; |
| | 25 | is that accurate? |

8:15-CR-0060-DOC - 6/15/2016 - Day 7, Volume III

25

02:07  1  A.    The Islamic State in Iraq was declared in 2006.  So

2  this was prior to the decrease of 2007.

02:08  3  Q.    Within a two-year period of each other?

02:08  4  A.    Yes, sir.

02:08  5  Q.    And with a decrease of al-Qa'ida in Iraq, the Islamic

6  State in Iraq was on the -- was on the rise; is that

7  correct?

02:08  8  A.    No, sir.  It's the same organization.

02:08  9        Zarqawi was killed in 2006.  His deputies were promoted

10  to be the leaders of the organization.  They changed the

11  name of the organization, but the personnel remained the

12  same.  So they were not two different organizations:  One

13  wanning and one increasing.  It was the same organization.

02:08  14  Q.    But the Islamic State in Iraq had a separate mission.

02:08  15        THE COURT:  Was that a question, Counsel?

16  Question.

02:08  17  BY MR. LENGYEL-LEAHU:

02:08  18  Q.    Isn't it true that the Islamic State in Iraq indicated

19  that they were attempting to carve Iraq into three separate

20  countries:  The Sunni, the Shiite, and the Kurd.  And their

21  primary geographical area of concern would be in the Sunni

22  areas of Iraq?

02:09  23  A.    No, sir.  That's not accurate.

02:09  24        Beginning with al-Qa'ida in Iraq and Abu Mus'ab

25  al-Zarqawi, its leader, his goal was to create sectarian

violence -- violence between Sunni's and Shia -- and use

that violence to destabilize the State, and then take

control of the State on his way to building/rebuilding the

caliphate.

02:09      So his -- the mission did not change between the two

organizations.  It's just that time went on and they -- they

changed the brand on top of the organization.

02:09  BY MR. LENGYEL-LEAHU:

02:09  Q.   Are you familiar with the work of Mr. Cole Bunzel?

02:09  A.   Yes, sir.

02:10  Q.   He wrote a paper -- in fact, it was his doctorate

thesis:  *From Paper State to the Caliphate:  The Ideology of
the Islamic State*.

02:10      Are you familiar with that document?

02:10  A.   I have not read it, no, sir.

02:10  Q.   Okay.  It's the Islamic State in Iraq that

President Obama referred to as the "JV Squad," is it not?

02:10  A.   Yes, sir.  I don't remember exactly what the time

period was or what the organization's name was at the time,

but it is the same organization; yes, that -- that's what he

was referring to.

02:10  Q.   Okay.  That was in an article in the *New Yorker
Magazine*.  It was -- came out in January of 2014, if I'm not

mistaken.

02:10      Does that refresh your recollection at all?

02:11  1   A.   That's -- yes, sir, it sounds fine.

02:11  2   Q.   Okay.  And at that time the current Baghdadi was in

3   control, as far as we know, of the Islamic State in Iraq,

4   correct?

02:11  5   A.   Yes, sir.  He'd been in charge since May 2010.

02:11  6   Q.   And he's the second Baghdadi.  So we got two of 'em we

7   have to deal with, correct?  First one was killed?

02:11  8   A.   Yes, sir.

02:11  9   Q.   Okay.  So this is the new Baghdadi taking on the old

10   Baghdadi's name, uh, because he's not actually from Baghdad,

11   is he?

02:11  12   A.   He's from Samara.  He was born in Samara.  He wasn't

13   taking on the old Baghdadi's name.  It's a common reference

14   or name.

02:11  15   Q.   Okay.  And there was a period of time where Baghdadi

16   and the Islamic State in Iraq began to assist with the civil

17   war in Syria, correct?

02:12  18   A.   Yes.

02:12  19   Q.   And by "assist," they sent over a group to perform

20   operations for the ultimate toppling of the Assad Regime,

21   correct?

02:12  22   A.   Yes.

02:12  23   Q.   And that group became known as the al-Nusrah Front; is

24   that right?

02:12  25   A.   Yes.

02:12   1    Q.   And there became a background between the groups

        2    al-Qa'ida, Islamic State in Iraq, and al-Nusra based on the

        3    violence that the Islamic State in Iraq was performing

        4    against other Muslims; is that accurate?

02:12   5    A.   That is part of the story.

02:13   6        The Islamic State in Iraq changed its name in 2013 and

        7    claimed that they were also in charge of operations in

        8    Syria, so they changed their name to the Islamic State in

        9    Iraq and Syria, or Alsham, or the Levant.  There's three

     10    different words -- names that are often used to refer to the

     11    same groups.

02:13  12        So al-Sham, or the Levant, and al-Qa'ida core disagreed

     13    with their claiming of this sovereign -- not sovereignty,

     14    but running the show in Syria.

02:13  15    Q.   Right.

02:13  16        And so there were -- well, we've never interviewed

     17    anybody from al-Qa'ida to get their -- their side of the

     18    story.  They just publish media postings; is that right?

02:13  19    A.   That's one source of information.  But we do have

     20    correspondence from al-Qa'ida core leadership to the

     21    leadership of the Islamic State in Iraq in which this

     22    dispute plays out.  It's detailed in a book by Will McCants.

02:14  23    Q.   Okay.

02:14  24    A.   So it's in the public -- it's in the open sources.

02:14  25    Q.   Of communications that have been intercepted?

02:14   1    A.   Yes, sir.

02:14   2    Q.   Okay.  So the disputes were over political control or

        3    power of geographical area, and there was a lot of concern

        4    about the fact that the ISI, the Islamic State in Iraq, was

        5    performing violence against other Muslims --

02:14   6    A.   Yes.

02:14   7    Q.   -- is that accurate?

02:14   8    A.   Yes, sir.

02:14   9    Q.   So they had a break between themselves, didn't they?

02:14   10   A.   Yes.

02:14   11   Q.   And in February of 2014, there was actual war-fighting

        12   between them, was there not?

02:15   13   A.   I don't recall when that started.  But, yes, the two

        14   organizations have fought against one another in the context

        15   of the Syrian civil war.

02:15   16   Q.   Didn't al-Qa'ida send messengers into Syria to meet

        17   with al-Nusra to discuss a truce with Assad in February of

        18   2015? -- or 2014?

02:15   19   A.   I'm not aware of the "truce with Assad" piece, but

        20   there are emissaries that were sent.

02:15   21   Q.   And they were killed by the Islamic State, correct?

02:15   22   A.   Uh, sir, I don't remember the specific instance; but,

        23   I -- I agree there is internecine violence between these

        24   organizations.

02:15   25   Q.   And one -- a lot of the communications coming out of

```
       1   that region at the time was the concept of a
       2   proto-caliphate, a pre-caliphate that was being created in
       3   this new power that was growing; is that accurate?
02:16  4   A.   This idea begins even earlier with the declaration of
       5   Islamic State in Iraq, the adoption of this new black banner
       6   in January 2007.  So there was a lot of signaling by ISIS
       7   that they were moving towards this establishment of the
       8   caliphate.
02:16  9   Q.   Right.  And the establishment of the caliphate was not
      10   only a political movement, but it was also a religious
      11   movement for the individuals involved in this; is that
      12   correct?
02:16 13   A.   These are religious terrorist organizations that garner
      14   legitimacy from religion and use religion to mobilize people
      15   toward violence.  So to say that religion was used in this
      16   process was accurate.
02:17 17   Q.   And their leader is both their religious leader, from
      18   who they get spiritual guidance, as well as their political
      19   leader who basically tells 'em what to do, right?
02:17 20   A.   For those who believe in the legitimacy of Abu Bakr
      21   al-Baghdadi, they would see him as a legitimate spiritual
      22   figure, political figure, military leader.  In fact, the
      23   point is that he's all of the above.
02:17 24   Q.   Which harkens back to the Prophet Muhammad because
      25   that's the way they'd view him as well, back in the day:  He
```

8:15-CR-0060-DOC - 6/15/2016 - Day 7, Volume III

31

| | | |
|---|---|---|
| | 1 | was that religious, spiritual, military leader.  And he was |
| | 2 | the first caliph; is that right? |
| 02:18 | 3 | A.   He was not the first caliph.  "Caliph" means successor. |
| | 4 | So the caliphs come after the Prophet Muhammad. |
| 02:18 | 5 | He was the first leader of a Muslim city/state in |
| | 6 | Madina. |
| 02:18 | 7 | Q.   And then the second caliphate would be the Ottoman |
| | 8 | Turkish empire? |
| 02:18 | 9 | A.   No, sir.  The Umayyad -- so after the first four |
| | 10 | caliphs, the caliphate moves to Damascus, Syria.  And it's |
| | 11 | referred to as the Umayyad Caliphate, U-M-M-A-Y-Y-A-D *(sic)*. |
| | 12 | I -- I'm not sure if that's the precise spelling. |
| 02:18 | 13 | Q.   I think it's "I-D."  Umayyid *(verbatim)*. |
| 02:18 | 14 | A.   But there have been many caliphates over time. |
| 02:19 | 15 | Q.   And this particular caliphate was declared after the |
| | 16 | fall of Mas'oul, correct? |
| 02:19 | 17 | A.   After the Islamic State took -- |
| 02:19 | 18 | Q.   Mas'oul. |
| 02:19 | 19 | A.   -- took Mas'oul? |
| 02:19 | 20 | Q.   Right. |
| 02:19 | 21 | A.   Uh, yes.  Yes, correct. |
| 02:19 | 22 | Q.   Okay.  The battle of Mas'oul was in June of 2014? |
| 02:19 | 23 | A.   I don't remember the month, sir.  But it's prior to the |
| | 24 | declaration of the caliphate because the declaration of the |
| | 25 | caliphate was given from Mas'oul. |

02:19   1    Q.   Okay.   In fact, I think you testified he was there at

        2    the mosque --

02:19   3    A.   Yes, sir.

02:19   4    Q.   -- on the balcony, um, giving his speech.

02:19   5         But Adnani -- al-Adnani was the one that first

        6    announced it through their press release:   That the

        7    caliphate is hereby formed, correct?   And that was on

        8    June -- either 29th or 30th -- of 2014; is that right?

02:20   9    A.   Yes, sir.

02:20   10   Q.   My date -- you said it was several weeks later.   I've

        11   got five days later Baghdadi makes his appearances and makes

        12   his speech; is that accurate?

02:20   13   A.   Yes, sir.   It's early July.

02:20   14   Q.   Okay.   And in the two statements by al-Adnani and

        15   Baghdadi, they specifically say that they're, from here on

        16   after, dropping the moniker Islamic State of al-Sham or the

        17   long Arabic word, and they're limiting it just to the

        18   Islamic State as the new name for their organization

        19   henceforth; is that accurate?

02:20   20   A.   Yes.   They begin to call their organization by the name

        21   "The Islamic State."

02:20   22   Q.   And they announce that as, going forward, that's the

        23   plan, correct?

02:21   24   A.   I mean, it is what they refer to themselves as, going

        25   forward.

8:15-CR-0060-DOC - 6/15/2016 - Day 7, Volume III

33

02:21  1    Q.   And the reason I guess we're having so much trouble

       2    about this is because the words "Islamic State" is kind of

       3    insulting to some of the neighboring countries, isn't it?

02:21  4    A.   Because it's being used by a terrorist organization to

       5    describe themselves and -- so it is upsetting, yes, sir.

02:21  6    Q.   That's one explanation.  The Saudis, for instance,

       7    don't want to call it the "Islamic State" because they think

       8    they're the Islamic State, right?  I mean, you read reports

       9    about that?

02:21  10   A.   Sir, there's probably a host of reasons why people

       11   would object to ISIS.

02:21  12   Q.   Right.  And -- and they don't want to give them the

       13   idea or authenticity of a caliphate, right?

02:21  14   A.   That is correct.  This is not seen as a legitimate

       15   caliphate by the majority of Muslims.

02:21  16   Q.   It even made al-Qa'ida mad, right?

02:21  17   A.   Yes, sir.

02:21  18   Q.   They created their own caliphate, and they said, "No,

       19   no.  We're the caliphate now," right?

02:22  20   A.   Al-Qa'ida's never declared a caliphate.

02:22  21   Q.   Really?  Never?  Is that your testimony under oath?

02:22  22   A.   Yes, sir.

02:22  23   Q.   Okay.  Let's go back.

02:22  24        When they declare the new caliphates, their mission --

       25   I think you testified to this on direct -- was no longer

**DEBBIE GALE, U.S. COURT REPORTER**

|  |  |  |
|---|---|---|
| | 1 | gonna be elected to the geographical boundaries we call Iraq |
| | 2 | and Syria or the Levant.  They were now declaring a global |
| | 3 | mission, correct? |
| 02:22 | 4 | A.   They'd always seen this as a global mission.  The |
| | 5 | difference was now they've declared the caliphate and so |
| | 6 | they can begin the expansion of that caliphate.  But, again, |
| | 7 | the mission hasn't changed.  It's where they are, what phase |
| | 8 | they're in, in their organizational history, and how they |
| | 9 | wanna brand themselves to followers around the world.  But |
| | 10 | it's a branding exercise. |
| 02:23 | 11 | Q.   Which is what the flag is all about, right?  The flag |
| | 12 | has led them in battle here, there, and wherever.  And it's |
| | 13 | supposed to identify with what victories are associated with |
| | 14 | that flag, right?  That's propaganda. |
| 02:23 | 15 | A.   Yes, the flag is a symbol of the Islamic State in Iraq |
| | 16 | from January 2007 through the current day. |
| 02:23 | 17 | Q.   And this brand of Islam is rather fatalistic in their |
| | 18 | approach to life, aren't they? |
| 02:23 | 19 | A.   They believe in an apocalyptic interpretation of the |
| | 20 | faith.  And the Islamic State, or ISIS, talks a great deal |
| | 21 | about ushering in the end-of-days battle. |
| 02:24 | 22 | Q.   Right.  And most -- even everyday occurrences in life |
| | 23 | are directly God's will.  So, if good things happen to you, |
| | 24 | that's God giving you blessings; and if bad things happen to |
| | 25 | you, that's just God will deal with -- God's will -- deal |

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
|       | 1  | with it, right?                                                    |
| 02:24 | 2  | A.   Sir, that is probably the world's view of some of the         |
|       | 3  | individuals.  I can't attest to their -- how they each see          |
|       | 4  | their day-to-day occurrences.                                       |
| 02:24 | 5  | Q.   Well, that's what they write about in their                    |
|       | 6  | communications with each other:  That every victory is             |
|       | 7  | because Allah has caused it.  So it's almost a                      |
|       | 8  | self-fulfilling proficiency, right?                                 |
| 02:24 | 9  | A.   Sir, a lot of these are habitual turns of phrase.  To          |
|       | 10 | the extent that they believe that each and every time they         |
|       | 11 | say it, that that -- that this is "God's will" or "God             |
|       | 12 | willing this will happen," I can't -- I can't attest to            |
|       | 13 | that.  But I think it's -- it's accurate that they see --          |
|       | 14 | they see themselves, uh, in a divine mission or through            |
|       | 15 | religious terms, and God is central in this world view.            |
| 02:25 | 16 | Q.   Do you know who Mullah Mohammad Omar is?                       |
| 02:25 | 17 | A.   The leader of the Taliban.                                     |
| 02:25 | 18 | Q.   Who was that individual you quoted earlier?  William           |
|       | 19 | McCants; is that right?                                             |
| 02:25 | 20 | A.   Yes, sir.                                                      |
| 02:25 | 21 | Q.   Did you read his book:  *Zawahari's Counter-Caliphate,*        |
|       | 22 | *War on the Rocks*?  I'm sorry.  That was --                        |
| 02:26 | 23 | A.   It was an article --                                           |
| 02:26 | 24 | *(Court reporter requests clarification for the*                   |
|       | 25 | *record.)*                                                          |

02:26   1              THE COURT:  Strike the question.  Strike the
        2   answer.  Is that clear?
02:26   3              Reask the question.
02:26   4              MR. LENGYEL-LEAHU:  Thank you, sir.
02:26   5   BY MR. LENGYEL-LEAHU:
02:26   6   Q.   Did you read William McCants' -- that's
        7   M-C-C-A-N-T-S -- article titled *Zawahiri's* --
        8   Z-A-W-A-H-I-R-I apostrophe S -- *Counter-Caliphate*, comma,
        9   *War on the Rocks,* dated 5 September 2014?
02:27  10   A.   No, sir.
02:27  11   Q.   You consider him an authority?
02:27  12   A.   Yes, sir.
02:27  13   Q.   Do you disagree with his statement that al-Qa'ida
       14   responded to the new caliphate by proposing its own
       15   counter-caliphate with the Taliban leader, Mullah Mohammad
       16   Omar, as the head?
02:27  17   A.   I disagree with the idea that they've declared a
       18   caliphate.  They have always referred to the leader of the
       19   Taliban as the leader of an emirate -- which is a subunit of
       20   a caliphate -- and that it is not yet time to declare a
       21   caliphate.  That has been fundamental to their, uh -- their
       22   planning purposes for well over a decade.  They have not
       23   declared a caliphate.
02:27  24   Q.   Well, then I guess you guys will have a conversation
       25   when you get back home.

02:28   1    A.    I've also written something called *A Tale of Two*

2    *Caliphates*, in which I talk about the vision of the

3    caliphate:  The role of the caliphate in al-Qa'ida's mind

4    versus the role of the caliphate in the Islamic State's

5    mind.  So they think about the caliphate and they talk about

6    the caliphate, but they've not yet declared a caliphate.

02:28   7    Q.    Okay.  You're familiar with the State Department's

8    website, are you not?

02:28   9    A.    Yes, sir.

02:28   10   Q.    Contained on that website is a tab that identifies the

11   State Department's activity resolving terrorist

12   organizations, does it not?

02:28   13   A.    Yes, sir.

02:28   14   Q.    Have you seen the tab that's listed there for foreign

15   terrorist organizations?

02:28   16   A.    Yes, sir.

02:28   17   Q.    As of today is the "Islamic State"-- using the name

18   "Islamic State" listed on that organization's...?

19   *(Verbatim.)*

02:29   20   A.    It is an alias of the Islamic State in Iraq and the

21   Levant, or ISIL, which is still the primary name that the

22   Department of State uses to designate ISIL.

02:29   23   Q.    Do you remember what that tab looked like on May 4,

24   2016?

02:29   25   A.    No, sir.

| | | |
|---|---|---|
| 02:29 | 1 | Q.   All right. |
| 02:29 | 2 | MR. LENGYEL-LEAHU:  If I could approach, |
| | 3 | Your Honor? |
| 02:29 | 4 | THE COURT:  You may. |
| 02:29 | 5 | MR. LENGYEL-LEAHU:  Previously shown this to |
| | 6 | counsel, Your Honor. |
| 02:29 | 7 | *(Document provided to the witness.)* |
| 02:29 | 8 | THE WITNESS:  Thank you. |
| 02:30 | 9 | BY MR. LENGYEL-LEAHU: |
| 02:30 | 10 | Q.   Have you had a chance to review that document, sir? |
| 02:30 | 11 | A.   Yes, sir. |
| 02:30 | 12 | Q.   Okay.  The document is dated May of 2016, does *(sic)* it |
| | 13 | not? -- the top of the page left corner. |
| 02:30 | 14 | A.   Correct, sir. |
| 02:30 | 15 | MS. CORRIGAN:  Your Honor, if I might have |
| | 16 | clarification? |
| 02:30 | 17 | What are you looking at? |
| 02:30 | 18 | MR. LENGYEL-LEAHU:  I'm looking at the Foreign |
| | 19 | Terrorist Organizations list.  I just showed it to you.  I |
| | 20 | said we were gonna refresh his recollection on it. |
| 02:30 | 21 | MS. CORRIGAN:  I don't have it. |
| 02:30 | 22 | MR. LENGYEL-LEAHU:  I'm sorry. |
| 02:30 | 23 | *(Document provided to counsel.)* |
| 02:30 | 24 | MS. CORRIGAN:  Thank you.  I now have it. |
| | 25 | |

02:30  1    BY MR. LENGYEL-LEAHU:

02:30  2    Q.   Sir, on that list it indicates the Islamic State of the

        3    Levant as a foreign terrorist organization, correct?

02:30  4    A.   The Islamic State in Iraq and the Levant.

02:31  5    Q.   The Iraq and the Levant?

02:31  6    A.   Yes, sir.

02:31  7    Q.   Okay.  That's the ISIL.

02:31  8         It also lists ISIS?

02:31  9    A.   No, sir.

02:31  10   Q.   What does it say regard -- it was formally *(verbatim)*

        11   referred to as al-Qa'ida in Iraq?

02:31  12            THE COURT:  Just a moment, Counsel.

02:31  13            This isn't the document that you had?

02:31  14            MR. LENGYEL-LEAHU:  No, sir.

02:31  15            THE COURT:  I'd like to see that document, please.

02:31  16            MR. LENGYEL-LEAHU:  No, sir.  We'll get to that.

02:31  17            THE COURT:  I'd like to see that document now.

02:31  18            MR. LENGYEL-LEAHU:  Oh.  I don't know if I have

        19   another.

02:31  20            THE COURT:  There won't be any further questioning

        21   until I have a copy of that document.

02:31  22        *(Document provided to the Court.)*

02:31  23            THE COURT:  All right.  Thank you.

02:31  24            You may continue.

02:31  25            MR. LENGYEL-LEAHU:  Thank you, Your Honor.

**DEBBIE GALE, U.S. COURT REPORTER**

02:31  1    BY MR. LENGYEL-LEAHU:

02:31  2    Q.   That document, the tab -- the pull-down tab for the

       3    foreign terrorist organizations, that doesn't list all the

       4    aliases, does it?

02:31  5    A.   No, sir.

02:32  6    Q.   In fact, it only lists, as you said, the Islamic State

       7    of Iraq and the Levant.

02:32  8    A.   Yes, sir.

02:32  9    Q.   And they identify it as:  Formally (sic) known as

      10    al-Qa'ida in Iraq, right?

02:32  11   A.   Correct.

02:32  12   Q.   In fact, they put the date of the founding of that

      13    organization back in 2004 because that was the founding of

      14    the date of al-Qa'ida in Iraq, right?

02:32  15   A.   The 12/17/2004 date, I believe, is the date that they

      16    first designated the name "al-Qa'ida in Iraq."

02:32  17   Q.   Do you recall when ISIS and ISIL were formally

      18    designated as foreign terrorist organizations and added to

      19    the list?

02:33  20   A.   They were -- it's the same organization, according to

      21    the law, Section 219 of the Immigration and Nationality Act.

      22    So they've been designated since October 2004.  First under

      23    the name "Tauhid Wal Jihad."  The name "al-Qa'ida in Iraq"

      24    refers -- if I can refresh my memory.  I can look at my

      25    notes and tell you when each of the different names are

8:15-CR-0060-DOC - 6/15/2016 - Day 7, Volume III

41

|  |  |  |
|---|---|---|
|  | 1 | added to the list. |
| 02:33 | 2 | Q.   Do you recall a press release from the State Department |
|  | 3 | at the time ISIL and ISIS were added? |
| 02:33 | 4 | A.   Sir, which date are you referring to? |
| 02:33 | 5 | Q.   May 14, 2014. |
| 02:33 | 6 | A.   Yes, sir. |
| 02:33 | 7 | Q.   Do you recall the contents of that document? |
| 02:33 | 8 | A.   The context? |
| 02:33 | 9 | Q.   Contents. |
| 02:33 | 10 | A.   Excuse me.  I've read the document, so I will likely |
|  | 11 | remember some of the content. |
| 02:34 | 12 | Q.   Would it help refresh your recollection to read that |
|  | 13 | document now? |
| 02:34 | 14 | A.   I have it here in my notes. |
| 02:34 | 15 | Q.   Could I check? |
| 02:34 | 16 | MR. LENGYEL-LEAHU:  May I approach, Your Honor? |
| 02:34 | 17 | THE COURT:  You may. |
| 02:34 | 18 | *(Document provided to the witness and the* |
|  | 19 | *Court.)* |
| 02:34 | 20 | THE COURT:  Thank you. |
| 02:34 | 21 | Appreciate it. |
| 02:34 | 22 | BY MR. LENGYEL-LEAHU: |
| 02:34 | 23 | Q.   Could you read that document to the jury, please. |
| 02:34 | 24 | A.   Yes, sir.  *(Reading:)* |
| 02:34 | 25 | "The Department of State announced the |

1         amendment of the designation of

2         al-Qa'ida in Iraq, AQI, as a Foreign

3         Terrorist Organization, FTO, under

4         Section 219 of the Immigration and

5         Nationality Act, and as a Specially

6         Designated Global Terrorist entity under

7         Section 1(b) of Executive Order E.O.

8         13224 to add the alias Islamic State of

9         Iraq and the Levant, ISIL, as its

10        primary name and remove all aliases

11        associated with al-Nusrah Front, ANF."

02:35   12        Al-Nusrah is, N-U-S-R-A-H.

02:35   13        "Additionally, the Department of State

14        announced the designation of ANF as an

15        FTO under Section 219 of the Immigration

16        and Nationality Act and as a Specially

17        Designated Global Terrorist entity under

18        Section 1(b) of E.O. 13224.

02:35   19        "The Department will also add the

20        following aliases to the ISIL listing:

02:36   21        "The Islamic State of Iraq and al-Sham,

22        ISIS, the Islamic State of Iraq and

23        Syria, ISIS, ad-Dawlah al-Islamiyya,

24        al-'Iraq wa-sh-Sham" --

02:36   25        I'll spell this.  Spelled A-D, dash, D-A-W-A-L-A,

A-L, I-S-L-A-M-I-Y-Y-A; F-I, A-L, dash, I-R-A-Q, W-A, dash,

S-H, dash, S-H-A-M.

02:36    "-- *Daesh*," spelled D-A-E-S-H.

02:36    "Dawla al Islamiya" -- D-A-W-L-A, AL,

I-S-L-A-M-I-Y-A -- "and al-Furqan" --

A-L, F-U-R-Q-A-N," -- Establishment for

Media Production.

02:37    "Furthermore, under the same

authorities, the Department of State

designated al-Nusrah Front" --

N-U-S-R-A-H -- "as a standalone FTO, and

SDGT.

02:37    "The consequences of the FTO and E.O.

13224 designations include a prohibition

against knowingly providing, or

attempting or conspiring to provide,

material support or resources to, or

engaging in transaction with, these

organizations, and the freezing of all

property and interests and property of

the organizations that is in the

United States, or come within the

United States or the control of U.S.

persons.  The Department of State took

these actions in consultation with the

1          Departments of Justice and Treasury.

02:38  2          "These adjustments do not represent a

3          change in policy.  Both ISIL and ANF

4          have been designated domestically for

5          several months.

02:38  6          "In December 2012, the Department of

7          State amended the FTO and E.O. 13224

8          designations of AQI to include ANF as an

9          alias.  Since that amendment occurred,

10         differences over management and tactics

11         have led to an increase in violence

12         between the two groups.  Tensions peaked

13         in early 2014 when the al-Qa'ida leader

14         Ayman" -- A-Y-M-A-N -- "al-Zawahiri" --

15         Z-A-W-A-H-I-R-I -- released a statement

16         dismissing ISIL from AQ.  Therefore, we

17         have amended the AQI designation to

18         better reflect the change in status of

19         both ISIL and AF.

02:39  20         "We review our designations regularly

21         and, as needed, make adjustments to

22         ensure we remain current with

23         nomenclature and other changes."

02:39  24         End of document.

25

02:39   1   BY MR. LENGYEL-LEAHU:

02:39   2   Q.   Thank you.

02:39   3        What is your understanding of when the State Department

        4   amended its nomenclature to include the "Islamic State" as

        5   an alias?

02:39   6   A.   It first appears in Arabic: *Dawlah Islamiyya* -- in

        7   May 2014, and then in English in September -- I believe

        8   September 2015.

02:39   9   Q.   Okay.  And that September of 2015 is the adding of the

        10  Islamic State nomenclature to the list of foreign terrorist

        11  organizations; is that right?

02:39   12  A.   In the English version of the name, yes.

02:40   13  Q.   Okay.  You're familiar with the State Department's

        14  *Country Reports on Terrorism*?

02:40   15  A.   Yes, sir.

02:40   16  Q.   There they're supposed to be done in April of every

        17  year, but they end up publishing 'em in June; is that right?

02:40   18  A.   Sir, I'm not sure what the Congressional requirement is

        19  for the data publication.

02:40   20  Q.   But they come out in June?

02:40   21  A.   The last two years they've come out in June.

02:40   22  Q.   Okay.  Have you had a chance to review it? -- this

        23  year's?

02:40   24  A.   I've reviewed part of the *Country Reports on Terrorism*

        25  for 2015, released June 2016.

8:15-CR-0060-DOC - 6/15/2016 - Day 7, Volume III

46

02:40   1    Q.    The parts that you review are the parts of the world

        2    that you're particularly concerned with?

02:40   3    A.    Uh, sir, different areas of the world are important at

        4    different times in my job, so I've reviewed select passages

        5    for different reasons.

02:40   6    Q.    Okay.  Have you had an opportunity to review it

        7    regarding the Islamic State?

02:41   8    A.    Yes, sir.

02:41   9    Q.    It's not referred to in the document as the "Islamic

        10   State," is it?

02:41   11   A.    It's -- the Department of State continues to use ISIL,

        12   or the Islamic State in Iraq and Levant, as the primary name

        13   for the organization the Islamic State.

02:41   14   Q.    In fact the only place to find the word "Islamic

        15   State," as I've been discussing it, is contained in the list

        16   of aliases at the end of the document; is that accurate?  Or

        17   you're not that familiar with it?

02:41   18   A.    The aliases are in the Federal Registry.  The *Country*

        19   *Reports on Terrorism* is a different document.  I'm not sure

        20   if they have a list of all -- actually, I don't believe they

        21   have all the aliases of all the terrorist organizations

        22   listed in the *Country Reports*.

02:42   23   Q.    Have you seen the list of aliases for the *Country*

        24   *Report (sic)* of 2015, published in June of 2016?

02:42   25   A.    Sir, again, I believe the aliases are included in the

Case 8:15-cr-00060-DOC   Document 184   Filed 07/15/16   Page 47 of 69   Page ID #:1564
8:15-CR-0060-DOC - 6/15/2016 - Day 7, Volume III

47

Federal Registry, which is a separate document from the

*Country Reports on Terrorism.*

02:42  Q.    My question was have you seen it?

02:42  A.    I've not seen a comprehensive list of aliases in the

*Country Reports on Terrorism* document' cause I do not think

it's there.

02:43  Q.    Okay.

02:43       *(Document provided to the witness and the*

*Court.)*

02:43  BY MR. LENGYEL-LEAHU:

02:43  Q.    By agreement with counsel -- I wasn't gonna bring you

the whole report, but just certain portions excised out.

02:43       The report is broken down into chapters; is that right?

02:43  A.    Oh, excuse me, sir.  Yes.

02:43  Q.    And it talks about the various areas of the world by

country, other issues involving, I guess, the war on terror,

and then finally Chapter 6.

02:44       Do you see Chapter 6 in the index?

02:44  A.    Yes, sir.  And I do see --

02:44  Q.    That shows terrorist organizations, doesn't it?

02:44  A.    Yes.

02:44  Q.    And then, if you turn to the area involved in the

specific organization under study -- and, in this case, it

would be ISIL, Islamic State of Iraq and Levant.  If you

turn back to that section and look on pages 373 -- and just

1    focusing your attention on 373 -- is that the list that the

2    State Department has published and printed and put in this

3    report, listing all of the aka's that they currently

4    associate with the Islamic State of Iraq and the Levant?

02:45   5    A.   Yes, sir.  I stand corrected.  Although I haven't

6    compared this list of aliases to the Federal Registry.  But

7    this is a list of aliases produced by the State Department.

02:45   8    Q.   Okay.  Now you do recall that there was a *Country*

9    *Report of Terrorism (sic)* that was published last year, June

10   of 2015, correct?

02:45   11   A.   Yes, sir.

02:45   12   Q.   Contained in that report, similar information, let's

13   say, information concerning the same areas of study as this

14   years report --

02:45   15   A.   Yes, sir.

02:45   16   Q.   -- correct?

02:45   17   A.   Yes, sir.

02:45   18   Q.   And contained in that report is also a list of the

19   State Department's identification of aliases for the Islamic

20   State of Iraq and the Levant.  Okay?  Is that correct?

02:46   21   A.   Yes, sir.

02:46   22            MR. LENGYEL-LEAHU:  This is the document,

23   Your Honor, we're gonna ask to be marked as an exhibit.

02:46   24            THE COURT:  Now, which document?

02:46   25            You gave me page 354 in one document.  And I'm

|        |    |                                                            |
|--------|----|------------------------------------------------------------|
|        | 1  | looking at page 373 in the document you're referring to now |
|        | 2  | which is the *Country Reports on Terrorism*.               |
| 02:46  | 3  | MR. LENGYEL-LEAHU:  Page 354, Your Honor.                  |
| 02:46  | 4  | THE COURT:  354.  So you're having 354 marked as           |
|        | 5  | an exhibit.  And what exhibit number?                      |
| 02:46  | 6  | MS. CORRIGAN:  Your Honor, I think that perhaps he         |
|        | 7  | could start with E?  Because I have exhibits that are      |
|        | 8  | premarked for A through D already.                         |
| 02:46  | 9  | THE COURT:  Okay.  So Exhibit E, would that be             |
|        | 10 | acceptable, Counsel?                                        |
| 02:46  | 11 | MR. LENGYEL-LEAHU:  Yes.  Thank you, Your Honor.           |
| 02:46  | 12 | THE COURT:  So this is going to be Exhibit E on            |
|        | 13 | behalf of Mr. Elhuzayel.                                    |
| 02:46  | 14 | And, once again, to refresh our recollection               |
|        | 15 | Counsel, is this from 2014?                                 |
| 02:47  | 16 | MR. LENGYEL-LEAHU:  Yes.  It's the report of 2014,         |
|        | 17 | published in June of 2015.                                 |
| 02:47  | 18 | THE COURT:  Just a moment.                                 |
| 02:47  | 19 | Just one minute.  And that's going to be a single          |
|        | 20 | page of that report; is that correct?                      |
| 02:47  | 21 | MR. LENGYEL-LEAHU:  That's correct, Your Honor.           |
| 02:47  | 22 | THE COURT:  So the record is clear, this is a              |
|        | 23 | report of 2014 that was published June 2015.               |
| 02:47  | 24 | MR. LENGYEL-LEAHU:  '15.                                   |
| 02:47  | 25 | THE COURT:  '15?                                           |

02:47   1          MR. LENGYEL-LEAHU:  The month after our client's

        2   were arrested.

02:47   3          THE COURT:  No, Counsel.

02:47   4          Report of 2014, published June 2015.

02:47   5          MR. LENGYEL-LEAHU:  Yes, sir.

02:47   6          THE COURT:  Now, is that stipulated to by the

        7   Government:  That this is a page, 354, from a report that

        8   would be entitled, *Country Reports on Terrorism 2014*, that

        9   is published in June of 2015?

02:48  10          MS. ELIOT:  Yes, Your Honor.

02:48  11          THE COURT:  Okay.  That's stipulated to, then,

       12   Counsel, and this is received into evidence.

02:48  13          *(Exhibit No. E marked for identification and*

       14       *received into evidence.)*

02:48  15          MR. LENGYEL-LEAHU:  Could I publish to the jury,

       16   Your Honor?

02:48  17          THE COURT:  You may.

02:48  18          *(Document displayed.)*

02:49  19          MR. LENGYEL-LEAHU:  No further questions.

02:49  20          THE COURT:  All right.

02:49  21          Now, Counsel, you've had the Court receive the one

       22   page of Exhibit E.

02:49  23          You've been talking about *Country Reports on*

       24   *Terrorism 2015*, published June 2016.  Are you seeking that

       25   introduction?

8:15-CR-0060-DOC - 6/15/2016 - Day 7, Volume III

51

02:49  1          MR. LENGYEL-LEAHU:  No.  Thank you, Your Honor.

02:49  2          THE COURT:  Okay.  I want to make sure.

02:49  3          Then, Ms. Corrigan, do you have questions on

       4  cross-examination?

02:49  5          MS. CORRIGAN:  Yes, Your Honor.

02:49  6          THE COURT:  Thank you.

02:49  7                    **CROSS-EXAMINATION**

02:49  8  BY MS. CORRIGAN:

02:49  9  Q.   Have you ever met Muhanad Badawi?

02:50 10  A.   No, sir.

02:50 11  Q.   Have you ever interviewed --

02:50 12  A.   No.

02:50 13  Q.   -- him?  Or, fair to say you haven't interviewed him,

      14  then, right?

02:50 15  A.   Correct.

02:50 16          MS. CORRIGAN:  Thank you.

02:50 17          THE COURT:  Then redirect examination by the

      18  Government.

02:50 19          MS. ELIOT:  Yes, Your Honor.  Thank you.

02:50 20                    **REDIRECT EXAMINATION**

02:50 21  BY MS. ELIOT:

02:50 22  Q.   If you could look at Exhibit E, the *Country Reports on*

      23  *Terrorism 2014* page that Counsel for Defendant Elhuzayel

      24  marked.

02:50 25          THE COURT:  That would be page 354.

**DEBBIE GALE, U.S. COURT REPORTER**

| | | |
|---|---|---|
| 02:50 | 1 | MS. ELIOT:  Thank you, Your Honor. |
| 02:50 | 2 | BY MS. ELIOT: |
| 02:50 | 3 | Q.   Does the title of this report indicate that it concerns |
| | 4 | terrorism in the year 2014? |
| 02:50 | 5 | A.   Yes, ma'am. |
| 02:50 | 6 | Q.   Despite it being published the following year, the |
| | 7 | subject matter concerns the year 2014? |
| 02:50 | 8 | A.   Yes, ma'am. |
| 02:50 | 9 | Q.   Okay.  And on page 354, do you see the alias listed for |
| | 10 | the primary name "Islamic State in Iraq and the Levant" -- |
| | 11 | at the bottom of the alias list, do you see "Dawlah |
| | 12 | al-Islamiya"? |
| 02:51 | 13 | A.   Yes. |
| 02:51 | 14 | Q.   And what is that translation in English? |
| 02:51 | 15 | A.   The Islamic State. |
| 02:51 | 16 | Q.   Has the United States Department of State determined |
| | 17 | whether Islamic State, ISIS, ISIL, Daesh, the other names -- |
| | 18 | al-Furqan -- you've mentioned -- are the same or different |
| | 19 | terrorist organizations? |
| 02:51 | 20 | A.   The United States Government has determined that it is |
| | 21 | the same organization through the interagency process that |
| | 22 | produces the Federal Register in which the organization is |
| | 23 | still listed as ISIL. |
| 02:51 | 24 | MR. LENGYEL-LEAHU:  Objection, Your Honor. |
| 02:51 | 25 | THE COURT:  Overruled. |

8:15-CR-0060-DOC - 6/15/2016 - Day 7, Volume III

53

| | | |
|---|---|---|
| 02:51 | 1 | BY MS. ELIOT: |
| 02:51 | 2 | Q.   The September -- |
| 02:51 | 3 |         THE COURT:  Just a moment. |
| 02:51 | 4 |         *(To the jury:)* This is his opinion.  Okay?  He's |
| | 5 | casting an opinion. |
| 02:51 | 6 |         Counsel. |
| 02:51 | 7 | BY MS. ELIOT: |
| 02:51 | 8 | Q.   The September 2015 Federal Register entry that you |
| | 9 | testified about earlier -- |
| 02:52 | 10 |         THE COURT:  Is this Exhibit E? |
| 02:52 | 11 |         MS. ELIOT:  It's Exhibit 1006, Your Honor. |
| 02:52 | 12 |         THE COURT:  Let's make sure now. |
| 02:52 | 13 |         MS. ELIOT:  I'm sorry.  1008. |
| 02:52 | 14 |         THE COURT:  It's Exhibit 1008.  Let's make sure we |
| | 15 | have a copy of that. |
| 02:52 | 16 |         Do you need a copy also? |
| 02:52 | 17 |         THE WITNESS:  Yes, Your Honor. |
| 02:52 | 18 |         *(Document provided to the witness.)* |
| 02:52 | 19 |         THE WITNESS:  Thank you. |
| 02:53 | 20 |         THE COURT:  I have a blank piece of paper.  You |
| | 21 | can do better than that.  It's blank on both sides. |
| 02:54 | 22 |         Why don't you just examine from the lectern and |
| | 23 | that might speed this along. |
| 02:54 | 24 |         *(Additional document provided to the Court.)* |
| 02:54 | 25 |         THE COURT:  You're referring to 1008, which is...? |

**DEBBIE GALE, U.S. COURT REPORTER**

02:54  1          MS. ELIOT:  Your Honor, it's a copy of the Federal

2      Register issued September 30th, 2015.

02:54  3          THE COURT:  September 30th, 2015.  Thank you.

02:54  4          MS. ELIOT:  Yes, Your Honor.

02:54  5      BY MS. ELIOT:

02:54  6      Q.   Mr. Braniff, are you aware, when the State Department

7      added the alias of Islamic State and the initials ISIL and

8      ISIS, did the State Department create a new designation of a

9      separate Foreign Terrorist Organization or did the

10     State Department amend the primary name, ISIL, which was

11     designated previously in 2014?

02:55  12     A.   They did not create a new designation for a new

13     organization; instead, they amended the list of aliases and

14     added Islamic State, ISIS, and ISIL.

02:55  15     Q.   Did the leader of ISIS change after the caliphate was

16     announced?

02:55  17     A.   No.

02:55  18     Q.   Did the goals of ISIS change after the caliphate was

19     announced?

02:55  20     A.   No.

02:55  21     Q.   Did the terrorist acts carried out by ISIS, ISIL, or

22     Islamic State change after the caliphate was announced in

23     the Summer of 2014?

02:55  24     A.   No.  They remained the most lethal terrorist

25     organization in the world.

8:15-CR-0060-DOC - 6/15/2016 - Day 7, Volume III

55

02:55  1   Q.   Did the al-Furqan Media wing disappear after the

2   caliphate was announced?

02:56  3   A.   No.

02:56  4   Q.   Did the black flag that ISIS or ISIL used from 2007

5   forward -- did that change after the caliphate was

6   announced?

02:56  7   A.   No.

02:56  8            MS. ELIOT:  Nothing further, Your Honor.

02:56  9            THE COURT:  Recross, Mr. Lengyel-Leahu?

02:56  10           MR. LENGYEL-LEAHU:  No.  Thank you, Your Honor.

02:56  11           THE COURT:  And recross, Ms. Corrigan?

02:56  12           MS. CORRIGAN:  No, Your Honor.  Thank you.

02:56  13           THE COURT:  All right.  Now just one moment.

02:56  14           *(To the witness:)* Sir, we're going to ask you to

15   remain on call.  I don't believe that you'll be returning,

16   but, just in case -- different sides could be recalling

17   different people who've testified.  And I think the evidence

18   may conclude as early as tomorrow, at the latest on Friday.

02:56  19           Thank you.  You may step down.

02:56  20           THE WITNESS:  Thank you, Your Honor.

02:56  21        *(Witness steps down, subject to recall.)*

02:57  22           THE COURT:  Counsel, on behalf of the government,

23   your next witness.

02:57  24           MS. HEINZ:  Your Honor, the government rests.

02:57  25           THE COURT:  Now, that would be subject to going

**DEBBIE GALE, U.S. COURT REPORTER**

|  |  |  |
|--|--|--|
|  | 1 | over, once again, all the items of evidence outside the |
|  | 2 | presence of the jury. |
| 02:57 | 3 | Would that be acceptable, Ms. Corrigan? |
| 02:57 | 4 | MS. CORRIGAN:  It is, Your Honor. |
| 02:57 | 5 | THE COURT:  Would that be acceptable, |
|  | 6 | Mr. Lengyel-Leahu? |
| 02:57 | 7 | MR. LENGYEL-LEAHU:  Yes, Your Honor. |
| 02:57 | 8 | THE COURT:  All right.  Now at this time, I think |
|  | 9 | we need to have another recess. |
| 02:57 | 10 | MS. CORRIGAN:  Actually, one moment, Your Honor. |
| 02:57 | 11 | THE COURT:  All right. |
| 02:57 | 12 | Maybe we don't need a recess.  We'll see. |
| 02:57 | 13 | MS. CORRIGAN:  Your Honor, there is one |
|  | 14 | stipulation that we'd like to just -- enter just before the |
|  | 15 | jury leaves. |
| 02:57 | 16 | THE COURT:  Well, can we enter that stipulation at |
|  | 17 | this time then? |
| 02:57 | 18 | MS. CORRIGAN:  Yes. |
| 02:57 | 19 | THE COURT:  Why don't you and the government take |
|  | 20 | a few moments and make sure that that stipulation's |
|  | 21 | appropriate from both of your perspectives. |
| 02:57 | 22 | MS. CORRIGAN:  We have.  It's typed out in |
|  | 23 | exhibits that are premarked. |
| 02:57 | 24 | THE COURT:  All right.  What's the exhibit number |
|  | 25 | of the stipulation? |

02:57   1          MS. CORRIGAN:  It will be the exhibit -- or, I'm

2      sorry -- the stipulation will stand alone.

02:58   3          The exhibits are Defense Exhibits A, B, C, and D.

02:58   4          THE COURT:  And is this being introduced during

5      the government's case in chief before they rest or...?

02:58   6          MS. CORRIGAN:  Yes and no.  I mean, it actually

7      goes to part of what we -- some cross that I attempted to

8      do.  One of the agents didn't remember some information.  So

9      the government and I had discussion, and we believe it's an

10     appropriate --

02:58   11         THE COURT:  Let's deem that the government has not

12     rested yet on the record pursuant to this stipulation being

13     read.  Okay?

02:58   14         MS. CORRIGAN:  That's fine.

02:58   15         MS. HEINZ:  That's agreeable.  Yes, Your Honor.

02:58   16         THE COURT:  And the stipulation is?

02:58   17                        **STIPULATION NO. 2**

02:58   18         MS. CORRIGAN:  I've typed it out, and it's been

19     approved by the government.  It's:

02:58   20             "On May 21, 2015, pursuant to legal

21             court process, a search warrant was

22             executed at a three-bedroom residence

23             shared by Defendant Badawi and his

24             family" -- which we'll refer to as the

25             "Badawi residence."

02:59    1                    "During the search of the Badawi

         2                    residence, agents found but did not

         3                    seize U.S. currency" -- which we'll all

         4                    refer to as "cash" -- in the amount of

         5                    $1,930.

02:59    6                    "$1,900 of the cash was found in two

         7                    envelopes which were in Defendant

         8                    Badawi's mother's bedroom furniture

         9                    drawer.

02:59   10                    "The remaining $30 cash was found in

        11                    another envelope in the Badawi

        12                    residence.

02:59   13                    "The cash was photographed by an agent

        14                    and returned to Defendant Badawi's

        15                    mother.  Attached hereto to this

        16                    stipulation are Defense Exhibits" --

02:59   17                    And I'll put them up.

02:59   18                    THE COURT:  All right.  So slowly, then:

        19         Exhibit A.

02:59   20              (Exhibit A marked for identification.)

02:59   21               (Exhibit displayed.)

03:00   22                    THE COURT:  So this would be Exhibit A.  And you

        23         want to reduce that so we can see.  There.  Thank you.

03:00   24                    MS. CORRIGAN:  Exhibit A, which represents a

        25         photograph taken by the agents on May 21st, 2015.

03:00   1          THE COURT:  And this would be?

03:00   2          MS. CORRIGAN:  Two envelopes.

03:00   3          THE COURT:  A part of the -- one of the two

4   envelopes containing $1900 in cash found in the mother's

5   bedroom.

03:00   6          MS. CORRIGAN:  There were actually two envelopes.

03:00   7          THE COURT:  That's why I said, "This is one."

03:00   8          MS. CORRIGAN:  There are two.

03:00   9          THE COURT:  Oh, are there two envelopes in this

10   photo?

03:00   11          MS. CORRIGAN:  Yes.  It's a little hard to --

03:00   12          THE COURT:  Okay.  These are the two envelopes

13   found, then, that you've been referring to in the

14   stipulation -- found in the mother's bedroom on May 21st,

15   2015 --

03:01   16          MS. CORRIGAN:  Right.

03:01   17          THE COURT:  -- pursuant to the search warrant.

03:01   18       *(Exhibit B marked for identification.)*

03:01   19       *(Exhibit displayed.)*

03:01   20          MS. CORRIGAN:  Exhibit B is also a photograph that

21   was taken by the agents.  And it is -- now the envelopes

22   taken out of the drawer.

03:01   23          Exhibit C.

03:01   24       *(Exhibit C marked for identification.)*

03:01   25        *(Exhibit displayed.)*

03:01    1              MS. CORRIGAN:  Exhibit C is a picture of $900 cash

         2    next to the same envelopes, which are now taken out and put

         3    on what appears to be, I guess, a bedspread or sheets.

03:01    4              (Exhibit D marked for identification.)

03:01    5              (Exhibit displayed.)

03:01    6              MS. CORRIGAN:  And then Exhibit D is the remaining

         7    cash, the thousand dollars cash, which is then displayed --

         8    I'll call it displayed.  It's been taken out of the

         9    envelopes and placed on a desk and photographed by the

        10    agents.

03:01   11              All of that money was given back to my client's

        12    mother, or Mr. Badawi's mother.

03:01   13              THE COURT:  Okay.  So is that stipulation after

        14    it's reading into the record also going to be an exhibit

        15    that's received by the Court, or is the reading sufficient

        16    for both of you?

03:02   17              MS. CORRIGAN:  We can maybe have it marked and

        18    received.

03:02   19              What might make sense is I can mark it as maybe

        20    Government's -- no, we don't want to mark it "Government's."

03:02   21              How about we mark it Stipulation No. 1 with

        22    exhibits attached.

03:02   23              THE COURT:  Stipulation No. 1.

03:02   24              MR. LENGYEL-LEAHU:  It would be number 2, wouldn't

        25    it?

8:15-CR-0060-DOC - 6/15/2016 - Day 7, Volume III

61

03:02   1          MS. HEINZ:  Well, there was an oral stipulation,

2    so let's mark it as Stipulation 2.

03:02   3          MS. CORRIGAN:  We'll have it Stipulation No. 2

4    with exhibits -- Defense Exhibits A through D attached.

03:02   5          THE COURT:  Stipulation No. 2 with A, B, C and D

6    attached.

03:02   7          MS. CORRIGAN:  Correct.

03:02   8          THE COURT:  And A, B, C and D are received into

9    evidence.

03:02   10         (Exhibits A, B, C and D received in evidence.)

03:02   11         MS. CORRIGAN:  Thank you.

03:02   12         THE COURT:  And that will be part of the record

13   during the Government's case, but it's a defense exhibit.

03:02   14         MS. CORRIGAN:  Yes, Your Honor.

03:02   15         And may I approach and provide the original?  I've

16   given copies to counsel.  May I approach your clerk?

03:03   17         THE COURT:  Certainly.

03:03   18         (Exhibits provided to clerk.)

03:03   19         THE COURT:  Now, is that stipulated to by the

20   government?

03:03   21         MS. HEINZ:  Yes.

03:03   22         THE COURT:  And it's stipulated, Ms. Corrigan, on

23   behalf of your client and yourself?

03:03   24         MS. CORRIGAN:  Yes.

03:03   25         THE COURT:  Mr. Lengyel-Leahu, any objection?

03:03   1              MR. LENGYEL-LEAHU:  No objection, Your Honor.

03:03   2              THE COURT:  All right.  That'll be received, then,

        3       as Stipulation No. 2.

03:03   4              *(Stipulation No. 2 received in evidence.)*

03:03   5              THE COURT:  And Defense Exhibits A, B, C, and D

        6       are received into evidence.

03:03   7              With that, Counsel, is the government now resting?

03:03   8              MS. HEINZ:  Yes, Your Honor.

03:03   9              THE COURT:  All right.

03:03  10              *(To the jury:)* Now, we're gonna go over the

       11       exhibits.  The government has formally rested their case.

       12       We'll go over the exhibits this evening just to make certain

       13       that when you start your deliberations eventually that all

       14       of those exhibits are in order.  We can do that at night

       15       without you sitting here.

03:03  16              But I want to speak to both parties for just a

       17       moment, because we may be going forward today with more

       18       evidence.  We've been guessing kind of when the parties

       19       would rest.  We didn't know if it was today or tomorrow.

03:04  20              So can I have a conversation with counsel?

03:04  21              Thank you very much.

03:04  22              Now, you're admonished not to discuss this matter

       23       amongst yourselves nor to form or express any opinion

       24       concerning this case.

03:04  25              It could take, I'm gonna say, about half an hour.

|     |     |
| --- | --- |
|     | 1 |

          1    So if you want to go get coffee, please don't talk to

          2    anybody about the case.  If you want to stay back in the

          3    jury room, I won't get you before 3:30, I promise you.

03:04     4         *(Jury recesses at 3:04 p.m.)*

03:04     5         *(Outside the presence of the jury.)*

03:04     6              THE COURT:  All right.  Counsel, do you want to

          7    take just a quick break?  Because I anticipate a Rule 29 at

          8    this time.

03:04     9              MS. CORRIGAN:  There is a Rule 29 at this time,

         10    Your Honor.

03:04    11              THE COURT:  All right.  So I'd like to hear from

         12    you at this time concerning the Rule 29 motions, if you're

         13    going to make those, and that each counsel would preserve

         14    those certainly as a bookmark if the Court doesn't make a

         15    ruling.  But I may be making rulings, depending upon what

         16    you argue.

03:05    17              So 5 minutes?  10 minutes at the most, gentlemen?

03:05    18              Marshals, if you would take the gentlemen back.

         19    I'd like them back in 5 minutes.

03:05    20              Okay.  Counsel, go use the restrooms.

03:05    21              MS. CORRIGAN:  Thank you, Your Honor.

03:05    22         *(Recess held at 3:05 p.m.)*

03:05    23         *(Proceedings resumed at 3:08 p.m.)*

03:05    24         *(Outside the presence of the jury.)*

03:08    25              THE COURT:  *(To the witness:)* If you'll be kind

8:15-CR-0060-DOC - 6/15/2016 - Day 7, Volume III

64

1   enough to return to the stand for just a moment.  I want to
2   ask you something.
3         **WILLIAM BRANIFF, CALLED BY THE COURT, PREVIOUSLY SWORN**
4                        **RESUMED THE STAND**
03:11   5         THE COURT:  All right.  Then we're back on the
6   record.  And counsel are present.  The defendants are
7   present.  The jury, of course, is not present nor the
8   alternates.  And the witness is back on the stand.
03:11   9                   **VOIR DIRE BY THE COURT**
03:11  10         THE COURT:  *(To the witness:)* Before I hear the
11  Rule 29 motion, which I'll hear in just a moment, I want to
12  make absolutely certain if I've ever met you before, sir.
13  And I'm being ultra-cautious.
03:11  14         And let me say that I don't know if I have.  I
15  don't believe -- you don't look familiar to me.  But you
16  mentioned in your qualifications just before lunch, that
17  you're the Executive Director of the Research Center in
18  Maryland.  You went to West Point.  Made the Dean's list,
19  Phi Beta Kappa.  You were an Armor Officer in the United
20  States Army, served in Kosovo, and Fort Knox, Johns Hopkins
21  involving the Nuclear Energy, um, Committee, and went
22  through a number of databases, which I won't read into the
23  record.
03:12  24         Let me see if I can find what I was concerned
25  about.

03:12   1           Oh, that you lectured to the following -- I'm
        2   gonna read the list to you.  And remember, I'm taking notes
        3   at the same time so my notes aren't absolutely accurate:
03:12   4           The FBI.
03:12   5           Global Counter-Terrorism, CTED, C-T-E-D; is that
        6   correct?
03:12   7           THE WITNESS:  Yes, Your Honor.  That's the --
03:12   8           THE COURT:  No.  I know what it is, Counsel -- or,
        9   I know what it is.  You make me do the work now.  Yes or no.
       10   Have you lectured to CTED?
03:13  11           THE WITNESS:  Yes, Your Honor.
03:13  12           THE COURT:  And then -- and you've spoken at the
       13   White House and spoken -- Congress, et cetera.
03:13  14           Have I ever met you?  Am I familiar to you?  Have
       15   I lectured to you?  Spoken to you?  Do you recognize me in
       16   any way?
03:13  17           THE WITNESS:  I don't recognize you, Your Honor,
       18   no.
03:13  19           THE COURT:  Okay, that's good.
03:13  20           All right.  Now, Counsel, let me disclose to you:
       21   I've done work on behalf of the Department of Justice, the
       22   State Department, and on occasion a direct invitation by
       23   foreign governments in complex trial work.
03:13  24           Judge Tunheim's another person involved.
       25   Judge O'Scannlain.  There are a group of judges across the

1    country that are willing to get on the plane -- economy --

2    and I'm joking, but I'm not joking -- economy -- and fly to

3    various countries.

03:13    4    About two or three years ago, I started becoming

5    involved with the United Nations as well as the

6    State Department in judicial training.  And I believe that

7    that organization that was a subgroup within the United

8    Nations was CTED, which should stand for Counter Terrorism

9    Executive Directorate.  And Jean-Paul Laborde should be the

10    President of that organization.

03:14    11    Is that the specific organization you're involved

12    with?

03:14    13    THE WITNESS:  Yes, Your Honor.  I presented to --

03:14    14    THE COURT:  Where have you lectured?

03:14    15    THE WITNESS:  I'm sorry, Your Honor?

03:14    16    THE COURT:  Where have you lectured to them?

03:14    17    THE WITNESS:  I went up to the United Nations in

18    New York and was part of a research consortium meeting

19    where --

03:14    20    THE COURT:  Okay.

03:14    21    THE WITNESS:  -- we talked about our research on

22    issues of radicalism.

03:14    23    THE COURT:  Represent to counsel -- I just wanted

24    to disclose that with absolute transparency -- I've never

25    met the gentleman.  I don't think I've spoken to the

|  |  |  |
|--|--|--|
| | 1 | gentleman, other than this colloquy in court.  So I want you |
| | 2 | to be aware of that, and I want the record to reflect that. |
| 03:15 | 3 | If you have any questions, you're more than |
| | 4 | welcome to ask him.  But my efforts have not been in the |
| | 5 | area of the world that he's an expert.  It's been in South |
| | 6 | Asia.  Primarily Malaysia -- Indonesia is not designated as |
| | 7 | part of the South Asian region -- Timor, timor-Leste, the |
| | 8 | Philippines, Pakistan. |
| 03:15 | 9 | MS. CORRIGAN:  Georgia? |
| 03:15 | 10 | THE COURT:  No, no.  I'm just talking about with |
| | 11 | CTED. |
| 03:15 | 12 | With the other organizations:  Georgia, Armenia, |
| | 13 | Afghanistan, et cetera.  But with CTED, those are the |
| | 14 | countries that I've been involved with. |
| 03:15 | 15 | I don't recognize the gentleman.  But I get |
| | 16 | concerned when I hear it might be an organization that I'm |
| | 17 | familiar with. |
| 03:15 | 18 | Well, if you have any questions, |
| | 19 | Mr. Lengyel-Leahu, please. |
| 03:15 | 20 | **VOIR DIRE BY MR. LENGYEL-LEAHU** |
| 03:15 | 21 | MR. LENGYEL-LEAHU:  Just one. |
| 03:15 | 22 | Out of personal curiosity, did the President |
| | 23 | attend your briefing in the White House? |
| 03:16 | 24 | THE WITNESS:  No, sir. |
| 03:16 | 25 | MS. CORRIGAN:  I have no questions.  And I don't |

**DEBBIE GALE, U.S. COURT REPORTER**

8:15-CR-0060-DOC - 6/15/2016 - Day 7, Volume III

68

                 1    think that there's any issue here.  So -- but I appreciate

                 2    the Court bringing it to our attention.

03:16            3              THE COURT:  I just wanted to be completely

                 4    transparent.

03:16            5              When I saw "CTED," I just wasn't sure if I'd met

                 6    you, spoken to you, or been involved in -- so I'd want to

                 7    know what that conversation was.

03:16            8              Counsel, on behalf of the government?

03:16            9              MS. ELIOT:  Nothing, Your Honor.

03:16           10              THE COURT:  Then, sir, I want to thank you.  I

                11    apologize for bringing you back.  I just wanna be

                12    ultra-cautious with my own ethics.  Okay?

03:16           13              THE WITNESS:  Thank you, Your Honor.

03:16           14              THE COURT:  Thank you very much, sir.

03:16           15         *(Witness steps down.)*

03:16           16              THE COURT:  Rule 9, Mr. Lengyel-Leahu.

03:16           17              MR. LENGYEL-LEAHU:  Yes, Your Honor.

03:16           18         *(Live reporter switch at 3:16 p.m.)*

03:17           19         *(Further proceedings reported by Deborah Parker*

                20      *in Volume IV.)*

03:17           21                             -oOo-

03:17           22

                23

                24

                25

```
03:17    1                        -oOo-

03:17    2

03:17    3                      CERTIFICATE

03:17    4

03:17    5        I hereby certify that pursuant to Section 753,

         6   Title 28, United States Code, the foregoing is a true and

         7   correct transcript of the stenographically reported

         8   proceedings held in the above-entitled matter and that the

         9   transcript page format is in conformance with the

        10   regulations of the Judicial Conference of the United States.

03:17   11

03:17   12   Date:  July 15, 2016

03:17   13

03:17   14
03:17                          /s/ Debbie Gale
03:17   15                 _____
03:17                      DEBBIE GALE, U.S. COURT REPORTER
03:17   16                 CSR NO. 9472, RPR, CCRR

03:17   17

        18

        19

        20

        21

        22

        23

        24

        25
```

**DEBBIE GALE, U.S. COURT REPORTER**