UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE ROBERT N. BLOCK, JUDGE PRESIDING

UNITED STATES OF AMERICA,
          PLAINTIFF,
VS.
                             SA-15-275-M
NADER ELHUZAYEL,           (MERGED TO
                               SACR-15-00060-DOC
          DEFENDANT.
-----------------------------

REPORTER'S TRANSCRIPT OF PROCEEDINGS

SANTA ANA, CALIFORNIA

MAY 27, 2015


SHARON A. SEFFENS, RPR
UNITED STATES COURTHOUSE
411 WEST 4TH STREET, SUITE 1-1053
SANTA ANA, CA  92701
(714) 543-0870

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFF:

 3   ANDRE BIROTTE, JR.
     UNITED STATES ATTORNEY
 4   DENNISE D. WILLETT
     ASSISTANT UNITED STATES ATTORNEY
 5   CHIEF, SANTA ANA BRANCH
     CELESTE CORLETTE
 6   ASSISTANT UNITED STATES ATTORNEY
     SANTA ANA BRANCH OFFICE
 7   UNITED STATES COURTHOUSE
     411 WEST FOURTH STREET
 8   SANTA ANA, CA  92701
     (714) 338-3541
 9

10   FOR DEFENDANT NADER ELHUZAYEL:

11   SEAN K. KENNEDY
     FEDERAL PUBLIC DEFENDER
12   JOAN POLITEO
     DEPUTY FEDERAL PUBLIC DEFENDER
13   FEDERAL PUBLIC DEFENDER'S OFFICE
     411 WEST 4TH STREET, SUITE 7110
14   SANTA ANA, CA  92701-4598
     (714) 338-4500
15

16

17

18

19

20

21

22

23

24

25
```

|  |  |  |
|---|---|---|
|  | 1 | SANTA ANA, CALIFORNIA; WEDNESDAY, MAY 27, 2015; 1:35 P.M. |
| 01:35 | 2 | THE CLERK: SA-15-275-M, UNITED STATES OF AMERICA |
| 01:35 | 3 | VERSUS NADER ELHUZAYEL. |
| 01:35 | 4 | MR. CORLETTE: GOOD AFTERNOON, YOUR HONOR. |
| 01:35 | 5 | CELESTE CORLETTE ON BEHALF OF THE UNITED STATES. |
| 01:36 | 6 | MR. POLITEO: GOOD AFTERNOON, YOUR HONOR. JOAN |
| 01:36 | 7 | POLITEO APPEARING ON BEHALF OF NADER ELHUZAYEL WHO IS |
| 01:36 | 8 | PRESENT IN COURT. |
| 01:36 | 9 | THE COURT: GOOD AFTERNOON, COUNSEL. |
| 01:36 | 10 | THIS MATTER IS ON CALENDAR FOR THE CONTINUED |
| 01:36 | 11 | DETENTION HEARING. |
| 01:36 | 12 | IS THE DEFENDANT READY TO PROCEED? |
| 01:36 | 13 | MS. POLITEO: YES. HE IS SUBMITTING, HOWEVER. |
| 01:36 | 14 | THE COURT: RIGHT. |
| 01:36 | 15 | DOES THE GOVERNMENT ALSO SUBMIT ON THE BASIS OF |
| 01:36 | 16 | THE COMPLIANT, SUPPORTING AFFIDAVIT, AND THE TWO PRETRIAL |
| 01:36 | 17 | SERVICES' REPORTS? |
| 01:36 | 18 | MR. CORLETTE: YES, YOUR HONOR. |
| 01:36 | 19 | THE COURT: THE COURT FINDS THAT NO CONDITION OR |
| 01:36 | 20 | COMBINATION OF CONDITIONS WILL REASONABLY ASSURE THE |
| 01:36 | 21 | APPEARANCE OF THE DEFENDANT AS REQUIRED AND/OR THE SAFETY OF |
| 01:36 | 22 | ANY PERSON OR THE COMMUNITY. AND THE COURT FINDS THAT THE |
| 01:36 | 23 | DEFENDANT HAS NOT REBUTTED BY SUFFICIENT EVIDENCE TO THE |
| 01:36 | 24 | CONTRARY THE PRESUMPTION PROVIDED BY STATUTE. |
| 01:37 | 25 | THE COURT BASED ITS FINDINGS ON THE FOLLOWING AS |

```
01:37   1   TO FLIGHT RISK:  HIS INCRIMINATION ADMISSION AFTER ARREST
01:37   2   AND OTHER EVIDENCE THAT HE IS READY TO DISAVOW ALL HIS
01:37   3   FAMILY AND COMMUNITY TIES, HIS FOREIGN TRAVEL EXPERIENCE,
01:37   4   AND HIS LACK OF VIABLE BAIL RESOURCES.
01:37   5           AS TO DANGER, THE COURT'S FINDING IS BASED ON THE
01:37   6   NATURE OF THE ALLEGATIONS AND THE ALLEGED OFFENSE.  THE FACT
01:37   7   THAT THE INSTANT OFFENSE ALLEGEDLY WAS COMMITTED WHILE THE
01:37   8   DEFENDANT WAS ON STATE COURT INFORMAL PROBATION IN VIOLATION
01:37   9   OF THE SUPERVISION CONDITION THAT HE NOT VIOLATE THE LAW.
01:37  10           THEREFORE, IT IS ORDERED THAT THIS DEFENDANT BE
01:37  11   DETAINED PRIOR TO TRIAL.
01:37  12           I PREVIOUSLY SET DATES FOR THE PRELIMINARY HEARING
01:37  13   AND POST-INDICTMENT ARRAIGNMENT.  THE DEFENDANT IS ORDERED
01:37  14   TO APPEAR ON THOSE DATES AND TIMES.  IN THE MEANTIME, HE IS
01:37  15   REMANDED TO THE CUSTODY OF THE UNITED STATES MARSHAL.
01:37  16           MR. POLITEO:  THANK YOU, YOUR HONOR.
01:38  17           (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED.)
01:38  18                        *    *    *
01:38  19
01:38  20
01:38  21
01:38  22
01:38  23
01:38  24
01:38  25
```

SJARPM A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
01:38    1
01:38    2
01:38    3
01:38    4
01:38    5                         CERTIFICATE
01:38    6
01:38    7         I HEREBY CERTIFY THAT PURSUANT TO SECTION 753,
01:38    8   TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND
01:38    9   CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED
01:38   10   PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE
01:38   11   TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE
01:38   12   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.
01:38   13
01:38   14   DATE:  JANUARY 25, 2017
01:38   15
01:38   16
01:38                         /S/    SHARON A. SEFFENS   1/25/17
01:38   17                    _____
01:38                         SHARON A. SEFFENS, U.S. COURT REPORTER
01:38   18
        19
        20
        21
        22
        23
        24
        25
```