1              **UNITED STATES DISTRICT COURT**

2              **CENTRAL DISTRICT OF CALIFORNIA**

3         **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4              - - - - - - -

5    UNITED STATES OF AMERICA,          )
                                        )    <u>**CERTIFIED**</u>
6              Plaintiff,               )
                                        )
7         vs.                           ) No. 8:15-CR-0060-DOC
                                        )    Day 10 Verdict
8    1) NADER SALEM ELHUZAYEL;          )
     2) MUHANAD ELFATIH M.A. BADAWI,    )
9                                       )
               Defendants.              )
10   _____)

11

12

13

14

15         REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                   Jury Trial

17              Santa Ana, California

18           Tuesday, June 21, 2016

19

20

21

22   Debbie Gale, CSR 9472, RPR, CCRR
     Federal Official Court Reporter
23   United States District Court
     411 West 4th Street, Room 1-053
24   Santa Ana, California 92701
     (714) 558-8141

25

1    **APPEARANCES:**

2

    FOR THE UNITED STATES OF AMERICA:

3

           DEPARTMENT OF JUSTICE
4          OFFICE OF THE UNITED STATES ATTORNEY
           Criminal Division
5          BY:  Judith A. Heinz
                Assistant United States Attorney
6          312 North Spring Street
           15th Floor
7          Los Angeles, California 90012
           213-894-7280
8          USACAC.Criminal@usdoj.gov

9          DEPARTMENT OF JUSTICE
           OFFICE OF THE UNITED STATES ATTORNEY
10         Criminal Division
           BY:  Deirdre Z. Eliot
11              Assistant United States Attorney
           411 West 4th Street
12         Suite 8000
           Santa Ana, California 92701
13         714-338-3500
           USACAC.SACriminal@usdoj.gov

14

           DEPARTMENT OF JUSTICE
15         OFFICE OF THE UNITED STATES ATTORNEY
           General Crimes Section
16         BY:  Julius J. Nam
                Assistant United States Attorney
17         312 North Spring Street
           Suite 1200
18         Los Angeles, California 90012
           213-894-4491
19         julius.nam@usdoj.gov

20

    FOR DEFENDANT NADER SALEM ELHUZAYEL:

21

           Pal A. Lengyel-Leahu *(retained)*
22         LAW OFFICES OF PAL A. LENGYEL-LEAHU
           360 East First Street
23         Suite 609
           Tustin, California 92780
24         714-497-6813
           plitigate@aol.com

25

1    **APPEARANCES (Continued):**

2

3    FOR DEFENDANT MUHANAD ELFATIH M.A. BADAWI:

4        Katherine T. Corrigan *(CJA appointment)*
         CORRIGAN WELBOURN AND STOKKE APLC
         4100 Newport Place
5        Suite 550
         Newport Beach, California 92660
6        949-251-0330
         kate@cwsdefense.com

7

8    ALSO PRESENT:

9        Cambria Lisonbee (assisting Ms. Corrigan)
         Joshua Hopps (assisting Mr. Lengyel-Leahu)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        **I N D E X**

2                   <u>Jury Trial - Day 10</u>

3    **PROCEEDINGS**                                **PAGE**

4    Jury Verdicts re Defendant Elhuzayel            9

5    Jury Verdicts re Defendant Badawi              11

6    Jury discharged                                14

7    Sentencing dates scheduled                     15

8    Discussion re forfeiture                       19

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 8:15-cr-00060-DOC   Document 301   Filed 03/31/17   Page 5 of 23   Page ID #:5162
8:15-CR-0060-DOC - 6/21/2016 - Day 10 Verdict

5

|       |    |                                                           |
|-------|----|-----------------------------------------------------------|
|       | 1  | **SANTA ANA, CALIFORNIA, TUESDAY, JUNE 21, 2016**         |
|       | 2  | **Day 10 Verdict**                                        |
|       | 3  | (11:14 a.m.)                                              |
| 11:13 | 4  | *(Outside the presence of the jury.)*                     |
| 11:14 | 5  | THE COURT:  All right.  Then we're on the record          |
|       | 6  | in the matter of Mr. Elhuzayel and Mr. Badawi.            |
| 11:14 | 7  | The government's present.  Defense counsel are            |
|       | 8  | present.  The defendants are present.                     |
| 11:14 | 9  | Counsel, the jury -- we received Juror Note No. 1.        |
|       | 10 | It states, "*The jury has reached a unanimous verdict,*"  |
|       | 11 | signed by the foreperson.                                 |
| 11:14 | 12 | Is there any legal reason or cause why the Court          |
|       | 13 | should not summon the jury at this time?                  |
| 11:14 | 14 | MS. HEINZ:  No, Your Honor.                               |
| 11:14 | 15 | MS. CORRIGAN:  No, your Honor.                            |
| 11:14 | 16 | MR. LENGYEL-LEAHU:  No, Your Honor.                       |
| 11:14 | 17 | THE COURT:  The second issue, before we summon the        |
|       | 18 | jury, is the forfeiture question.                         |
| 11:14 | 19 | Would Counsel tell the Court how -- Debbie                |
|       | 20 | informally told me that there was some kind of an agreement |
|       | 21 | that the Court make that determination and that the jury was |
|       | 22 | not to determine that issue, if there was a guilty verdict. |
| 11:15 | 23 | Is that correct, Counsel?                                 |
| 11:15 | 24 | MS. HEINZ:  Yes, Your Honor.                              |
| 11:15 | 25 | THE COURT:  And is there additional evidence that         |

Case 8:15-cr-00060-DOC   Document 301   Filed 03/31/17   Page 6 of 23   Page ID #:5163
8:15-CR-0060-DOC - 6/21/2016 - Day 10 Verdict

6

|       |    |                                                               |
|-------|----|---------------------------------------------------------------|
|       | 1  | you'd be seeking to present on behalf of the government, or    |
|       | 2  | would this be a matter submitted to the Court based upon the   |
|       | 3  | evidence that I've heard?                                      |
| 11:15 | 4  | MS. HEINZ:  Yes, Your Honor, that's the case:  It              |
|       | 5  | would be based on the evidence you've heard.                  |
| 11:15 | 6  | THE COURT:  All right.  Let me turn to                        |
|       | 7  | Mr. Lengyel-Leahu.                                            |
| 11:15 | 8  | Is this matter to be submitted to the Court or is             |
|       | 9  | it to be returned to the same jury for consideration?         |
| 11:15 | 10 | MR. LENGYEL-LEAHU:  Submitted to the Court,                   |
|       | 11 | Your Honor.                                                   |
| 11:15 | 12 | THE COURT:  And is there additional evidence that             |
|       | 13 | you'd like to present or will you be resting on the evidence  |
|       | 14 | that's before the Court?                                      |
| 11:15 | 15 | MR. LENGYEL-LEAHU:  Resting on the evidence,                  |
|       | 16 | Your Honor.                                                   |
| 11:15 | 17 | THE COURT:  Let me turn to Ms. Corrigan.                      |
| 11:15 | 18 | Ms. Corrigan, the same question; and that is, are             |
|       | 19 | you submitting this to the Court?                             |
| 11:15 | 20 | MS. CORRIGAN:  Your Honor, this doesn't apply to              |
|       | 21 | my client.                                                    |
| 11:15 | 22 | THE COURT:  That's correct.  My apologies.  It                |
|       | 23 | does not apply at all.                                        |
| 11:15 | 24 | Then we'll summon the jury at this time.  But                 |
|       | 25 | before we do so, I wanted to ask counsel the following:  We   |

**DEBBIE GALE, U.S. COURT REPORTER**

Case 8:15-cr-00060-DOC   Document 301   Filed 03/31/17   Page 7 of 23   Page ID #:5164
8:15-CR-0060-DOC - 6/21/2016 - Day 10 Verdict

7

|       |    |                                                                 |
|-------|----|-----------------------------------------------------------------|
|       |  1 | started with six alternates; we have four alternates left.      |
|       |  2 | I would propose -- they're in the cafeteria -- that we take     |
|       |  3 | one more moment, and with your acquiescence and agreement, I     |
|       |  4 | think it would just be courteous if they were here when the     |
|       |  5 | jury *(sic)* was read.                                          |
| 11:16 |  6 | MS. HEINZ:  Yes, Your Honor.                                    |
| 11:16 |  7 | THE COURT:  Would that be acceptable?                           |
| 11:16 |  8 | MS. CORRIGAN:  Yes, Your Honor.                                 |
| 11:16 |  9 | MS. HEINZ:  Yes, Your Honor.                                    |
| 11:16 | 10 | THE COURT:  I didn't want to be presumptuous and               |
|       | 11 | bring them up.  But they sat through these proceedings.  And    |
|       | 12 | I'm wondering if they could be seated in the same chairs        |
|       | 13 | that they previously occupied.  Obviously, we'd know who        |
|       | 14 | Juror No. 1 through 12 is.                                      |
| 11:16 | 15 | Would that be acceptable, Mr. Lengyel-Leahu?                    |
| 11:16 | 16 | MR. LENGYEL-LEAHU:  Yes, sir.                                   |
| 11:16 | 17 | THE COURT:  Ms. Corrigan?                                       |
| 11:16 | 18 | MS. CORRIGAN:  Yes, Your Honor.                                 |
| 11:16 | 19 | THE COURT:  The government?                                     |
| 11:16 | 20 | MS. HEINZ:  Yes, Your Honor.                                    |
| 11:16 | 21 | THE COURT:  The third thing is that, um -- well,               |
|       | 22 | let's wait and see what the result is.                          |
| 11:16 | 23 | *(To the clerk:)* Would you be kind enough to go               |
|       | 24 | down to the cafeteria.  I'm going to get off the bench for      |
|       | 25 | just a few moments, and why don't we bring the alternates       |

**DEBBIE GALE, U.S. COURT REPORTER**

8:15-CR-0060-DOC - 6/21/2016 - Day 10 Verdict

8

|   |   |
|---|---|
| | 1 |
| | 2 |
| 11:17 | 3 |
| 11:17 | 4 |
| 11:21 | 5 |
| 11:21 | 6 |
| 11:21 | 7 |
| | 8 |
| | 9 |
| 11:21 | 10 |
| | 11 |
| 11:21 | 12 |
| | 13 |
| | 14 |
| | 15 |
| 11:22 | 16 |
| 11:22 | 17 |
| | 18 |
| | 19 |
| 11:22 | 20 |
| | 21 |
| | 22 |
| | 23 |
| | 24 |
| | 25 |

1  up, have them seated first, and then we'll bring the jury in

2  after they're seated.

3          I'll be right back with you.

4        *(Pause in the proceedings at 11:17 a.m.)*

5        *(Proceedings resumed at 11:21 a.m.)*

6        *(In the presence of the jury and alternates.)*

7        THE COURT: Once again, all the counsel are

8  present. The defendants are present. The jury's now

9  present.

10        We received a note that the jury had reached a

11  unanimous verdict.

12        If this is true, for the twelve sitting jurors,

13  would you signify by saying, "yes." So I will ask you as a

14  collective body: Say you one, say you all, have you reached

15  a unanimous verdict on these matters?

16        JURORS IN UNISON: Yes.

17        THE COURT: All right. Now, we've also invited

18  the alternates to come back. That's rather extraordinary;

19  oftentimes, they're excluded.

20        *(To the alternates:)* But you sat through the

21  trial. The jury's going to render a verdict in a few

22  moments. We don't want any comment. In other words, these

23  are the 12 sitting jurors. But we thought, as a courtesy

24  because of the time you've spent, as members of the public,

25  that it would be appropriate to have you here.

**DEBBIE GALE, U.S. COURT REPORTER**

| | | |
|---|---|---|
| 11:22 | 1 | Would the jury foreperson sign -- or hand the |
| | 2 | signed verdict forms to the Court Security Officer. |
| 11:22 | 3 | JURY FOREPERSON:  *(Complies.)* |
| 11:22 | 4 | *(Court Security Officer provides verdict to the* |
| | 5 | *Court.)* |
| 11:22 | 6 | THE COURT:  Thank you very much. |
| 11:22 | 7 | Case No. SA 15-0060, entitled United States of |
| | 8 | America, Plaintiff, v. Nader Elhuzayel and Muhanad Badawi. |
| 11:22 | 9 | **JURY VERDICT RE DEFENDANT ELHUZAYEL** |
| 11:22 | 10 | THE COURT:  *(Reading:)* |
| 11:22 | 11 | "*Verdict form for Nader Salem Elhuzayel.* |
| 11:23 | 12 | "*Count One, Conspiracy to Provide* |
| | 13 | *Material Support and Resources to a* |
| | 14 | *Designated Foreign Terrorist* |
| | 15 | *Organization, pursuant to 18 U.S.C.,* |
| | 16 | *Section 2339B.* |
| 11:23 | 17 | "*With respect to the offense charged in* |
| | 18 | *Count One of the Indictment, we, the* |
| | 19 | *jury in the above-entitled action,* |
| | 20 | *hereby unanimously find Defendant Nader* |
| | 21 | *Elhuzayel:  Guilty.*" |
| 11:23 | 22 | "*Count Two, Attempting to Provide* |
| | 23 | *Material Support and Resources to a* |
| | 24 | *Designated Foreign Terrorist* |
| | 25 | *Organization, pursuant to 18 U.S.C.,* |

8:15-CR-0060-DOC - 6/21/2016 - Day 10 Verdict

10

|       |    |                                                    |
|-------|----|----------------------------------------------------|
|       | 1  | *Section 2339B.*                                   |
| 11:23 | 2  | *"With respect to the offense charged in*          |
|       | 3  | *Count Two of the Indictment, we, the*             |
|       | 4  | *jury in the above-entitled action,*               |
|       | 5  | *hereby unanimously find Defendant Nader*          |
|       | 6  | *Elhuzayel:  Guilty."*                             |
| 11:23 | 7  | *"Counts Four through Twenty-nine, Bank*           |
|       | 8  | *Fraud, pursuant to 18 U.S.C.,*                    |
|       | 9  | *Section 1344(2).*                                 |
| 11:24 | 10 | *"With respect to the offenses charged in*         |
|       | 11 | *Counts Four through Twenty-nine of the*           |
|       | 12 | *Indictment, we, the jury in the*                  |
|       | 13 | *above-entitled action, hereby*                    |
|       | 14 | *unanimously find Defendant Nader*                 |
|       | 15 | *Elhuzayel:*                                       |
| 11:24 | 16 | *"As to Count Four:  Guilty.*                      |
| 11:24 | 17 | *"As to Count Five:  Guilty.*                      |
| 11:24 | 18 | *"As to Count Six:  Guilty.*                       |
| 11:24 | 19 | *"As to Count Seven:  Guilty.*                     |
| 11:24 | 20 | *"As to Count Eight:  Guilty.*                     |
| 11:24 | 21 | *"As to Count Nine:  Guilty.*                      |
| 11:24 | 22 | *"As to Count Ten:  Guilty.*                       |
| 11:24 | 23 | *"As to Count Eleven.  Guilty.*                    |
| 11:24 | 24 | *"As to Count Twelve:  Guilty.*                    |
| 11:24 | 25 | *"As to Count Thirteen:  Guilty.*                  |

| | | |
|---|---|---|
| 11:24 | 1 | "*As to Count Fourteen.  Guilty.* |
| 11:24 | 2 | "*As to Count Fifteen:  Guilty.* |
| 11:24 | 3 | "*As to Count Sixteen:  Guilty.* |
| 11:24 | 4 | "*As to Count Seventeen:  Guilty.* |
| 11:24 | 5 | "*As to Count Eighteen.  Guilty.* |
| 11:24 | 6 | "*As to Count Nineteen:  Guilty.* |
| 11:24 | 7 | "*As to Count Twenty:  Guilty.* |
| 11:25 | 8 | "*As to Count Twenty-one:  Guilty.* |
| 11:25 | 9 | "*As to Count Twenty-two:  Guilty.* |
| 11:25 | 10 | "*As to Count Twenty-three:  Guilty.* |
| 11:25 | 11 | "*As to Count Twenty-four:  Guilty.* |
| 11:25 | 12 | "*As to Count Twenty-five:  Guilty.* |
| 11:25 | 13 | "*As to Count Twenty-six:  Guilty.* |
| 11:25 | 14 | "*As to Count Twenty-seven:  Guilty.* |
| 11:25 | 15 | "*As to Count Twenty-eight:  Guilty.* |
| 11:25 | 16 | "*As to Count Twenty-nine:  Guilty.*" |
| 11:25 | 17 | Signed by the foreperson on today's date: |
| | 18 | June 21st, 2016. |
| 11:25 | 19 | **JURY VERDICTS RE DEFENDANT BADAWI** |
| 11:25 | 20 | THE COURT:  Pertaining to the verdict forms for |
| | 21 | Defendant Muhanad Badawi.  *(Reading:)* |
| 11:25 | 22 | "*Count One, Conspiracy to Provide* |
| | 23 | *Material Support and Resources to a* |
| | 24 | *Designated Foreign Terrorist* |
| | 25 | *Organization, 18 U.S.C., Section 2339B.* |

| 11:25 | 1 | "With respect to the offense charged in |
| | 2 | Count One of the Indictment, we, the |
| | 3 | jury in the above-entitled action, |
| | 4 | hereby unanimously find Defendant |
| | 5 | Muhanad Badawi:  Guilty. |
| 11:26 | 6 | "Count Three:  Aiding and Abetting an |
| | 7 | Attempt to Provide Material Support and |
| | 8 | Resources to a Designated Foreign |
| | 9 | Terrorist Organization, pursuant to |
| | 10 | 18 U.S.C., Sections 2339B, 2. |
| 11:26 | 11 | "With respect to the offense charged in |
| | 12 | Count Three of the Indictment, we, the |
| | 13 | jury in the above-entitled action, |
| | 14 | hereby unanimously find Defendant |
| | 15 | Muhanad Badawi:  Guilty." |
| 11:26 | 16 | As to Count Thirty, Financial Aid fraud -- strike |
| | 17 | that -- Financial Aid Fraud, 20 U.S.C., Section 1097(a). |
| 11:26 | 18 | "With respect to the offense charged in |
| | 19 | Count Thirty of the Indictment, we, the |
| | 20 | jury in the above-entitled action, |
| | 21 | hereby unanimously find Defendant |
| | 22 | Muhanad Badawi:  Guilty." |
| 11:26 | 23 | Signed by the foreperson on today's date: |
| | 24 | "June 21st, 2016." |
| 11:27 | 25 | Let me first turn to Lengyel-Leahu on behalf of |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | your client, Mr. Elhuzayel.                                  |
| 11:27 | 2  | Would you like the jury individually polled as to            |
|       | 3  | any one or more counts?                                      |
| 11:27 | 4  | MR. LENGYEL-LEAHU:  No.  Thank you, Your Honor.              |
| 11:27 | 5  | THE COURT:  Are you waiving that polling?                    |
| 11:27 | 6  | MR. LENGYEL-LEAHU:  We'll waive the poll.                    |
| 11:27 | 7  | THE COURT:  Let me turn to Ms. Corrigan, on behalf           |
|       | 8  | of Mr. Badawi.                                               |
| 11:27 | 9  | Would you like the jury polled as to any one or              |
|       | 10 | more counts?                                                 |
| 11:27 | 11 | MS. CORRIGAN:  No.  Thank you, Your Honor.                   |
| 11:27 | 12 | THE COURT:  You're waiving the polling?                      |
| 11:27 | 13 | MS. CORRIGAN:  I am.                                         |
| 11:27 | 14 | THE COURT:  Is there any reason, then, at the               |
|       | 15 | present time and with the record before us that the Court    |
|       | 16 | should not order the recording of the verdicts through the   |
|       | 17 | clerk?                                                       |
| 11:27 | 18 | Mr. Elhuzayel --                                             |
| 11:27 | 19 | MR. LENGYEL-LEAHU:  No, sir.                                 |
| 11:27 | 20 | THE COURT:  -- I'm sorry.  Mr. Lengyel-Leahu?  My           |
|       | 21 | apologies.                                                   |
| 11:27 | 22 | MR. LENGYEL-LEAHU:  No, sir.                                 |
| 11:27 | 23 | THE COURT:  Ms. Corrigan?                                    |
| 11:27 | 24 | MS. CORRIGAN:  No, Your Honor.                               |
| 11:27 | 25 | THE COURT:  The government?                                  |

| | | |
|---|---|---|
| 11:27 | 1 | MS. HEINZ:  No, Your Honor. |
| 11:27 | 2 | THE COURT:  I'll order the clerk to record the |
| | 3 | verdicts. |
| 11:27 | 4 | Is there anything further, any business before |
| | 5 | this Court for this jury, or may I discharge them at this |
| | 6 | time? |
| 11:27 | 7 | On behalf of the government? |
| 11:27 | 8 | MS. HEINZ:  No further business, Your Honor. |
| 11:27 | 9 | THE COURT:  Mr. Lengyel-Leahu, on behalf of |
| | 10 | Mr. Elhuzayel? |
| 11:27 | 11 | MR. LENGYEL-LEAHU:  Nothing further, Your Honor. |
| 11:27 | 12 | THE COURT:  Ms. Corrigan, on behalf of Mr. Badawi? |
| 11:27 | 13 | MS. CORRIGAN:  No, Your Honor.  Thank you. |
| 11:27 | 14 | **JURY DISCHARGED** |
| 11:27 | 15 | THE COURT:  *(To the jury:)* I want to thank you. |
| 11:28 | 16 | I'm amazed where we find the American public.  And |
| | 17 | on behalf of all counsel, your service is extraordinary and |
| | 18 | very much appreciated. |
| 11:28 | 19 | I think we started with 244 jurors.  We got down |
| | 20 | to about 120.  And you're the pool that was selected.  I |
| | 21 | think you've seen and heard things that are of a, let's say, |
| | 22 | troubling nature.  And I'd ask you from this point forward |
| | 23 | to do your best to go about and live your normal everyday |
| | 24 | lives.  But you've been exposed to things that the American |
| | 25 | public usually isn't exposed to. |

| | | |
|---|---|---|
| 11:28 | 1 | You're free to talk to anybody about the case. |
| | 2 | All those restrictions in terms of sequestering and talking |
| | 3 | to your loved ones -- you can tell them "where" and "what" |
| | 4 | you were doing.  You can speak to anybody or no one. |
| 11:28 | 5 | I would love to visit with you for a few moments |
| | 6 | in chambers, if you wouldn't mind.  I'd like to show you a |
| | 7 | little bit about this tremendous courthouse that you, the |
| | 8 | taxpayers, built.  And if you'd spend a few moments with me, |
| | 9 | it'd be very much appreciated, before you leave. |
| 11:29 | 10 | I'm going to ask the alternates to join the |
| | 11 | sitting jury, if you'd like to.  You're free to go, by the |
| | 12 | way.  But if you'd like to, we'll assemble in chambers in |
| | 13 | just a few moments. |
| 11:29 | 14 | This jury is discharged. |
| 11:29 | 15 | Counsel, thank you. |
| 11:29 | 16 | *(To the clerk:)* Debbie, you can take them into |
| | 17 | chambers, if they'd like. |
| 11:29 | 18 | Counsel, if you would remain for just a moment. |
| 11:29 | 19 | *(Outside the presence of the jury.)* |
| 11:29 | 20 | **SENTENCING DATES SCHEDULED** |
| 11:29 | 21 | THE COURT:  Counsel, I propose to set dates based |
| | 22 | upon your schedule, and those dates do not need to be the |
| | 23 | same for each defendant.  They can be separate dates.  They |
| | 24 | can be coordinated dates, if you'd like. |
| 11:29 | 25 | But if the government would please stand for just |

8:15-CR-0060-DOC - 6/21/2016 - Day 10 Verdict

16

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
|       | 1  | a moment and move towards the defense, and if the defense          |
|       | 2  | would move toward the government -- dependent upon your            |
|       | 3  | calendars.                                                         |
| 11:30 | 4  | MS. CORRIGAN:  May I approach your clerk one                       |
|       | 5  | moment?                                                            |
| 11:30 | 6  | THE COURT:  *(Nods.)*                                              |
| 11:30 | 7  | And, Counsel, what are your suggested dates?  And                 |
|       | 8  | then I'll check the Court calendar.                               |
| 11:30 | 9  | MS. CORRIGAN:  Your Honor, for Mr. Badawi, the                     |
|       | 10 | government and I would propose September 19th, which is a         |
|       | 11 | Monday.  And I believe it may be a clear date with the           |
|       | 12 | Court.  And I'm open all day.                                     |
| 11:31 | 13 | THE COURT:  Would you like 7:30 in the morning or                |
|       | 14 | 1:30 in the afternoon?  Or it can be at 3:00 o'clock.  I          |
|       | 15 | just don't know what the afternoon calendar looks like and I     |
|       | 16 | don't want you sitting through other matters.                    |
| 11:31 | 17 | MS. CORRIGAN:  Understood.  Maybe I can --                        |
| 11:31 | 18 | THE COURT:  7:30?                                                 |
| 11:31 | 19 | MS. CORRIGAN:  Sure.  That'd be fine -- or 1:30 so               |
|       | 20 | the family could be here.                                        |
| 11:31 | 21 | THE COURT:  Let's do that in the afternoon so the               |
|       | 22 | family can be here.  I think that would be a nice courtesy.      |
| 11:31 | 23 | Why don't we set it for 2:00 o'clock.  I may work               |
|       | 24 | through lunch.  That way -- with the rest of the criminal        |
|       | 25 | calendar -- so I'm not inconveniencing you.                      |

**DEBBIE GALE, U.S. COURT REPORTER**

| | | |
|---|---|---|
| 11:31 | 1 | All right.  Is this an agreeable day; and that is, |
| | 2 | September 19th at 2:00 o'clock in the morning *(sic)*? |
| 11:31 | 3 | Mr. Lengyel-Leahu? |
| 11:31 | 4 | MR. LENGYEL-LEAHU:  Actually, we were gonna do |
| | 5 | ours on September 26th, if -- |
| 11:31 | 6 | THE COURT:  Okay. |
| 11:31 | 7 | MR. LENGYEL-LEAHU:  -- that was available to the |
| | 8 | Court. |
| 11:31 | 9 | THE COURT:  I'd like you either together or to |
| | 10 | reverse that order.  But I'm wondering -- I think my |
| | 11 | preference is to resolve Mr. Elhuzayel's matter before |
| | 12 | Mr. Badawi's matter, or -- |
| 11:32 | 13 | MR. LENGYEL-LEAHU:  Then can we have -- |
| 11:32 | 14 | THE COURT:  -- or jointly together. |
| 11:32 | 15 | MS. CORRIGAN:  Your Honor, I can switch to the |
| | 16 | 26th.  I mean, that's fine with me.  If that's open for the |
| | 17 | government. |
| 11:32 | 18 | THE COURT:  Is the 19th open for you? |
| 11:32 | 19 | MR. LENGYEL-LEAHU:  The 19th and 26th are open to |
| | 20 | me. |
| 11:32 | 21 | THE COURT:  Okay.  Now, do you want this held |
| | 22 | jointly on the 19th, jointly on the 26th -- with that |
| | 23 | request by the Court -- or do you want Mr. Elhuzayel to be |
| | 24 | sentenced on the 19th and Mr. Badawi to follow on the 26th? |
| 11:32 | 25 | MS. CORRIGAN:  I would prefer the latter. |

| | | |
|---|---|---|
| 11:32 | 1 | MR. LENGYEL-LEAHU:  That's fine with us, |
| | 2 | Your Honor. |
| 11:32 | 3 | THE COURT:  All right. |
| 11:32 | 4 | Counsel for the government? |
| 11:32 | 5 | MS. HEINZ:  That would be fine with the |
| | 6 | government. |
| 11:32 | 7 | THE COURT:  Then we'll set Mr. Elhuzayel's matter |
| | 8 | for sentencing on September 19th at 2:00 o'clock in the |
| | 9 | afternoon. |
| 11:32 | 10 | And have you checked with the family?  I think |
| | 11 | family members are here.  And just make sure that that's |
| | 12 | convenient for them. |
| 11:32 | 13 | Counsel, you want to just talk to the family for a |
| | 14 | moment. |
| 11:33 | 15 | MR. LENGYEL-LEAHU:  Yes. |
| 11:33 | 16 | MS. CORRIGAN:  I'm clear on that day, Your Honor. |
| 11:33 | 17 | THE COURT:  Have you been able to talk with the |
| | 18 | family? |
| 11:33 | 19 | MS. CORRIGAN:  I've been communicating with the |
| | 20 | brother. |
| 11:33 | 21 | THE COURT:  Just a nice courtesy. |
| 11:33 | 22 | Mr. Lengyel-Leahu, is that acceptable? |
| 11:33 | 23 | MR. LENGYEL-LEAHU:  Yes, Your Honor.  They're |
| | 24 | available. |
| 11:33 | 25 | THE COURT:  All right.  2:00 o'clock on |

8:15-CR-0060-DOC - 6/21/2016 - Day 10 Verdict

19

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
|       | 1  | September 19th, sentencing for Mr. Elhuzayel.                      |
| 11:33 | 2  | For Mr. Badawi, it will be at 2:00 o'clock on                     |
|       | 3  | September 26th.                                                     |
| 11:33 | 4  | **DISCUSSION RE FORFEITURE**                                       |
| 11:33 | 5  | THE COURT:  Now, that leaves the forfeiture                        |
|       | 6  | matter.  And I would appreciate briefing on that -- points        |
|       | 7  | and authorities, et cetera -- why you believe that the Court      |
|       | 8  | should "sustain," from the government's position, as well as      |
|       | 9  | the appropriate burden of proof, and a response by the            |
|       | 10 | defense with any findings of fact, conclusions of law,            |
|       | 11 | et cetera, and why they believe, in oral argument, that --        |
|       | 12 | or in written argument that the Court should not reach the        |
|       | 13 | jury -- or the verdict that the government's requesting.          |
| 11:33 | 14 | I want to give you an appropriate period of time,                 |
|       | 15 | so guide me in terms of the government's ability to respond.      |
| 11:34 | 16 | Tomorrow at 12:00?  I'm just kidding you, Counsel.                |
| 11:34 | 17 | *(Laughter in the courtroom.)*                                     |
| 11:34 | 18 | THE COURT:  Give me an appropriate time.                          |
| 11:34 | 19 | MS. HEINZ:  Your Honor, the government would like                 |
|       | 20 | to file its brief at the end of July, if that would be           |
|       | 21 | acceptable.                                                        |
| 11:34 | 22 | THE COURT:  Let me check with the defense.                        |
| 11:34 | 23 | Mr. Lengyel-Leahu, what's your schedule look like?               |
|       | 24 | Because I want to have, obviously, an adequate opportunity        |
|       | 25 | for you to respond, if you care to.                               |

**DEBBIE GALE, U.S. COURT REPORTER**

| | | |
|---|---|---|
| 11:34 | 1 | MR. LENGYEL-LEAHU:  We could respond perhaps by |
| | 2 | the 22nd of August. |
| 11:34 | 3 | THE COURT:  Would that be acceptable to the |
| | 4 | government? |
| 11:34 | 5 | MS. HEINZ:  Yes, Your Honor. |
| 11:34 | 6 | THE COURT:  And then is there going to be a reply |
| | 7 | to the defense, or -- I would think that this is not a |
| | 8 | situation for a reply.  I would think that this is a |
| | 9 | situation for briefing on the findings of fact, conclusions |
| | 10 | of law, the appropriate burden, et cetera -- that there's no |
| | 11 | need for a reply. |
| 11:35 | 12 | MS. HEINZ:  No reply, Your Honor. |
| 11:35 | 13 | THE COURT:  Okay. |
| 11:35 | 14 | Mr. Lengyel-Leahu? |
| 11:35 | 15 | MR. LENGYEL-LEAHU:  That makes sense, Your Honor. |
| 11:35 | 16 | THE COURT:  Then can we also set that forfeiture |
| | 17 | for the same date as the substantive sentencing on the |
| | 18 | criminal matter?  That saves an extra appearance on all |
| | 19 | counsel's part.  Although, I'm available earlier, if you'd |
| | 20 | like. |
| 11:35 | 21 | Government? |
| 11:35 | 22 | MS. HEINZ:  Yes, Your Honor, that would be fine |
| | 23 | with the government. |
| 11:35 | 24 | THE COURT:  Mr. Lengyel-Leahu? |
| 11:35 | 25 | MR. LENGYEL-LEAHU:  That seems prudent, |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | Your Honor.                                                  |
| 11:35 | 2  | THE COURT:  All right.                                       |
| 11:35 | 3  | Now, Mr. Badawi, let me talk to you one last                 |
|       | 4  | time -- 'cause I'm not going to visit with you -- for a      |
|       | 5  | moment.                                                      |
| 11:35 | 6  | There have been occasions where you've taken                 |
|       | 7  | action voluntarily that was harmful to you; in other words,  |
|       | 8  | not eating.  You've heard the jury verdict.  By the same     |
|       | 9  | token, I'm still imploring you please eat.  Okay?  Keep      |
|       | 10 | yourself healthy.  And I don't wanna see any different kind  |
|       | 11 | of conduct, because you've regained your health.             |
| 11:35 | 12 | But in the interim period of time, I'm concerned.            |
|       | 13 | I'm concerned about your health.  I'm concerned about your   |
|       | 14 | well-being.  And I'm concerned that something will come into |
|       | 15 | your reasoning process that causes this starvation effort    |
|       | 16 | again.  Then I've got to take action, and I don't want to.   |
|       | 17 | I do not want to force-feed you.  That's only occurred one   |
|       | 18 | time.  But let me remind you:  I'm gonna have to.  And I'd   |
|       | 19 | have to move you to MDC.                                     |
| 11:36 | 20 | I'm trying to keep you in Santa Ana in this period           |
|       | 21 | of time so your family can visit, so they can be of support  |
|       | 22 | to you.                                                      |
| 11:36 | 23 | Do you understand that?                                      |
| 11:36 | 24 | DEFENDANT BADAWI:  Yeah.                                     |
| 11:36 | 25 | THE COURT:  All right.                                       |

8:15-CR-0060-DOC - 6/21/2016 - Day 10 Verdict

22

| | | |
|---|---|---|
| 11:36 | 1 | Then, Counsel, is there anything further? |
| 11:36 | 2 | MS. HEINZ:  Nothing further from the government. |
| 11:36 | 3 | MS. CORRIGAN:  No, Your Honor.  Thank you. |
| 11:36 | 4 | MR. LENGYEL-LEAHU:  No.  Thank you. |
| 11:36 | 5 | THE COURT:  All right.  Thank you very much, |
| | 6 | Counsel. |
| 11:36 | 7 | We're in recess. |
| 11:36 | 8 | *(Trial concluded at 11:36 p.m.)* |
| 11:36 | 9 | -oOo- |
| 11:36 | 10 | |

**DEBBIE GALE, U.S. COURT REPORTER**

```
11:36    1                          -oOo-

11:36    2

11:36    3                       CERTIFICATE

11:36    4

11:36    5          I hereby certify that pursuant to Section 753,

         6    Title 28, United States Code, the foregoing is a true and

         7    correct transcript of the stenographically reported

         8    proceedings held in the above-entitled matter and that the

         9    transcript page format is in conformance with the

        10    regulations of the Judicial Conference of the United States.

11:36   11

11:36   12    Date:  March 9, 2017

11:36   13

11:36   14
11:36                            /s/ Debbie Gale
11:36   15
11:36                         _____
11:36   16                    DEBBIE GALE, U.S. COURT REPORTER
                              CSR NO. 9472, RPR, CCRR
11:36   17

        18

        19

        20

        21

        22

        23

        24

        25
```