**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form.
*(Please read instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Maria Aguillon | 2a. Contact Phone Number: 213-894-5302 | 3a. Contact E-mail Address: Maria_Aguillon@fd.org |
| 1b. Attorney Name (if different): Michael Tanaka | 2b. Attorney Phone Number: 213-894-4140 | 3b. Attorney E-mail Address: Michael_Tanaka@fd.org |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Michael Tanaka
Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012

5. Party Represented: Nader SAlem Elhuzayel
6. Case Name: USA v. Elhuzayel
7a. District Court Case Number: CR 15-00060-DOC
7b. Appeals Court Case Number: 16-50374

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Debbie Gale

9. THIS TRANSCRIPT ORDER IS FOR:  ☒ Appeal  ☐ Non-Appeal   ☐ Criminal  ☐ Civil   ☐ CJA  ☐ USA  ☒ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| DATE | JUDGE (initials) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/27/2015 | DOC | Status Conference | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| 10/05/2015 | DOC | Status Conference | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| 10/19/2016 | DOC | Post-Indictment | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| 02/02/2016 | DOC | Status Conference | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| 03/16/2016 | DOC | Hearing Re Jury Questionnaire | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: April 17, 2017   Signature: s/Michael Tanaka

G-120 (10/15)

# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form.
*(Please read instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | | |
|---|---|---|---|
| 1a. Contact Person for this Order | Maria Aguillon | 2a. Contact Phone Number | 213-894-5302 | 3a. Contact E-mail Address | Maria_Aguillon@fd.org |
| 1b. Attorney Name (if different) | Michael Tanaka | 2b. Attorney Phone Number | 213-894-4140 | 3b. Attorney E-mail Address | Michael_Tanaka@fd.org |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Michael Tanaka
Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012

**5. Party Represented:** Nader SAlem Elhuzayel
**6. Case Name:** USA v. Elhuzayel
**7a. District Court Case Number:** CR 15-00060-DOC
**7b. Appeals Court Case Number:** 16-50374

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED  ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Debbie Gale

**9. THIS TRANSCRIPT ORDER IS FOR:** ☒ Appeal  ☐ Non-Appeal   ☐ Criminal  ☐ Civil   ☐ CJA  ☐ USA  ☒ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| DATE | JUDGE (initials) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |
| 03/17/2016 | DOC | Hearing Re Jury Instructions | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| 05/05/2016 | DOC | Motion Hearing | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| 06/02/2016 | DOC | Hearing Re Jury Questionnaires | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| 06/06/2016 | DOC | Hearings Re Jury Questionnaires | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: April 17, 2017     Signature: s/Michael Tanaka

G-120 (10/15)

# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form.
*(Please read instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Maria Aguillon | 2a. Contact Phone Number: 213-894-5302 | 3a. Contact E-mail Address: Maria_Aguillon@fd.org |
| 1b. Attorney Name (if different): Michael Tanaka | 2b. Attorney Phone Number: 213-894-4140 | 3b. Attorney E-mail Address: Michael_Tanaka@fd.org |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Michael Tanaka
Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012

**5. Party Represented:** Nader SAlem Elhuzayel
**6. Case Name:** USA v. Elhuzayel
**7a. District Court Case Number:** CR 15-00060-DOC
**7b. Appeals Court Case Number:** 16-50374

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form):*
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Debbie Gale

**9. THIS TRANSCRIPT ORDER IS FOR:** ☒ Appeal ☐ Non-Appeal ☐ Criminal ☐ Civil ☐ CJA ☐ USA ☒ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):
*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| DATE | JUDGE (initials) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/2016 | DOC | Jury Trial - 1st Day | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| 06/08/2016 | DOC | Jury Trial - 2nd Day | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| 06/09/2016 | DOC | Jury Trial - 3rd Day | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| 06/10/2016 | DOC | Jury Trial - 4th Day | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| 06/13/2016 | DOC | Jury Trial - 5th Day | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: April 17, 2017   Signature: s/Michael Tanaka

G-120 (10/15)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form.
*(Please read instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | | |
|---|---|---|---|
| 1a. Contact Person for this Order | Maria Aguillon | 2a. Contact Phone Number | 213-894-5302 |
| | | 3a. Contact E-mail Address | Maria_Aguillon@fd.org |
| 1b. Attorney Name (if different) | Michael Tanaka | 2b. Attorney Phone Number | 213-894-4140 |
| | | 3b. Attorney E-mail Address | Michael_Tanaka@fd.org |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Michael Tanaka
Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012

| | |
|---|---|
| 5. Party Represented | Nader SAlem Elhuzayel |
| 6. Case Name | USA v. Elhuzayel |
| 7a. District Court Case Number | CR 15-00060-DOC |
| 7b. Appeals Court Case Number | 16-50374 |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:

☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Debbie Gale

**9. THIS TRANSCRIPT ORDER IS FOR:**  ☒ Appeal  ☐ Non-Appeal   ☐ Criminal ☐ Civil   ☐ CJA ☐ USA ☒ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

| DATE | JUDGE (initials) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED | CM/ECF ACCESS (email) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/14/2016 | DOC | Jury Trial - 6th Day | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| 06/15/2016 | DOC | Jury Trial - 7th Day | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| 06/16/2016 | DOC | Jury Trial - 8th Day | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| 06/20/2016 | DOC | Jury Trial - 9th Day | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| 06/21/2016 | DOC | Jury Trial - 10th Day | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: April 17, 2017    Signature: s/Michael Tanaka

G-120 (10/15)

# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form.
*(Please read instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | | | | |
|---|---|---|---|---|---|
| 1a. Contact Person for this Order | Maria Aguillon | 2a. Contact Phone Number | 213-894-5302 | 3a. Contact E-mail Address | Maria_Aguillon@fd.org |
| 1b. Attorney Name (if different) | Michael Tanaka | 2b. Attorney Phone Number | 213-894-4140 | 3b. Attorney E-mail Address | Michael_Tanaka@fd.org |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Michael Tanaka
Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012

| | |
|---|---|
| 5. Party Represented | Nader SAlem Elhuzayel |
| 6. Case Name | USA v. Elhuzayel |
| 7a. District Court Case Number | CR 15-00060-DOC |
| 7b. Appeals Court Case Number | 16-50374 |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED  ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Debbie Gale

**9. THIS TRANSCRIPT ORDER IS FOR:** ☒ Appeal  ☐ Non-Appeal    ☐ Criminal  ☐ Civil    ☐ CJA  ☐ USA  ☒ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):
*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| DATE | JUDGE (initials) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/01/2016 | DOC | Motion Hearing | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| 09/26/2016 | DOC | Sentencing | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: April 17, 2017    Signature: s/Michael Tanaka

G-120 (10/15)