## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | SACR15-60-DOC |
| Nader Salem Elhuzayel and Muhanad Elfaith M.A. Badawi | **NOTICE OF CLERICAL ERROR** |
| DEFENDANT(S) | |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action

☒ the following scanned document ☐ docket entry have/has been corrected as indicated below.

Title of scanned document: Criminal Minutes - Arraignment

Filed date: June 8, 2015    Document Number(s): [25]

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 14-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: Original Minute Order did not indicate a Court Reporter was present. See attached Corrected Minute Order.

CLERK, U.S. DISTRICT COURT

Date: April 25, 2017    By: Kerri Hays
                           Deputy Clerk

G-11 (06/14)         NOTICE OF CLERICAL ERROR

**\*CORRECTED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

~~CRIMINAL MINUTES - ARRAIGNMENT~~

Case Number: 8:15-CR-00060     **COURT REPORTER: Deborah Parker**     Date: 06/08/2015

Present: The Honorable Robert N. Block, U.S. Magistrate Judge

Court Clerk: Kerri Hays                                    Assistant U.S. Attorney: Celeste Corlette

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1. Nader Salem Elhuzayel, CUSTODY<br>2. Muhanad Elfatih M.A. Badawi, CUSTODY | Cuauhtemoc Ortega, DFPD, Appointed<br>Katherine Corrigan, CJA Panel, Appointed | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge David O. Carter.
It is ordered that the following date(s) and time(s) are set:
   Jury Trial July 28, 2015 at 8:30 a.m.
   Status Conference July 6, 2015 at 1:30 p.m.
Trial estimate: 15 days.

The term "defendant" refers to each named defendant, unless specifically stated otherwise.

First Appearance/Appointment of Counsel: : 04
PIA: 00 : 04
Initials of Deputy Clerk: klh

cc: Statistics Clerk, PSALA PSASA, USMSA

---

CR-85 (09/12)                    CRIMINAL MINUTES - ARRAIGNMENT                    Page 1 of 1