SANDRA R. BROWN
Acting United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Litigation Counsel, National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7280
    Facsimile: (213) 894-7631
    E-mail: judith.heinz@usdoj.gov
DEIRDRE Z. ELIOT (Cal. Bar No. 145007)
Assistant United States Attorney
Terrorism and Export Crimes Section
    8000 United States Courthouse
    411 West Fourth Street
    Santa Ana, California 92701
    Telephone: (714) 338-3599
    Facsimile: (714) 338-3564
    E-mail: deirdre.eliot@usdoj.gov
JULIUS J. NAM (Cal. Bar No. 288961)
Assistant United States Attorney
    Riverside Branch Office
    United States Attorney's Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6087
    Facsimile: (951) 276-6202
    E-mail: julius.nam@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NADER SALEM ELHUZAYEL and MUHANAD ELFATIH M. A. BADAWI,<br><br>    Defendants. | No. SA CR 15-00060(A)-DOC<br><br>GOVERNMENT'S **UNOPPOSED** EX PARTE APPLICATION FOR ORDER AUTHORIZING THE CONDITIONAL RELEASE OF COPIES OF CERTAIN TRIAL EXHIBITS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF JUDITH A. HEINZ; ATTACHMENT A |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Judith A. Heinz, Deirdre Z. Eliot, and Julius J. Nam, hereby applies ex parte for an order authorizing the conditional release of copies of certain trial exhibits to an academic researcher/writer.

This application is based upon the attached Memorandum of Points and Authorities, the accompanying Attachment, and the files and records in this case.

As set forth in greater detail in the attached declaration of Judith A. Heinz, counsel for defendant Elhuzayel does **not** object to the government's ex parte application, and counsel for defendant Badawi does **not** object to the government's ex parte application.

Dated: July 24, 2017

Respectfully submitted,

SANDRA R. BROWN
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

/s/
JUDITH A. HEINZ
Assistant United States Attorney

/s/
DEIRDRE Z. ELIOT
Assistant United States Attorney

/s/
JULIUS J. NAM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ii

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I.  INTRODUCTION

Recently, a researcher/writer, who is affiliated with George Washington University, contacted counsel for the government and requested copies of certain exhibits admitted as evidence during the jury trial in this matter. The specific trial exhibits requested are listed in the chart attached hereto, and include English-language translations and/or transcripts of some of the exhibits. See Attachment A. It is the government's understanding that the researcher/writer: (1) intends to describe and include copies of these exhibits in academic reports prepared in conjunction with George Washington University (located in Washington DC); (2) intends to describe and reference, but not include copies of, the exhibits in reports prepared for other publications; and (3) expects that these reports and publications will likely be disseminated on the internet. The government understands further that the researcher/writer agrees that the government shall redact or obscure certain information, including third-party identity information, from the copies of the trial exhibits before disclosing them to the researcher/writer.

The government does not oppose, and believes the controlling legal authority supports, the researcher/writer's request.

In addition, as set forth in greater detail in the attached declaration of Judith A. Heinz, counsel for defendant Elhuzayel does not object to the government's ex parte application, and counsel for defendant Badawi does not object to the government's ex parte application.

## II. LEGAL ANALYSIS

The issue presented here -- when the media (including a researcher/writer affiliated with an academic institution) has the right to copy and inspect judicial records -- has been considered by several courts of appeals, including the Ninth Circuit. See Valley Broadcasting Co. v. U.S. Dist. Court for Dist. Of Nevada, 798 F.2d 1289, 1292 (9th Cir. 1986) (citing and discussing cases). The media's right to copy and inspect judicial records is based on common law, and is independent of the Constitution. Id. at 1293. While this "common-law right of access has historically developed to accomplish many of the same purposes as are advanced by the first amendment," it "is not of constitutional dimension, is not absolute, and is not entitled to the same level of protection afforded constitutional rights." Id. (citing Nixon v. Warner Communications, Inc., 435 U.S. 589, 597-98 (1978)). "But it is also clear that the importance of public access to judicial records and documents cannot be belittled." United States v. Schlette, 842 F.2d 1574, 1582, amended, 854 F.2d 359 (9th Cir. 1988) (reversing district court's refusal to disclose presentence report to newspaper).

Accordingly, the Ninth Circuit has instructed that, when considering whether to permit the media to copy for subsequent broadcast trial exhibits, including videotapes, the trial court must "start with a strong presumption in favor of access, to be overcome only on the basis of articulable facts known to the court, not on the basis of unsupported hypothesis or conjecture." Valley Broadcasting Co., 798 F.2d at 1293 (internal quotation marks and citations omitted). This "strong presumption" in favor of such media access is justified by the promotion of the public's understanding of the

judicial process and of significant public events. Id. at 1294. Factors that counsel against such access include the likelihood of an improper use, infringement of fair trial rights of the defendants or third parties, and residual privacy rights. Id. If a district court denies access, it must do so on the basis of articulated facts known to the court, and should state those facts on the record. Id.

Here, the researcher/writer seeks access to 28 trial exhibits (plus some translations of the same) for the purpose of informing the public about terrorism. Jury trials in which terrorism charges are contested are few; thus, there is a legitimate public interest in the 28 trial exhibits the researcher/writer seeks. Although both defendants were convicted at trial on all charges and have been sentenced, both defendants have appealed those convictions and sentences, and those appeals are currently pending. Thus, in light of the possibility of a re-trial, the Court may properly weigh the prospect of potential prejudice against the strong presumption in favor of access. Information about this case, including information about the trial, was widely reported by the media. The 28 trial exhibits at issue were presented at trial, and several were included, and/or described, in the government's sentencing briefs. Given this previous public exposure, the Court may properly consider what, if any, potential added prejudice might result from the researcher/writer's dissemination of the 28 exhibits. See id. at 1295. The Court may also properly consider whether voir dire (including the use of a jury questionnaire), the large jury venire in the Court's district, and instruction during any future jury selection will adequately cure any future contamination of a future juror. In addition, the Court may properly consider the impact on

any residual third-party privacy rights, in light of the researcher/writer's agreement to accept copies of the trial exhibits from which any third-party identity information is redacted.

## III. CONCLUSION

In conclusion, the government respectfully submits that the controlling authority supports the release of copies of the 28 trial exhibits listed in Attachment A to the researcher/writer, conditioned upon the described measures to protect third-party identity information.

Dated: July 24, 2017          Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

_____/s/_____
JUDITH A. HEINZ
Assistant United States Attorney

_____/s/_____
DEIRDRE Z. ELIOT
Assistant United States Attorney

_____/s/_____
JULIUS J. NAM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

4

## DECLARATION OF JUDITH A. HEINZ

I, Judith A. Heinz, declare as follows:

1. I am an Assistant United States Attorney in the National Security Division of the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this matter.

2. Attached hereto as Attachment A is a true and correct copy of a list of some of the exhibits that were admitted during the trial in this case, copies of which are now sought by a researcher/writer.

3. On July 21, 2017, I sent an e-mail to appellate counsel for defendant Nader Salem Elhuzayel ("defendant Elhuzayel") and defendant Muhanad Elfatih M. A. Badawi ("defendant Badawi") seeking their position on the government's ex parte application for an order authorizing the conditional release of copies of certain trial exhibits. Attached to that e-mail, I provided to both appellate counsel a copy of the government's ex parte application in its then-existing draft form, including Attachment A, that listed the trial exhibits sought by the researcher/writer. Set forth below are the responses I have received to my e-mail seeking appellate counsels' position on the government's ex parte application:

   a. Defendant Elhuzayel's appellate counsel advised that he has no objection to the application.

//
//
//
//
//
//

       b.    Defendant Badawi's appellate counsel advised that he has no objection to the application.

   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

   DATED: This 24th day of July, 2017.

   JUDITH A. HEINZ

Attachment A

U.S. vs. Elhuzayel and Badawi
EXHIBIT LIST - Researcher/Writer Request

| Exh. No. | Description | Additional Information | Notes |
|---|---|---|---|
| 15 | Abu Hussain al-Britani Twitter Communications | Tweets by Abu Hussain al-Britani re Garland TX shooting | |
| 15A | Translation of Exhibit 15 | | |
| 16 | Abu Hussain al-Britani Twitter Communication | Tweet by Abu Hussain al-Britani re Garland TX shooting | |
| 16A | Translation of Exhibit 16 | | |
| 17 | Abu Hussain al-Britani Twitter Communications | Tweets by Abu Hussain al-Britani re Garland TX shooting | |
| 17A | Translation of Exhibit 17 | | |
| 18 | Abu Hussain al-Britani Twitter Communications | Tweets by Abu Hussain al-Britani re Garland TX shooting | |
| 19 | Abu Hussain al-Britani Twitter Communications | Tweets by Abu Hussain al-Britani re Garland TX shooting (retweets Shariah is Light @atawaakul) | |
| 19A | Translation of Exhibit 19 | | |
| 21 | Twitter Communication by Abu Rayan al'Arabee | Tweet about life being beautiful in this State (Khaliphate) | |
| 21A | Translation of Exhibit 21 | | |
| 22 | Twitter Communication by Muhanad@darrulislam | Tweet about Muslims against the United Nations of Kuffr | |
| 22A | Translation of Exhibit 22 | | |
| 23 | Tweets by Victory4ALLah to Shariah is Light @atawaakul | Tweets: allahuakbar brother was it you? [and] may Allah grant you jannat al ferdaus | |
| 23A | Translation of Exhibit 23 | | |
| 24 | Tweet by Shariah is Light@ atawaakul | Tweet: : The bro with me and myself have given bay'ah to Amirul Mu'mineen | |
| 24A | Translation of Exhibit 24 | | |
| 65 | Badawi's communications with Abu Husain Brittani on 5/10/15 | Badawi sends photo | redact references to communication platform |
| 66 | iMessages between Elhuzayel and Badawi on 5/14/15 | New speech by al-Baghdadi | |
| 67 | iMessages between Badawi and Elhuzayel on 5/21/15 | Ready for one-way trip | |
| 68 | Twitter Communications between Badawi and MM on 5/10/15 | Badawi seeks travel advice for Elhuzayel | |
| 68A | Translation of Exhibit 68 | | |
| 201 | Twitter Communication on 4/17/15 from Shariah is Light @atawaakul to Victory4ALLah | Tweet: May Allah give you food in jannah | |

Case 8:15-cr-00060-DOC   Document 345   Filed 07/25/17   Page 11 of 11   Page ID #:6346

U.S. vs. Elhuzayel and Badawi
EXHIBIT LIST - Researcher/Writer Request

| | | | |
|---|---|---|---|
| 202 | Twitter Communication on 5/3/15 from Shariah is Light @atawaakul | Tweet: The bro with me and myself have given bay'ah #texasattack | |
| 203 | Victory4ALLah_ Screen Shot with @atawaakul and @_AbuHu55ain Twitter Communications | Tweets include I love you for the sake of Allah brother | |
| 204 | Victory4ALLah_ screenshot with Twitter Commuications to @atawaakul | Tweets include: allahuakbar brother was it you? | |
| 205 | Victory4ALLah_ Twitter Communications and Photographs regarding Elton Simpson and Nadir Soofi | Tweets include: May allah accept our brother Mutawakil and Nadir Soofi as martyrs | |
| 206 | Victory4ALLah_ follows Abu Hussain al Britani on Twitter | | |
| 207 | Victory4ALLah_ Twitter Communications with Shout Outs to follow and support brothers | | |
| 208 | Repent2ALLah_ Twitter Communications | Tweets include: Come out O munafiqueen and May Allah destroy [US coalition] air support | |
| 210 | Muhanad @darralislam Twitter Screen Shots | | |
| 210A | Translation of Exhibit 210 | | |
| 211 | Muhanad @darrulislam Twitter Screen Shot | Tweet: Either You Are with Khalifa Ibrahim or Barack Obama | |
| 212 | Muhanad @darrulislam Twitter Screen Shot | Tweet: I Can't Wait to Make Hijra #oAllah help Us to Go to Alsham | |
| 213 | Muhanad @darralislam Twitter Communications | | |
| 367 | Victory4ALLah_ Twitter Communications in Response to Garland, Texas Shooting | | |
| 368 | Victory4ALLah_ Twitter Communications Abu Hussain Shout Outs | | |
| 370 | Victory4ALLah_ Twitter Communication | Tweet: Murtadeen running out of food and water | |